6/07/18  7:07PM

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **X-Treme Bullets, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-4675646 |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** |

**25 Stokes Drive**
**Carson City, NV 89706**
Number, Street, City, State & ZIP Code

**Carson City**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

6/07/18 7:07PM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **See Attachment** | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

6/07/18  7:07PM

Debtor   X-Treme Bullets, Inc.                                        Case number (*if known*)
         Name

**11.** **Why is the case filed in this district?**   Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

▨ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

6/07/18 7:07PM

Debtor    **X-Treme Bullets, Inc.**                                    Case number (*if known*) _____
          Name

▌ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**        The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
**of authorized**
**representative of debtor**            I have been authorized to file this petition on behalf of the debtor.

                                         I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

                                         I declare under penalty of perjury that the foregoing is true and correct.

                                         Executed on    6 - 8 - 18
                                                         MM / DD / YYYY

                                    X _____           David Howell
                                         Signature of authorized representative of debtor    Printed name

                                         Title    **President**


**18. Signature of attorney**    X _____           Date _____
                                         Signature of attorney for debtor               MM / DD / YYYY

                                         **Robert E. Opera**
                                         Printed name

                                         **Winthrop Couchot Golubow Hollander, LLP**
                                         Firm name

                                         **1301 Dove Street, Suite 500**
                                         **Newport Beach, CA 92660**
                                         Number, Street, City, State & ZIP Code

                                         Contact phone   **949-720-4130**    Email address   **ropera@wcghlaw.com**

                                         CA SBN 101182
                                         Bar number and State
                                         The above-signed attorney will comply with LR IA 11-2 within one day.

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4

Debtor    X-Treme Bullets, Inc. _____    Case number (if known) _____
Name

6/07/18  7:07PM

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number (if known) _____    Chapter    11

☐ Check if this an
  amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Ammo Load Worldwide, Inc. | | | Relationship to you | |
| District | District of Nevada | When | 6/08/18 | Case number, if known | |
| Debtor | Clearwater Bullet, Inc. | | | Relationship to you | |
| District | District of Nevada | When | 6/08/18 | Case number, if known | |
| Debtor | Components Exchange, LLC | | | Relationship to you | |
| District | District of Nevada | When | 6/08/18 | Case number, if known | |
| Debtor | Freedom Munitions, LLC | | | Relationship to you | |
| District | District of Nevada | When | 6/08/18 | Case number, if known | |
| Debtor | Howell Machine, Inc. | | | Relationship to you | |
| District | District of Nevada | When | 6/08/18 | Case number, if known | |
| Debtor | Howell Munitions & Technology, Inc. | | | Relationship to you | |
| District | District of Nevada | When | 6/08/18 | Case number, if known | |
| Debtor | Lewis-Clark Ammunition Components, LLC | | | Relationship to you | |
| District | District of Nevada | When | 6/08/18 | Case number, if known | |

6/07/18 7:27PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **X-Treme Bullets, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6 -8-18          x _____
                                   Signature of individual signing on behalf of debtor

                                   **David Howell**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

6/08/18  9:12AM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | X-Treme Bullets, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| P Kay Metal, Inc Larry Kay 2448 E. 25th Street Los Angeles, CA 90058 | | | | | | $3,595,847.90 |
| Crow Shooting Supply DROP SHIP 200 S. Front St. Montezuma, IA 80171 | | | | | | $473,233.74 |
| Leader Tool Co Inc brian Gunn PO Box 66 Harbor Beach, MI 48441 | | | | | | $205,352.90 |
| St. Marks Powder Jodi McIver PO Box 222 Saint Marks, FL 32327 | | | | | | $191,591.20 |
| Bitterroot Security & Inv. LL Terry Roberts 410 9th Street Clarkston, WA 99403 | | | | | | $118,000.00 |
| Hidir, Emir 1382 Sokak 8/3 Alsancak Ismir Turkey 35220 | | | | | | $99,019.48 |
| Oracle America Ben Thorp 500 Oracle Parkway Redwood Shores, CA 94065 | | | | | | $86,079.75 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

6/08/18  9:12AM

| Debtor | X-Treme Bullets, Inc. | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anatolia Fisek Sanayi ve Ticar Engin Sanayi Cad. 110 Armutlu Kemalpasa Izmir, Turkey 35373-0000 | | | | | | $76,690.50 |
| UPS Lockbox 577 Carol Stream, IL 60132 | | | | | | $75,574.02 |
| Collier Electric Bryan & Laura Collier 1119 Van Arsdol Clarkston, WA 99403 | | | | | | $57,984.75 |
| Wynalda Packaging Accounting 616 866 1561 8221 Graphic Drive Belmont, MI 49306 | | | | | | $57,227.01 |
| Media Two Interactive, LLC 111 E. Hargett St., Suite 200 Raleigh, NC 27601 | | | | | | $50,000.00 |
| NET Global 359 W. Elm Street Penbroke, MA 02359 | | | | | | $48,410.82 |
| Comm Trade USA, Inc 1934 West Gray St., Ste. 200 Houston, TX 77019 | | | | | | $47,185.68 |
| Binary Anvil Inc. 22525 SE 6th Pl. Issaquah, WA 98027-5383 | | | | | | $42,114.24 |
| IMC-Metals America, LLC Marcia Melocik, Donna 99 E. River Dr., Riverview Square 2 East Hartford, CT 06108 | | | | | | $40,621.70 |
| Brand Makers LLC Amber Newell 464 South Main St. Spanish Fork, UT 84660 | | | | | | $39,700.00 |

6/08/18 9:12AM

Debtor  X-Treme Bullets, Inc.
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Listrak 100 W. Millport Rd. Lititz, PA 17543 | | | | | | $35,590.00 |
| Starline, Inc Debbie Myers 1300 W. Henry Sedalia, MO 65301 | | | | | | $33,450.00 |
| STI International 114 Halmar Cove Georgetown, TX 78628 | | | | | | $31,904.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**United States Bankruptcy Court**
**District of Nevada**

In re :   **X-Treme Bullets, Inc.,**

                                Debtor

Case No.
Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, David Howell, declare under penalty that I am the President of X-Treme Bullets, Inc., and that the following is a true and correct copy of the Emergency Resolution for Chapter 11 Bankruptcy of X-Treme Bullets, Inc.

"NOW, THEREFORE, BE IT RESOLVED, that the Subsidiary Companies be, and hereby are, authorized to file for relief under Chapter 11 of the Bankruptcy Code and are further authorized to execute any and all documents and to do any and all acts and deeds necessary and proper to carry into effect the foregoing resolution;

RESOLVED FURTHER, that the Subsidiary Companies be, and hereby are, authorized to engage the law firm of Winthrop Couchot Golubow Hollander, LLP ("Winthrop Couchot"), as general insolvency counsel to the Subsidiary Companies in connection with the conduct of the Bankruptcy Case and related matters in accordance with the terms and conditions of Winthrop Couchot's letter engagement agreement with the Subsidiary Companies"

Date: June 7, 2018

Signed:  _____
                           **David Howell, President**

8/06/18 10:18AM

Name, Address, Telephone No. & I.D. No.
**Robert E. Opera**
**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
**949-720-4130**

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In Re
**X-Treme Bullets, Inc.**

BANKRUPTCY NO.
CHAPTER NO. **11**

Debtor(s)

### DECLARATION RE: ELECTRONIC FILING OF PETITION
### SCHEDULES, STATEMENTS AND PLAN (if applicable)

## PART I - DECLARATION OF PETITIONER

I [We] __David Howell__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐    If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

■    [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: _6-8-18_

Signed: _____
**David Howell/President**
(Applicant)

## PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: _6-8-18_

Signed: _____
**Robert E. Opera**
Attorney for Debtor(s)

6/07/18 7:07PM

## United States Bankruptcy Court
### District of Nevada

In re    X-Treme Bullets, Inc.

_____
Debtor(s)

Case No. _____
Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  6-8-18

David Howell/President
Signer/Title

X-Treme Bullets, Inc.
25 Stokes Drive
Carson City, NV 89706

Robert E. Opera
Winthrop Couchot Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660

Absolute Machine Solutions
26387 Rocky Top Lane
Lapwai, ID 83540

Action Medical Inc
PO Box 189
Newmann Lake, WA 99025

ADT Security Sevices
PO Box 371878
Pittsburgh, PA 15250-7878

Air Electric
5603 E. 3rd Ave.
Spokane, WA 99212

Alan Baker CO, LLC
Sean
PO Box 2128
San Francisco, CA 94083

Alcobra
Jeff Thomas
4510 N Freya St.
Spokane, WA 99217

Alhambra
PO Box 660579
Dallas, TX 75266-0579

All-American Publishing
5411 Kendall St.
Boise, ID 83706

Allen Nicholas
412 Hopewell Rd.
Maryville, TN 37801

Allied Electronics, Inc
Chris lendquist Tom
PO Box 2325
Fort Worth, TX 76113

AmeriPride
Angel
PO Box 1160
Bemidji, MN 56619-1160

AmmoSeek LLC
404 Lindsay Court
Berryville, VA 22611

Ample Supply Co
john
1401 S. Prairie Drive
Sycamore, IL 60178

Anatek Labs, Inc
1282 Alturas Drive
Moscow, ID 83843

Anatolia Fisek Sanayi ve Ticar
Engin
Sanayi Cad. 110 Armutlu
Kemalpasa Izmir, Turkey 35373-0000

Applied Industrial Tech, Inc
Verna Aucutt
PO Box 100538
Pasadena, CA 91189-0538

Armscor Cartridge Inc.
Darren Newsom, Michelle
2872 US Hwy 93
North Victor, MT 59875

Ater Wynne LLP
1331 NW Lovejoy, Ste. 900
Portland, OR 98209-3280

Automation Devices INC
Jim Winschel
7050 W. Ridge Rd.
Fairview, PA 16415

Automation Direct
PO Box 402417
Atlanta, GA 30384

Berggren Fritz
5135 Neal Ranch Rd.
Colorado Springs, CO 80906

Binary Anvil Inc.
22525 SE 6th Pl.
Issaquah, WA 98027-5383

Bitterroot Bolt & Chain Co.
Orin Triplett
2522 4th Ave. North
Lewiston, ID 83501

Bitterroot Security & Inv.  LL
Terry Roberts
410 9th Street
Clarkston, WA 99403

Blakely Sean
2671 SW Windship Way
Stuart, FL 34997

Blue Mountain Containers
Brandon Dean
PO Box 1869
Lewiston, ID 83501

Blue Ribbon Supply Inc
PO Box 798
Lewiston, ID 83501

Bosnian Austrian Security Serv
Nedzib Bungur
Debelo Brdo 43
70 000 Sarajevo
Bosnia and Herzegovina

Brand Avalanche Media, LLC.
Travis Horton
4343 16th Ave., #161
Moline, IL 61265

Brand Makers LLC
Amber Newell
464 South Main St.
Spanish Fork, UT 84660

Buchanan Automation Inc
PO Box 1249
Snohomish, WA 98291

Buck Jeremy
12405 S. Alcan St.
Olathe, KS 66062

Bureau of Alcohol, Tobacco, Firearms,
and Explosives
Public Governmental Affairs
99 New York Ave., NE
Washington, DC 20226

C.Bennett Services, Inc
PO Box 2362
Cypress, TX 77410

Canon Financial Serivces
14904 Collections Center Drive
Chicago, IL 60693-0149

Canon Solutions America
15004 Collections Center Dr.
Chicago, IL 60693

Capital Cartridge LLC
Brain
9702 Wallisville Rd., Suite B
Houston, TX 77013

Capital Catridge - DROP SHIP
Stephanie
9702 Wallisville Rd., Suite B
Houston, TX 77013

Cascade Columbia Distribution
Greg Switzer
6900 Fox Ave.
South Seattle, WA 98108

Catalyst Medical Group
Christine Thomas
2315 8th Street
Lewiston, ID 83501

CED - Consolidated Electrical
Terry, Gaye
PO Box 398855
San Francisco, CA 94139-8855

Century Spring Corp
231274 Momentum Pl.
Chicago, IL 60689

Chemetall - Oakite Products, I
Hans Juergensen
22040 Network Place
Chicago, IL 60673-1220

Chemithon Surface Finishing, I
Dale Flinchbaugh
5430 W. Marginal Way SW
Seattle, WA 98106

Chemix Corp.
412 E. Commonwealth Ave., Ste. 1
Fullerton, CA 92832

Chief Counsel
FTB, Legal Department
PO Box 1720, MS A-260
Rancho Cordova, CA 95741-1720

City of Cameron
City of Cameron
PO Box 8332
Cameron, TX 76520

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy, Box 551220
Las Vegas, NV 89155-1401

Clarkston Auto & Truck Parts
507 Third St.
Clarkston, WA 99403

Clean Harbors Env. Services In
PO Box 3442
Boston, MA 02241-3442

Clearwater Propane
PO Box 675
Lewiston, ID 83501

CNC Pros International, INC
1582. E. Bramble Ln.
Meridian, ID 83642

Coleman Oil Company
PO Box 1308
Lewiston, ID 83501

Collier Electric
Bryan & Laura Collier
1119 Van Arsdol
Clarkston, WA 99403

Columbia Electric Supply
Nate, Rusty, Eric, Josh, Jason
8100 NE ST. Johns Rd., E 102
Vancouver, WA 98665

Comm Trade USA, Inc
1934 West Gray St., Ste. 200
Houston, TX 77019

Commodity Futures Trading Commission
1155 21st St. NW
Washington, DC 20581

Community Impact Newspaper
16225 Impact Way, Ste. One
Pflugerville, TX 78660

Complete Capital Services, Inc.
22811 Greater Mack Ave., Ste 203
Saint Clair Shores, MI 48080

Components Exchange
Molly K
21530 Buckskin Ln.
Peck, ID 83545

Comstock Propane Inc
36 Miles Rd.
Carson City, NV 89706

Concept Automation Systems
Debbie Byrd
3633 Research Way, #101
Carson City, NV 89706

Covert Madison
3004 Hubbartd Place
New Smyrna Beach, FL 32168

Creason, Moore, Dokken & Geidl
PO Box 835
Lewiston, ID 83501

Crow Shooting Supply
Chris Peck
200 S. Front St.
Montezuma, IA 50171

Crow Shooting Supply DROP SHIP
200 S. Front St.
Montezuma, IA 80171

Culligan, LLC.
PO Box 8332
Moscow, ID 83843

Custom Fluid Power Inc
Darren Butters
16083 N Franklin Blvd. Ste. 1
Nampa, ID 83687

Custom Master/Flo King
VALERIE
401 Lake Bennett Ct.
Longwood, FL 32750-6341

Danglers Inc.
35 Oakdale Ave.
Johnston, RI 02818

Darcy Richard
91 Wynnewood Ct.
Freehold, NJ 07728

David Howell
PO Box 1903
Lewiston, ID 83501

Davis Brian
1056 Creekside Ct., Unit 1A
Wheeling, IL 60090

Dayton Lamina
500 Progress Road
Dayton, OH 45449

Deburring Equipment Manufactri
TIM
3248 Hillside Ave.
Norco, CA 92860

Deductible Recovery Group
Ame Janaszek
PO Box 6068-01
Hermitage, PA 16148-1068

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Die-Namic, Inc
Sue Leonard
PO Box 30516, Dept. 7006
Lansing, MI 48909-8016

Domagall Christian
4121 98th Ave. NE
Circle Pines, MN 55014

Earle Ronnie
61 Wilderness Ct.
Harpes Ferry, WV 25425

East Side Plating
Debbie Bergland
8400 SE 26th Place
Portland, OR 97202

Elledge Brian
17451 SE Ten Eyck Rd.
Sandy, OR 97055

Environ-Metal, Inc.
Tina Larsen-Sales Rep    tlarson@hevishot
1307 Clark Mill Street
Sweet Home, OR 97386

eShipping LLC
Jessica O'Leary
PO Box 775332
Chicago, IL 60677-5332

Estes Express Line
PO Box 25612
Richmond, VA 23260

Falkor Defense
Teri Bell
2902 US Hwy 93 North
Kalispell, MT 59912

Fastenal NVCAR0715
PO Box 1286
Winona, MN 55987-1286

Fastenal NVCAR0796
PO Box 1286
Winona, MN 55987

Fastenal WACOV2418
PO Box 1286
Winona, ID 83501

Fisher Systems
2117 12th Ave.
Lewiston, ID 83501

FMG Publications
12345 World Trade Drive
San Diego, CA 92128

Fort Worth Engineering
850 Grapevine Trail
Kennedale, TX 76060

Franchise Tax Board
Bankruptcy Section, MS A340
PO Box 2952
Sacramento, CA 95812-2952

Frasier Transport Inc.
Holly Bell
8171 E. Executive Ave.
Nampa, ID 83687

Freight Quote.com
Derek Wiles, Rep
PO Box 9121
Minneapolis, MN 55480-9121

Fuqua Park Row, LLC
11000 S. Wilcrest Dr., Ste. 130
Houston, TX 77099

Gambla, Alyssa
Alyssa Gambla
8460 W 91st St.
Hickory Hills, IL 60457

Gary's Pool & Spa Service LLC
1113 14th Ave.
Lewiston, ID 83501

Ginter Mark
9695 Coyote Ct.
Noblesville, IN 46060

Global Industrial
Brian
29833 Network Pl.
Chicago, IL 60673

Goldenwest Lubricants
Mitzy Macias
1937 Mount Vernon Ave.
Pomona, CA 91768

Grainger
Linda Fetuu
PO Box 419267
Kansas City, MO 64141

Greenia Matt
588 Timberland Drive
Atlanta, GA 30342

Guardian Heating
929 16th Ave.
Lewiston, ID 83501

GunsAmerica LLC
5930 Royal Ln., Ste. E
PMB 329, TX 75230

Hammond Fredrick
9802 Magellan Drive
Key Largo, FL 33037

Hampton Inn & Suites Carson Ci
10 Hospitality Way
Carson City, NV 89706

Hangtown Range
Hangtown Range
1540 Broadway
Placerville, CA 95667

Harvey Patrick
2818 Cambridge Rd.
Lake Worth, FL 33462

Hayes, Chris
362 Reservoir Drive
Lewiston, ID 83501

Heald Martin
112 Kearsarge Valley Rd.
Wilmot, NH 03287

Hendrickson John
19412 Pompano Ln., Unit 105
Huntington Beach, CA 92648

Henry Thomas
21 Churcill Downs Drive
St. Peters, MO 63376

Hidir, Emir
1382 Sokak 8/3
Alsancak Ismir
Turkey 35220

High Sierra Business Systems
2814 N Carson St.
Carson City, NV 89706

Howell Construction
29978 Thiessen Road
Lewiston, ID 83501

Howell, David
PO Box 1903
Lewiston, ID 83501

Huber Action Freight
PO Box 709
Colfax, WA 99111

Idaho State Tax Commission
Bankruptcy Division
PO Box 36
Boise, ID 83722

IMC-Metals America,  LLC
Marcia Melocik, Donna
99 E. River Dr., Riverview Square 2
East Hartford, CT 06108

Instructure Inc
6330 S. 3000 East, Ste. 700
Salt Lake City, UT 84121-6237

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jacks Isaac
19 Maplecrest Dr.
Charleston, SC 29412

Jackson Michael
25111 Linda Vista Dr.
Laguna Hills, CA 92653

Jagemann Stamping Company
George Klaybourne
5757 W. Custer St.
Manitowoc, WI 54220

Johnsen Rolf
39 Greenwood Drive
South San Francisco, CA 94080

Johnson John
803 Shirez Drive
Grovetown, GA 30813

Johnson Victoria
1551 Mobile Ave.
Daytona Beach, FL 32117

Jones, Brower & Callery, PLLC
Bob Brower
1304 Idaho St.
Lewiston, ID 83501

Jose Luis Fernandez
7119 Ilex Street
Houston, TX 77087

Kasaba Mike
18635 Filmore St.
Livonia, MI 48152

Keyence Corp. of America
Andy Scheller
Dept. CH 17128
Palatine, IL 60055-7128

Kidd Bryce
3213 Lew Wallace Drive
Clovis, NM 88101

Knowles Alexis
574 E. Lenign Drive
Deltona, FL 32738

Kobberdahl Brandon
15357 67th Ave. North
Maple Grove, MN 55311

Koolhof Christopher
11965 Norman Lane
Auburn, CA 95603

Krieger Barrels, Inc.
David/ Sandy
2024 Mayfield Rd.
Ritchfield, WI 53076

Laird Plastics
Ron McKay
7017 E. Mission Ave.
Spokane Valley, WA 99212-1198

Lane David
8850 Chumash Ln
Riverside, CA 92509

Larysa Unleashed LLC
8218 Santa Rosa Ct.
Sarasota, FL 34243

Layton, Rex
Rex Layton
1134 6th St.
Clarkston, WA 99403

Leader Tool Co Inc
brian Gunn
PO Box 66
Harbor Beach, MI 48441

Letter Andrew
2960 Carsty Circle
De Pere, WI 54115

Lewiston Auto Parts
208-746-1322 FOR LOCAL ORDERS
PO Box 2648
Hayden, ID 83835

Listrak
100 W. Millport Rd.
Lilitz, PA 17543

Logicbroker, Inc
Craig Regan
One Enterprise Drive, Ste. 425
Shelton, CT 06484

Loomis
Dept. CH 10500
Palatine, IL 60055

Lyon Cnty Utilities - ALL
PO Box 1699
Dayton, NV 89403-1699

Maintenance Connection Inc
Jeff Ruiter
1477 Drew Ave., Ste. 103
Davis, CA 95616

Mans Nickolaus
173 Fischer
Spur, GA 30265

Martinez Heriberto
10 Vista Rd.
Reading, PA 19610

McClain Jeff
5147 Canary Lane
Nampa, ID 83687

McMaster-Carr Supply Co
PO Box 7690
Chicago, IL 60680-7690

Media Lodge, Inc
PO Box 2511
Kennesaw, GA 30156

Media Two Interactive, LLC
111 E. Hargett St., Suite 200
Raleigh, NC 27601

Miles Chemical
12801 Rangoon St.
Arieta, CA 91331

Monroe Lindsey
1986 Shubert Ln.
Port Orange, FL 32128

Moss Adams LLP
PO Box 101822
Pasadena, CA 91189-1822

Motion Industries, Inc
ken
9922 E. Montgomery, Units 18 & 19
Spokane Valley, WA 99206

MSC Industrial Supply Co
PO Box 953635
Saint Louis, MO 63195

Mundell, Val
1438 Greco Drive
Clarkston, WA 99403

National Machinery, LLC
Tammi Dryfus
161 Greenfield Street
Tiffin, OH 44883

NET Global
359 W. Elm Street
Penbroke, MA 02359

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Department of Taxation
Bankruptcy Section
4600 Kietzke Ln., Suite L-235
Reno, NV 89502

Nevada Department of Taxation
1550 College Parkway, Ste. 115
Carson City, NV 89706

Nevada Employment Security Div
500 E Third St.
Carson City, NV 89713-0030

Nevada Occupational Health Cen
PO Box 21226
Carson City, NV 89721

Newton Douglas
2400 W. Morrell
Jackson, MI 49203

North Coast Electric
4105 North Gov't Way
Couer d' Alene, ID 83815

Novation, Inc.
2616 N. Locust Rd.
Spokane, WA 99206

Nu-Systems, Inc
1266 Dresslerville Rd.
Gardenville, NV 89721

Oak Harbor Freight
PO Box 1469
Auburn, WA 98071

Old Dominion Freight Lines
PO Box 742296
Los Angeles, CA 90074-2296

Olson Steve
562 East Wigeon Way
Suisun City, CA 94585

Oracle America
Ben Thorp
500 Oracle Parkway
Redwood Shores, CA 94065

Oxarc
1513 3rd Ave
Lewiston, ID 83501

P Kay Metal, Inc
Larry Kay
2448 E. 25th Street
Los Angeles, CA 90058

Pacific Steel & Recycling
Cindy Hanson
PO Box 1570
Hayden, ID 83835

Packaging Corporation of Ameri
Tawnya McKinney
PO Box 51584
Los Angeles, CA 90051

Pape Material Handling H40FT
Tim Timmerman
PO Box 5077
Portland, OR 97208-0507

Parallel, LLC
Parallel, LLC
1380 Hamel Rd.
Medina, MI 55340

PCB Piezotronics, Inc.
Steve
3425 Walden Ave.
Depew, NY 14043

Pinnacle Investigations Corp
920 N Argonne Rd., Ste. 200
Spokane Valley, WA 99212

Pivot Precision
1-716-625-8000
6550 Campbell Blvd.
Lockport, NY 14094-9228

Precision Punch Corporation
304 Christian Ln.
Berlin, CT 06037

Primeland Cooperaties
Dave O'donnell
PO Box 467-468
Lewiston, ID 83501

Rager Chad
17259 Castle Ct.
Purcellville, VA 20132

Reaco, LLC
Katie Burg
PO Box 2468
Kearney, NE 68848

Richard James & Associates Inc
4317 NE Thurston Way, Ste. 270
Vancouver, WA 98662

Robedeau Steven
1643 Grayfriars
Holt, MI 48842

Rodeo Internet Services
909 6th St.
Clarkston, WA 99403

Romanowski Jeffrey
6569 Kali Dr.
Eldersburg, MD 21784

Royal Diversified Products, In
PO Box 444
Warren, RI 02885-0444

Royal Metal Industries, Inc
Visanu Chawla
7240 Sycamore Canyon Blvd.
Riverside, CA 92508

Rudolph's Auto Service
508 Beachey Street
Lewiston, ID 83501

S & A Wood Specialties
larry
1323 A Ripon Ave.
Lewiston, ID 83501

SAAMI
Randy
11 Mile Hill Rd.
Newton, CT 06470

Safety- Kleen Systems
1200 Marietta Way
Sparks, NV 89431

Saginaw Machine Systems
Dave Albert
800 N. Hamilton St.
Saginaw, MI 48602-4354

Savage Jerry
5073 Dyer Lane
Taylorsville, UT 84129

Savoie Mitch
825 Ombrage Rd.
Carencro, LA 70520

Schwab's Screw Machine Product
24458 Webb Rd.
Lapwai, ID 83540

Seaport Machine
1719 13th Street
Clarkston, WA 99403

Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220

Shumaker, Loop & Kendrick
240 S. Pineapple Ave.
Sarasota, FL 34236

Silver State Bullets, LLC
Jim & Diane House
PO Box 2270
Dayton, NV 89403

Small Business Administration
1020 Main St., #290
Boise, ID 83702

Social Security Administration
Office of the Regional Chief Counsel, Re
160 Spear Street, Suite 800
San Francisco, CA 94105-1545

Sotelo Raul
19439 Rosebud Ridge Way
Spring, TX 77379

Spokane House of Hose
Gerry Zinkgraf
5520 E. Sprague Ave.
Spokane Valley, WA 99212

Spokane Packaging
3808 N. Sullivan Rd., Bldg #21
Spokane, WA 99216

St. Marks Powder
Jodi McIver
PO Box 222
Saint Marks, FL 32327

Staples Business Advantage
PO Box 83689, Dept. LA
Chicago, IL 60696-3689

Starline, Inc
Debbie Myers
1300 W. Henry
Sedalia, MO 65301

State of Idaho
PO Box 36
Boise, ID 83722

STI International
114 Halmar Cove
Georgetown, TX 78628

Stonebraker McQuary Insurance
Don McQuary
PO Box 9
Clarkston, WA 99403

Stopa Robert
1101 S Hunt Club Dr., Apt 412
Mt. Prospect, IL 60056

Sutherland Asbill & Brennan LL
999 Peachtree St., NE, Ste. 2300
Atlanta, GA 30309-3996

Texas Workforce Commission
Regulatory Integrity Division-SAU
101 E. 15th St., Room 556
Austin, TX 78778-0001

The High Road Group, Inc.
Ron Bice, Michelle Pawelek
1492 S. Seguin Ave.
New Braunfels, TX 78130

Thiessen Oil Co
Kerri Jones, Tarrin, Allen, Jay
815 Snake River Ave.
Lewiston, ID 83501

TLR
Nicole
11855 NE Glenn Winding Dr.
Portland, OR 97220

Travers Tool Co, Inc
128-15 26th Ave.
Flushing, NY 11354

Travis Pattern & Foundry
1413 E. Hawthorne Rd.
Spokane, WA 99217

Treasure Valley Coffee
PO Box 6145
Kennewick, WA 99336

Uline
PO Box 88741
Chicago, IL 60680-1741

United States Attorney
100 W. Liberty Street, #600
Reno, NV 89501

United States Trustee
300 Las Vegas Blvd. South, #4300
Las Vegas, NV 89101

United States Trustee
300 Booth Street,, #3009
Reno, NV 89509

UPS
Lockbox 577
Carol Stream, IL 60132

US Dept. of Treasury
Alcohol & Tobacco Tax & Trade Bureau
National Revenue Center
550 Main Street, SUite 8002
Cincinnati, OH 45202-5215

US Dept. of Treasury,
Alcohol & Tobacco Tax & Trade Bureau
Office of the Communications
1310 G Street, NW, Box 12
Washington, DC 20005

US Securities & Exchange Commission
Attn: Bankruptcy Counsel
444 S. Flower St., Ste. 900
Los Angeles, CA 90071-9591

USF Reddaway, Inc
26401 Network Place
Chicago, IL 60673-1264

Valley Car Sales
JUDY HOBSON
1801 Main Street
Lewiston, ID 83501

Valley Drug Testing
PO Box 861
Lewiston, ID 83501

Velocity EHS
586 Argus Rd., Ste. 201
Ontario, Canada L6J3J3

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Visscher John
10038 River Drive
Gibsonton, FL 33534

Waste Management - All
Capital Sanitation
PO Box 541065
Los Angeles, CA 90054-1065

Watkins Kendal
102 Spinnaker Circle
Daytona Beach, FL 32119

WCP Solutions
15321 E. Marietta
Spokane Valley, WA 99216

Wells Fargo Bank, N.A.
300 Tri State Intl., Ste. 400
Lincolnshire, IL 60069-4417

Wells Fargo Equipment Finance
Manufacturer Services Group
PO Box 7777
San Francisco, CA 94120-7777

Western Analytical
13744 Monte Vista Ave.
Chino, CA 91710

White Michael
2001 Vintners Ct.
Raleigh, NC 27610

Wilson Tool Intl.
Ali Swanson
12912 Farnham Ave.
White Bear Lake, MN 55110

Womack Everett
50 Cherokee Lane
Blue Ridge, GA 30513

Wynalda Packaging
Accounting 616 866 1561
8221 Graphic Drive
Belmont, MI 49306

XPO Logistics, Inc
27724 Network Place
Chicago, IL 60673-1277

YRC Freight
10990 Roe Avenue
Overland Park, KS 66211

Zaruba, Rudy
10202 Russet Field Ct.
Houston, TX 77070

Zions First National Bank
1107 S. Main Street
Moscow, ID 83843-2805

Zoro Tools Inc
Customer Service
909 Asbury Drive
Buffalo Grove, IL 60089

Zuerlein Darrell
13620 246th St.
Hermosa, SD 57744