Timothy A. Lukas, Esq. (NV Bar No. 4678)
**HOLLAND & HART LLP**
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel: (775) 327-3000
Fax: (775) 786-6179
Email: ECFlukast@hollandhart.com

*Attorneys for Z.B., N.A.*
  *dba Zions First National Bank*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>☐ X-TREME BULLETS, INC.,<br>  a Nevada corporation,<br>☐ AMMO LOAD WORLDWIDE, INC.,<br>  an Idaho corporation,<br>☐ CLEARWATER BULLET, INC.,<br>  an Idaho corporation<br>☐ FREEDOM MUNITIONS, LLC,<br>  an Idaho limited liability company,<br>☐ HOWELL MACHINE, INC.,<br>  an Idaho corporation<br>☐ HOWELL MUNITIONS & TECHNOLOGY, INC., an Idaho corporation,<br>☐ LEWIS-CLARK AMMUNITION AND COMPONENTS, LLC,<br>  an Idaho limited liability company<br>☐ COMPONENTS EXCHANGE, LLC,<br>  an Idaho limited liability company<br>☒ All Debtors<br><br>    Debtors and Debtors-in-Possession. | Jointly Administered under<br>Case No.: 18-50609-BTB with<br><br>Case Nos. 18-50610-btb; 18-50611-btb; 18-50613-btb; 18-50614-btb; 18-50615-btb; 18-50616-btb; and 18-50617-btb<br><br>Chapter 11 Proceedings<br><br>**DECLARATION OF MATTHEW R. McKINLAY IN SUPPORT OF OPPOSITION TO DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL**<br><br>DATE:   June 15, 2018<br>TIME:    9:00 AM |

I, MATTHEW R. McKINLAY, declare under penalty of perjury as follows:

1. I am a managing member of Guidepoint Management, LLC and a member of Advanced CFO dba CFO Solutions.

Page **1** of **5**

2. I have personal knowledge of the transactions and circumstances described herein unless stated and would testify about the same before this Court.

3. I am the Chief Restructuring Office ("CRO") of Howell Munitions & Technology, Inc. ("HMT") as well as nine other entities controlled directly or indirectly by David Howell pursuant to the CRO Agreement executed by the Parties on April 23, 2018.

4. I have reviewed the Omni Declaration of David C. Howell in Support of Debtors' First Day Motions (DKT#33). We do not work for Zions First National Bank and are not the "Bank Appointed CRO". We were appointed the CRO of HMT and its related affiliates pursuant to the CRO Agreement with the full knowledge, consent and approval of Mr. Howell.

5. At the time of engagement of under the CRO Agreement, the Debtors' management provided a set of financials recapping their performance for the first four months of 2018, and for the full year 2017. These demonstrated significant financial losses from operations as well as other challenges. A true and correct copy of the combined Profit and Loss Statement for the first four months of 2018 as provided by the Debtors is attached hereto as **Exhibit 1**. A true and correct copy of the combined Profit and Loss Statement for 2017 as provided by the Debtors is attached hereto as **Exhibit 2**.

a) The operations of Component Exchange in Peck, Idaho showed a significant and continuing operational loss draining resources for other HMT entities which we verified after coming on-site. The primary business line of for Component Exchange is the production of ammo, i.e. combining bullets, cases and primers into a finished round for firing. In the first four-month period of 2018, it lost $551,221 and had a gross margin of a -15%. It also had inadequate cash to continue operations, effecting the profitable operations of other divisions of the HMT business. Therefore, after reviewing the facts and issues with the management team, I made the decision to shutdown active operations until such a time that profitable production could be maintained or a sale of its assets could occur.

Any reopening or restarting of its ammunition production for Components

Exchange requires a detailed plan on the cost of goods produced demonstrating that it does not exceed the value of those goods in the market place. Making ammunition at a loss only deepens the economic hole for Component Exchange which then extends to Howell Munitions & Technology. I see none of that detail in the exhibits attached to Mr. Howell's declaration.

b) The Debtors' had been operating two bullet manufacturing facilities and had significant excess capacity for producing bullets in comparison to the market demand. Operating both facilities - X-Treme Bullets located in Carson City, Nevada and Clearwater Bullet in Lewiston, Idaho - was not economical or cost effective. Again, in reviewing issues with the management team and Mr. Howell, the X-Treme Bullets facility was mothballed and reduced to a care and maintenance staff until either a buyer for the facility could be found or demand for bullets increased to a level that the Clearwater Bullet facility could not fulfill. The Clearwater Bullet facility was also located across the street from the company's lead supplier, P Kay Metal Inc.

c) Lead supplies an issue for the companies. The Debtors operations had relied on a single source of lead for its operations, P Kay Metal which had a facility in Lewiston, Idaho. At time of the CRO's engagement, the Debtor's owed P Kay Lead more than $3.5 million dollars that was significantly aged. On May 4, 2018, P Kay Metal informed us that it would not continue to provide lead any longer as it needed to make a claim on its accounts payable insurance policy. The insurance carrier would then be entitled to any future payments from the Debtors for lead until it was repaid in full, making future deliveries by P Kay impossible. We are not aware of any change in P Kay Metal's position about lead deliveries.

At the time of Mr. Howell's unauthorized and unsuccessful attempts to terminate the CRO Agreement, we were in the process of locating an alternative source of lead.. In addition, the profitability of bullet making operations is very sensitive to the price of lead as the competitive bullet and ammunition market made it extremely difficult to pass along lead material costs that our competitors also did not incur.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 14, 2018.

_____
MATTHEW R. McKINLAY

HOLLAND & HART LLP
5441 KIETZKE LANE, SECOND FLOOR
RENO, NV 89511
Phone: (775) 327-3000 ♦ Fax: (775) 786-6179

**CERTIFICATE OF SERVICE**

I am, and was when the herein described mailing took place, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the within action; that on June 14, 2018, I served a true and correct copy of the foregoing **DECLARATION** as follows:

**Electronic Mail Notice List:**

- STEPHEN R HARRIS    steve@harrislawreno.com, hannah@harrislawreno.com, norma@harrislawreno.com
- ROBERT E. OPERA    ropera@wcghlaw.com, pj@wcghlaw.com, stacyly@wcghlaw.com
- U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov
- SHAWN CHRISTIANSON    schristianson@buchalter.com, cmcintire@buchalter.com
- JAY W. HURST    jay.hurst@oag.texas.gov, sherri.simpson@oag.texas.gov

DATED: June 14, 2018.

/s/ Jeanette Sparks

11060568_2

# EXHIBIT 1

# EXHIBIT 1

| Income Statement by Margin Channel | January 2018 Actual-Profit/(Loss) | February 2018 Actual-Profit/(Loss) | March 2018 Actual-Profit/(Loss) | April 2018 Actual-Profit/(Loss) | YTD 2018 Actual-Profit/(Loss) |
|---|---:|---:|---:|---:|---:|
| **Retail** | | | | | |
| Revenue | 138,764 | 119,343 | 126,502 | 123,515 | 508,124 |
| COGS | (29,312) | 101,794 | 165,747 | 117,787 | 356,016 |
| Operating Expenses | 44,658 | 45,141 | 49,122 | 54,387 | 193,307 |
| GM Retail incl. OH | 123,419 | (27,591) | (88,367) | (48,659) | (41,199) |
| GM % | 89% | -23% | -70% | -39% | -8% |
| **Online- Freedom Munitions** | | | | | |
| Revenue | 1,572,342 | 1,317,647 | 1,606,255 | 1,279,244 | 5,775,489 |
| COGS | 1,146,320 | 904,803 | 1,098,145 | 836,081 | 3,985,348 |
| Net Freight- Outbound | 156,583 | 179,195 | 73,119 | 91,759 | 500,657 |
| Excise Tax | 180,000 | 130,000 | 160,000 | (118,649) | 351,351 |
| GM Online | 89,439 | 103,649 | 274,992 | 470,053 | 938,133 |
| GM % | 6% | 8% | 17% | 37% | 16% |
| **Online- Crow Drop Ship** | | | | | |
| Revenue | 250,618 | 368,060 | 330,169 | 162,355 | 1,111,203 |
| COGS | 218,325 | 307,120 | 250,562 | 133,084 | 909,091 |
| Net Freight- Outbound | 30,747 | 53,141 | 32,459 | 19,813 | 136,160 |
| GM Online | 1,546 | 7,799 | 47,148 | 9,458 | 65,951 |
| GM % | 1% | 2% | 14% | 6% | 6% |
| **Online- Xtreme Bullets** | | | | | |
| Revenue | 589,802 | 262,474 | 396,486 | 324,511 | 1,573,274 |
| COGS | 344,102 | 124,351 | 201,559 | 163,203 | 833,215 |
| Net Freight- Outbound | 96,123 | 72,289 | 65,472 | 62,600 | 296,484 |
| GM Online | 149,577 | 65,834 | 129,455 | 98,709 | 443,574 |
| GM % | 25% | 25% | 33% | 30% | 28% |
| **Wholesale (Dealersite, phone, direct to brick and mortar and Cabellas)** | | | | | |
| Revenue | 697,248 | 459,335 | 292,640 | 359,875 | 1,809,098 |
| COGS | 525,497 | 310,532 | 219,763 | 246,256 | 1,302,048 |
| Net Freight- Outbound | 5,594 | 17,356 | 761 | 12,139 | 35,851 |
| Excise Tax | - | - | - | - | - |
| GM Wholesale | 166,157 | 131,447 | 72,116 | 101,480 | 471,199 |
| GM % | 24% | 29% | 25% | 28% | 26% |
| **OEM (Contract Loaders, Vista, Hornady, Sig Sauer, Fiocchi, Wilson Combat)** | | | | | |
| Revenue | 1,325,837 | 919,821 | 1,226,341 | 964,576 | 4,436,576 |
| COGS | 1,120,683 | 777,662 | 968,124 | 794,702 | 3,661,171 |
| Net Freight- Outbound | (5,563) | (7,488) | (4,491) | (8,698) | (26,239) |

| Income Statement by Margin Channel | January 2018 Actual- Profit/(Loss) | February 2018 Actual- Profit/(Loss) | March 2018 Actual- Profit/(Loss) | April 2018 Actual- Profit/(Loss) | YTD 2018 Actual- Profit/(Loss) |
|---|---|---|---|---|---|
| Excise Tax | - | - | - | - | - |
| **GM OEM** | **210,717** | **149,647** | **262,709** | **178,572** | **801,645** |
| GM % | 2% | 16% | 21% | 19% | 18% |
| **Components Exchange** | | | | | |
| Revenue | 284,419 | 616,930 | 949,798 | 583,027 | 2,434,174 |
| COGS | 547,906 | 605,304 | 824,454 | 812,842 | 2,790,505 |
| **GM Components Exchange** | **(263,487)** | **11,626** | **125,344** | **(229,815)** | **(356,332)** |
| GM % | -93% | 2% | 13% | -39% | -15% |
| **Intercompany** | | | | | |
| Revenue | - | - | - | - | - |
| COGS | - | - | - | - | - |
| **GM I/C** | **-** | **-** | **-** | **-** | **-** |
| GM % | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| **Technology (ALW)** | | | | | |
| Revenue | 71,957 | 113,198 | 338,385 | 234,129 | 757,669 |
| COGS | 134,568 | 98,926 | 243,078 | 121,229 | 597,802 |
| **GM ALW** | **(62,612)** | **14,272** | **95,307** | **112,900** | **159,868** |
| GM % | -87% | 13% | 28% | 48% | 21% |
| LESS: INTERCOMPANY REVENUE | | | | | |
| **Total Revenue** | **4,930,989** | **4,176,809** | **5,266,576** | **4,031,232** | **18,405,606** |
| **Total COGS & Other** | | | | | |
| COGS | 4,052,747 | 3,275,632 | 4,020,554 | 3,279,570 | 14,628,503 |
| Net Freight Outbound | 283,485 | 314,494 | 167,319 | 177,614 | 942,913 |
| Excise Tax | 180,000 | 130,000 | 160,000 | (118,649) | 351,351 |
| Variances | 71,900 | 266,027 | 159,891 | 188,228 | 686,045 |
| Bad Debt Expense | - | - | - | - | - |
| LESS: INTERCOMPANY COGS | | | | | |
| **Total COGS & Other** | **4,588,132** | **3,986,153** | **4,507,764** | **3,526,763** | **16,608,812** |
| **Gross Margin** | **342,857** | **190,656** | **758,812** | **504,469** | **1,796,795** |
| **Gross Margin %** | **7%** | **5%** | **14%** | **13%** | **10%** |

**OPEX:**

| Income Statement by Margin Channel | January 2018 Actual- Profit/(Loss) | February 2018 Actual- Profit/(Loss) | March 2018 Actual- Profit/(Loss) | April 2018 Actual- Profit/(Loss) | YTD 2018 Actual- Profit/(Loss) |
|---|---:|---:|---:|---:|---:|
| Royal Metals | - | - | - | - | - |
| General Management | 140,474 | 248,496 | 1,086 | 10,312 | 400,368 |
| Sales & Marketing | 269,995 | 290,890 | 255,535 | 194,857 | 1,011,276 |
| Customer Service | 16,098 | 11,995 | 13,786 | 13,581 | 55,461 |
| Procurement | 17,127 | 13,026 | 13,409 | 14,206 | 57,769 |
| Quality Assurance | 56,243 | 43,328 | 30,882 | 41,897 | 172,350 |
| Distribution | 81,821 | 50,362 | 61,846 | 46,334 | 240,362 |
| Human Resources | 15,699 | 21,695 | 9,662 | 11,236 | 58,292 |
| Information Systems | 74,659 | 38,965 | 50,002 | 41,763 | 205,389 |
| Finance | 50,941 | 51,160 | 46,628 | 36,681 | 185,410 |
| Corporate Development | 19,399 | 10,732 | 12,252 | 51,952 | 94,334 |
| EHS | 14,268 | 18,278 | 8,305 | 11,350 | 52,202 |
| R&D | 17,448 | 4,397 | (6,062) | 33,674 | 49,457 |
| Lewiston Shipping | 59,167 | 29,947 | 41,341 | 40,798 | 171,253 |
| **Operating Expenses** | **833,340** | **833,272** | **538,672** | **548,639** | **2,753,923** |
| Interest Expense | 86,464 | 83,819 | 113,998 | 111,763 | 396,044 |
| **NET INCOME/(LOSS)** | **(576,947)** | **(726,435)** | **106,142** | **(155,932)** | **(1,353,173)** |
| Depreciation | 240,931 | 248,926 | 217,756 | 234,573 | 942,186 |
| **EBITDA** | **(249,552)** | **(393,689)** | **437,896** | **190,403** | **(14,943)** |

# EXHIBIT 2

# EXHIBIT 2

# INCOME STATEMENT

| Income Statement by Margin Channel | *January 2017* Actual-Profit/(Loss) | *February 2017* Actual-Profit/(Loss) | *March 2017* Actual-Profit/(Loss) | *April 2017* Actual-Profit/(Loss) | *May 2017* Actual-Profit/(Loss) | *June 2017* Actual-Profit/(Loss) | *July 2017* Actual-Profit/(Loss) | *August 2017* Actual-Profit/(Loss) | *Sept 2017* Actual-Profit/(Loss) | *Oct 2017* Actual-Profit/(Loss) | *Nov 2017* Actual-Profit/(Loss) | *Dec 2017* Actual-Profit/(Loss) | *YTD 2017* Actual-Profit/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Retail** | | | | | | | | | | | | | |
| Revenue | 184,578 | 199,329 | 193,698 | 166,009 | 166,709 | 143,492 | 177,182 | 139,467 | 75,488 | 139,511 | 158,213 | 144,140 | 1,887,817 |
| COGS | 75,000 | 74,640 | 194,399 | 98,565 | 167,692 | 209,258 | 110,182 | 186,601 | 9,157 | 87,925 | (5,383) | 401,832 | 1,609,869 |
| Operating Expenses | 67,325 | 90,581 | 95,522 | 31,328 | 10,744 | 52,305 | 70,655 | (96,712) | 24,210 | 106,599 | 108,984 | 86,664 | 629,983 |
| **GM Retail incl. OH** | 42,253 | 34,108 | (96,223) | 36,115 | (11,726) | (118,071) | (3,656) | 49,578 | 42,121 | (55,012) | 54,612 | (344,355) | (352,035) |
| GM % | 23% | 17% | -50% | 22% | -7% | -82% | -2% | 36% | 56% | -39% | 35% | -239% | -19% |
| **Online- Freedom Munitions** | | | | | | | | | | | | | |
| Revenue | 3,150,852 | 2,623,743 | 4,686,271 | 3,389,095 | 3,890,534 | 3,445,202 | 2,708,961 | 2,861,719 | 2,472,250 | 2,858,341 | 3,554,181 | 3,820,391 | 39,461,538 |
| COGS | 2,140,678 | 1,941,044 | 3,508,725 | 2,443,095 | 2,692,450 | 2,422,198 | 1,990,971 | 2,208,645 | 1,776,798 | 2,172,458 | 2,757,969 | 2,775,646 | 28,830,677 |
| Net Freight- Outbound | 229,956 | 480,603 | 275,670 | 284,092 | 366,283 | 386,474 | 240,390 | 258,725 | 176,097 | 401,621 | 204,063 | 547,841 | 3,851,813 |
| Excise Tax | 261,000 | (25,000) | 159,908 | 188,043 | 251,934 | 59,027 | 152,635 | 486,485 | 751,692 | - | 237,448 | (449,900) | 2,073,271 |
| **GM Online** | 437,657 | 200,023 | 669,495 | 266,203 | 443,136 | 766,553 | 360,898 | 131,127 | (420,278) | 558,301 | 108,098 | 946,805 | 4,705,777 |
| GM % | 14% | 8% | 14% | 8% | 11% | 22% | 13% | 5% | -17% | 20% | 3% | 25% | 12% |
| **Online- Xtreme Bullets** | | | | | | | | | | | | | |
| Revenue | 337,715 | 356,740 | 512,157 | 477,487 | 453,273 | 545,588 | 381,855 | 306,849 | 332,499 | 481,620 | 542,482 | 839,120 | 5,567,384 |
| COGS | 203,577 | 212,948 | 276,214 | 282,125 | 239,282 | 259,825 | 206,091 | 166,461 | 182,227 | 282,233 | 290,854 | 425,474 | 3,027,312 |
| Net Freight- Outbound | 25,551 | 53,400 | 30,630 | 31,566 | 40,698 | 42,942 | 26,710 | 28,747 | 19,566 | 44,625 | 22,674 | 60,871 | 427,979 |
| **GM Online** | 122,456 | (81,481) | 119,415 | 111,367 | 118,486 | 138,031 | (31,459) | 70,142 | 85,974 | (50,304) | 151,852 | 352,775 | 2,112,094 |
| GM % | 36% | -23% | 23% | 23% | 26% | 25% | -8% | 23% | 26% | -10% | 28% | 42% | 38% |
| **Wholesale (Dealersite, phone, direct to brick and mortar and Cabellas)** | | | | | | | | | | | | | |
| Revenue | 529,668 | 384,065 | 887,100 | 279,562 | 351,903 | 232,186 | 379,546 | 144,622 | 239,032 | 639,102 | 345,031 | 240,763 | 4,652,580 |
| COGS | 234,795 | 291,568 | 692,213 | 256,679 | 220,305 | 125,967 | 344,365 | 153,240 | 255,654 | 449,070 | 277,134 | 192,280 | 3,493,269 |
| Net Freight- Outbound | 37,385 | 54,593 | 59,467 | 22,677 | 57,136 | 50,698 | 17,012 | 34,831 | 15,746 | 21,002 | 23,005 | (5,127) | 388,427 |
| Excise Tax | 24,000 | 8,000 | 24,681 | 26,037 | (57,752) | 86,898 | 19,445 | 57,976 | (12,622) | - | - | - | 176,663 |
| **GM Wholesale** | 223,872 | 26,712 | 102,194 | (50,315) | 116,093 | (9,088) | 2,960 | (75,102) | (41,905) | 201,340 | 15,817 | 53,611 | 594,222 |
| GM % | 42% | 7% | 12% | -18% | 33% | -4% | 1% | -52% | -18% | 32% | 5% | 22% | 13% |
| **OEM (Contract Loaders, Vista, Hornady, Sig Sauer, Fiocchi, Wilson Combat)** | | | | | | | | | | | | | |
| Revenue | 2,113,851 | 1,499,177 | 1,816,274 | 900,109 | 1,856,401 | 1,269,773 | 1,298,044 | 990,913 | 1,141,339 | 698,808 | 1,217,494 | 1,103,394 | 15,905,577 |
| COGS | 1,474,322 | 1,116,655 | 1,353,298 | 616,841 | 1,339,988 | 918,354 | 989,775 | 662,062 | 857,034 | 584,489 | 987,233 | 978,047 | 11,878,097 |
| Net Freight- Outbound | (20,176) | 176 | (21,999) | (11,060) | (20,586) | 834 | (12,493) | (12,095) | (26,643) | 18,686 | (1,326) | 11,923 | (94,757) |
| Excise Tax | 15,000 | 117,003 | 74,411 | 75,217 | 5,818 | 104,075 | 68,692 | 213,539 | (591,070) | - | - | - | 82,685 |
| **GM OEM** | 611,830 | 254,430 | 381,352 | 135,410 | 476,070 | 322,710 | 266,552 | 217,397 | 826,266 | 206,089 | 132,189 | 113,424 | 4,039,552 |
| GM % | 29% | 17% | 21% | 15% | 26% | 25% | 21% | 22% | 72% | 29% | 11% | 10% | 25% |
| **Ammovalley Online** | | | | | | | | | | | | | |
| Revenue | - | - | 52,566 | 66,604 | 107,132 | 133,722 | 130,442 | 187,927 | 35,539 | - | - | - | 713,932 |
| COGS | 4,620 | 7,355 | (3,833) | (6,592) | 25,899 | 109,412 | 87,175 | 135,023 | 12,930 | 38 | - | - | 372,026 |
| **GM AmmoValley Online** | (4,620) | (7,355) | 56,399 | 73,196 | 81,233 | 24,310 | 43,266 | 52,905 | 22,609 | (38) | - | - | 341,906 |
| GM % | 0% | 0% | 107% | 110% | 76% | 18% | 33% | 28% | 64% | 0% | 0% | 0% | 48% |
| **Reloadingvalley Online** | | | | | | | | | | | | | |
| Revenue | | | | | | | - | | | | | | - |
| COGS | | | | | | | 105 | 199 | | 31 | | | 334 |
| **GM AmmoValley Online** | - | - | - | - | - | - | (105) | (199) | - | (31) | - | - | (334) |
| GM % | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| **Components Exchange** | | | | | | | | | | | | | |
| Revenue | 235,030 | 239,103 | 356,709 | 341,693 | 226,433 | 430,134 | 156,848 | 20,059 | 406,749 | 415,554 | 502,830 | 520,279 | 3,851,422 |
| COGS | 250,030 | 200,000 | 286,156 | 233,791 | 372,937 | 255,788 | 248,488 | 204,875 | 174,332 | 428,546 | 610,191 | 477,148 | 3,742,283 |
| **GM Components Exchange** | (15,000) | 39,103 | 70,553 | 107,902 | (146,504) | 174,346 | (91,640) | (184,816) | 232,417 | (12,993) | (107,361) | 43,131 | 109,140 |
| GM % | -6% | 16% | 20% | 32% | -65% | 41% | -58% | -921% | 57% | -3% | -21% | 8% | 3% |
| **Intercompany** | | | | | | | | | | | | | |
| Revenue | 416,245 | 102,641 | 307,106 | 28,037 | 90,865 | 88,950 | (3,884) | 76,576 | (14,980) | 57,838 | 152,325 | 98,525 | 1,400,244 |
| COGS | 416,245 | 73,794 | 231,581 | 132,410 | 90,865 | 88,950 | (3,884) | 69,836 | (13,449) | 63,047 | 152,325 | 98,525 | 1,400,244 |
| **GM I/C** | (0) | 28,847 | 75,526 | (104,373) | - | - | - | 6,740 | (1,531) | (5,209) | (0) | 0 | - |
| GM % | 0% | 28% | 25% | -372% | 0% | 0% | 0% | 9% | 10% | -9% | 0% | 0% | 0% |
| **Technology (ALW)** | | | | | | | | | | | | | |
| Revenue | 67,709 | 407,813 | 178,347 | 39,859 | 163,346 | 266,448 | 178,005 | 182,752 | 678,142 | 121,164 | 65,879 | 22,560 | 2,372,024 |
| COGS | 528,086 | 339,168 | 423,356 | (10,674) | 341,580 | 112,989 | 101,206 | (488,454) | 730,196 | 303,548 | 1,757,541 | | 4,564,351 |

# INCOME STATEMENT

| Income Statement by Margin Channel | January 2017 Actual-Profit/(Loss) | February 2017 Actual-Profit/(Loss) | March 2017 Actual-Profit/(Loss) | April 2017 Actual-Profit/(Loss) | May 2017 Actual-Profit/(Loss) | June 2017 Actual-Profit/(Loss) | July 2017 Actual-Profit/(Loss) | August 2017 Actual-Profit/(Loss) | Sept 2017 Actual-Profit/(Loss) | Oct 2017 Actual-Profit/(Loss) | Nov 2017 Actual-Profit/(Loss) | Dec 2017 Actual-Profit/(Loss) | YTD 2017 Actual-Profit/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GM ALW** | (460,377) | 68,646 | (245,010) | 50,534 | (178,234) | 153,459 | 76,799 | 671,206 | (52,055) | (182,384) | (414,075) | (1,734,982) | (2,192,327) |
| GM % | -680% | 17% | -137% | 127% | -109% | 58% | 43% | 367% | -8% | -151% | -629% | -7691% | -92% |
| **BC** | | | | | | | | | | | | | |
| Revenue | 2,207 | 47,117 | 102,804 | 24,820 | 26,448 | 18,803 | 42,209 | (51,939) | - | - | - | - | 212,469 |
| COGS | 114,112 | 88,421 | 93,601 | 130,852 | 35,670 | 89,998 | 180,117 | 5,045 | 6,478 | (12,699) | 4,816 | 55,360 | 791,770 |
| **GM Other** | (111,904) | (41,304) | 9,203 | (106,032) | (9,222) | (71,196) | (137,908) | (56,984) | (6,478) | 12,699 | (4,816) | (55,360) | (579,301) |
| GM % | -5069% | -88% | 9% | -427% | -35% | -379% | -327% | 110% | 0% | 0% | 0% | 0% | -273% |
| LESS: INTERCOMPANY REVENUE | | | | | | | | | | | | | (1,400,244) |
| **Total Revenue** | 7,037,857 | 5,859,728 | 9,093,032 | 5,713,275 | 7,333,044 | 6,574,296 | 5,449,207 | 4,858,946 | 5,366,059 | 5,411,939 | 6,538,435 | 6,789,173 | 74,624,745 |

# INCOME STATEMENT

| Income Statement by Margin Channel | January 2017 Actual-Profit/(Loss) | February 2017 Actual-Profit/(Loss) | March 2017 Actual-Profit/(Loss) | April 2017 Actual-Profit/(Loss) | May 2017 Actual-Profit/(Loss) | June 2017 Actual-Profit/(Loss) | July 2017 Actual-Profit/(Loss) | August 2017 Actual-Profit/(Loss) | Sept 2017 Actual-Profit/(Loss) | Oct 2017 Actual-Profit/(Loss) | Nov 2017 Actual-Profit/(Loss) | Dec 2017 Actual-Profit/(Loss) | YTD 2017 Actual-Profit/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total COGS & Other** | | | | | | | | | | | | | |
| COGS | 5,508,791 | 4,436,174 | 7,151,233 | 4,208,421 | 5,537,411 | 4,645,044 | 4,325,245 | 3,206,819 | 4,015,568 | 4,465,284 | 5,664,076 | 7,248,517 | 60,340,215 |
| Net Freight Outbound | 272,717 | 588,772 | 343,769 | 327,275 | 443,531 | 480,948 | 271,619 | 310,208 | 184,767 | 485,933 | 248,416 | 615,507 | 4,573,462 |
| Excise Tax | 300,000 | 100,003 | 259,000 | 289,297 | 200,000 | 250,000 | 240,772 | 758,000 | 148,000 | - | 237,448 | (449,900) | 2,332,619 |
| Variances | 110,183 | 213,051 | 196,127 | 368,274 | 262,771 | (182,750) | 125,861 | (298,077) | 330,584 | (211,738) | 452,179 | 1,201,662 | 2,308,741 |
| Bad Debt Expense | - | - | - | - | - | - | - | - | - | - | - | 117,242 | 117,242 |
| Projectile Royalties | | | | | | | | | | | | | - |
| LESS: INTERCOMPANY COGS | | | | | | | | | | | | | (1,400,244) |
| **Total COGS & Other** | 6,191,690 | 5,338,000 | 7,950,128 | 5,193,267 | 6,443,712 | 5,193,242 | 4,963,497 | 3,976,951 | 4,678,919 | 4,739,479 | 6,602,119 | 8,733,029 | 68,272,035 |
| **Gross Margin** | 846,167 | 521,727 | 1,142,903 | 520,008 | 889,331 | 1,381,055 | 485,710 | 881,995 | 687,141 | 672,460 | (63,684) | (1,943,856) | 6,352,710 |
| **Gross Margin %** | 12% | 9% | 13% | 9% | 12% | 21% | 9% | 18% | 13% | 12% | -1% | -29% | 9% |
| | 110,183 | 213,051 | 196,127 | 368,274 | 262,771 | (182,750) | 125,861 | (298,077) | 330,584 | (211,738) | 452,179 | - | - |
| **OPEX:** | 2% | 4% | 2% | 7% | 4% | -4% | 3% | -7% | 7% | | | | |
| Royal Metals | (3,612) | (6,930) | (11,837) | 13,411 | 41,034 | 16,236 | (19,904) | (33,869) | (10,315) | 15,643 | (19,337) | 16,014 | (3,464) |
| General Management | 41,643 | 281,895 | 87,314 | 343,697 | 378,203 | 405,595 | (326,845) | 622,349 | 302,245 | 133,528 | (85,698) | 2,686,099 | 5,155,664 |
| Sales & Marketing | 504,981 | 496,046 | 209,825 | 194,965 | 249,209 | 349,857 | 272,944 | 308,658 | 100,173 | 157,752 | 227,817 | 294,061 | 3,366,364 |
| Customer Service | 41,776 | 32,746 | 41,768 | 28,768 | 28,163 | 24,093 | 24,922 | 13,838 | 12,090 | 24,670 | 24,469 | (3,435) | 293,868 |
| Procurement | 34,872 | 44,518 | 34,685 | 25,197 | 25,869 | 26,203 | 39,491 | 18,685 | 17,503 | 15,771 | 24,110 | 8,900 | 315,803 |
| Quality Assurance | 82,947 | 86,980 | 81,830 | 64,661 | 117,639 | 78,401 | 100,425 | (30,984) | 53,436 | 61,289 | 68,054 | 33,616 | 798,419 |
| Distribution | 139,870 | 63,093 | 64,149 | 116,543 | 75,098 | 74,147 | 83,213 | 43,797 | 35,985 | 126,376 | 70,743 | 74,093 | 972,607 |
| Human Resources | 44,393 | 41,898 | 65,619 | 23,163 | 20,026 | 27,599 | 27,617 | 14,106 | 18,906 | 27,362 | 22,087 | 17,516 | 350,463 |
| Information Systems | 55,461 | 71,553 | 259,361 | 67,085 | (142,043) | 87,101 | 79,453 | 144,750 | 48,770 | 84,258 | 75,577 | 235,058 | 1,096,504 |
| Finance | 85,009 | 75,146 | 80,411 | 40,375 | 56,582 | 56,119 | 89,860 | 57,873 | 45,077 | 33,677 | 72,878 | 49,028 | 742,036 |
| Corporate Development | 13,745 | 20,635 | 28,436 | 9,091 | 28,231 | 15,012 | 9,405 | 20,507 | 12,143 | 19,387 | 20,886 | 25,663 | 223,140 |
| EHS | 30,838 | 32,042 | 29,754 | 22,639 | 31,113 | 48,507 | 51,259 | 16,960 | 13,268 | 41,092 | 22,971 | 5,219 | 345,664 |
| R&D | | | | | 13,058 | - | 13,571 | 29,564 | 12,558 | 38,489 | 14,254 | 267,738 | 407,308 |
| Lewiston Shipping | 127,508 | 59,170 | 80,636 | 70,505 | 79,720 | 82,928 | 98,764 | 57,710 | 60,279 | 67,433 | 87,601 | 78,157 | 950,411 |
| **Operating Expenses** | 1,199,431 | 1,298,793 | 1,051,950 | 1,020,102 | 1,001,903 | 1,291,801 | 544,174 | 1,283,944 | 722,118 | 846,727 | 626,412 | 3,787,726 | 15,014,786 |
| Interest Expense | 70,699 | 84,732 | 101,525 | 120,983 | 90,315 | 94,891 | 88,426 | 90,965 | 107,935 | 68,652 | 87,051 | 102,175 | 1,108,349 |
| **NET INCOME/(LOSS)** | (423,963) | (861,797) | (10,572) | (621,077) | (202,887) | (5,637) | (146,890) | (492,915) | (142,912) | (242,919) | (777,147) | (5,833,756) | (9,770,425) |
| Depreciation | 212,660 | 212,731 | 217,028 | 217,028 | 217,153 | 217,153 | 217,156 | 217,156 | 217,156 | 377,448 | 241,385 | 325,085 | 2,889,140 |
| **EBITDA** | (140,604) | (564,335) | 307,981 | (283,067) | 104,581 | 306,406 | 158,692 | (184,794) | 182,178 | 203,180 | (448,711) | (5,406,496) | (5,772,937) |