## GENERAL NOTES TO SCHEDULES OF ASSETS AND
## LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Debtor submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

The Schedules and the Statement have been prepared by the Debtor's current management with the assistance of certain of its professionals. The Debtor has endeavored to ensure that the Schedules and Statement are accurate and complete. The Debtor notes, however, the following matters with respect to the preparation of the Schedules and the Statement.

1.    The Debtor's proposed Chief Restructuring Officer ("CRO") was appointed on or about June 7, 2018. Accordingly, the CRO has limited "institutional knowledge" regarding the Debtor's financial affairs.

2.    The Debtor has prepared the Schedules based largely upon its review of financial records in the Debtor's possession that may have been prepared by former employees of the Debtor. Such financial records generally are not audited.

While the Schedules and the Statement are materially accurate to the best of the Debtor's belief, under the circumstances of this case, the Debtor cannot warrant the accuracy and completeness of the Schedules and the Statement. The Debtor reserves the right to amend the Schedules and the Statement as appropriate based upon a subsequent receipt of information that may result in a change in the disclosures contained in the Schedules and the Statement.

Unless otherwise stated, the asset and liability data contained in the Schedules and the Statement are reflected as of June 8, 2018, the date the petition was filed in this Chapter 11 case (the "Petition Date"). Valuation methodologies are as indicated in the Schedules (e.g., orderly liquidation value or book value). Actual fair market values may differ materially from the values indicated.

It would be prohibitively expensive, unduly burdensome and extremely time-consuming to obtain current market valuations of the Debtor's assets. Moreover, the value of certain assets, such as potential litigation claims, is impossible to determine at this time. Accordingly, in certain instances, values of assets are stated as "unknown" or "uncertain." The reader therefore should not place undue reliance upon the values listed for the Debtor's assets in the Schedules.

Any failure by the Debtor to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to subsequently designate any claim as "disputed," "contingent" or "unliquidated." The Debtor further reserves the rights to dispute, object to, assert counterclaims, rights of setoff, rights of recoupment, or defenses to, subordinate, avoid, and/or obtain reclassification of any claim or any interest in property securing such claim.

The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts, such as accrued interest or attorneys' fees and costs.

The claims of creditors for, among other things, merchandise, goods, services, or taxes may be listed as the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

The identity of some of the holders of claims might have changed over time due to trading and/or transfer of certain of these claims. It is the Debtor's belief that, as of the Petition Date, the claims against the Debtor were held by the entities identified in the Schedules.

Each Schedule and the Statement is subject to further amendment by the Debtor.

## SCHEDULE A/B DISCLAIMER

The Debtor has obtained no current appraisals of the value of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in Schedule A/B.

## GENERAL NOTES REGARDING SCHEDULE D

The Debtor reserves the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured claimant listed on Schedule D.  Moreover, although the Debtor has scheduled secured claims on its Schedule D, the Debtor reserves all rights to dispute or challenge any secured nature of any claimant's claim or the characterization of the structure of any such transaction, or any document or instruments related to such claimant's claim.

Any failure by the Debtor to designate a claim on Schedule D as "contingent," "unliquidated" or "disputed" does not constitute an admission by the Debtor that such claim is not contingent, unliquidated, or disputed, and the Debtor reserves the right to dispute, or to assert offsets or defenses to, any claims reflected on Schedule D as to amount, liability, classification or otherwise and to subsequently designate any such claim as disputed, contingent or unliquidated.

Schedule D is subject to further amendment by the Debtor. The description provided for a claim in Schedule D is intended only to be a summary of such claim.  Reference to the applicable credit agreement and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing herein shall be deemed a modification or interpretation of the terms of such agreements.

The Debtor reserves the right to assert that any claim listed on Schedule D with respect to equipment, an interest in which has been acquired by the Debtor, does not reflect a secured claim, but instead reflects a lease subject to the provisions of Section 365 of the Bankruptcy Code.

234686

## GENERAL NOTES REGARDING SCHEDULE E/F

The Debtor's characterization of the claims listed in Schedule E as priority claims is preliminary in nature and the Debtor reserves its rights to amend Schedule E, and/or dispute and challenge whether, and to what extent, such claims are entitled to priority.

The amounts stated in Schedule F for the claims of any parties to contracts with the Debtor do not include any claims for breach of contract or other damages; the stated amount is the amount of the account payable owing to the contract party as of the Petition Date in the Debtor's books and records.

The claims listed on Schedule F are subject to further review, reconciliation and amendment by the Debtor.

234686

## GENERAL NOTES REGARDING SCHEDULE G

While effort has been made to ensure the accuracy of Schedule G (Schedule of Executory Contracts and Unexpired Leases), the Debtor does not make, and specifically disclaims, any representation or warranty as to the validity or enforceability of contracts, agreements or documents listed in Schedule G. The Debtor hereby reserves the right to dispute the validity, status, characterization or enforceability of contracts, agreements and leases set forth in Schedule G and to amend or supplement Schedule G. By listing a contract or lease on Schedule G, the Debtor is not admitting that such contract or lease is an executory contract or lease pursuant to Section 365 of the Bankruptcy Code and reserves the right to dispute any such classification.

The Debtor reserves the right to assert that any lease listed in Schedule G is not a true lease but constitutes a secured transaction.

234686

## NOTES REGARDING CONSOLIDATION OF OPERATIONS

While the eight related Debtors are separate legal entities, the Debtors, other than Debtor Components Exchange, LLC (collectively, the "HMT Debtors"), generally have operated on a consolidated basis.  The Debtors, together with two non-debtors, Twin River Contract Loading, Inc. and Big Canyon Environmental, LLC, have prepared financial statements on a consolidated basis.  The HMT Debtors have used one cash management system to administer all receipts obtained by the HMT Debtors and all disbursement made by the HMT Debtors in connection with the operation of their businesses.  All cash collected from revenues generated by the HMT Debtors is earned by Debtor Howell Munitions & Technology, Inc. ("HMT") and deposited into one checking account held by HMT.  Payroll and all other expenses incurred by the HMT Debtors are paid from this one checking account.  HMT pays all expenses because HMT is the party that contracts with, and is indebted to, third parties for the operation of the Debtors' businesses.

Based upon the consolidated nature of the HMT Debtors' pre-petition operations, Schedules E and F for the HMT Debtors generally list the same obligations.

Components Exchange's operations largely have been maintained separately from the HMT Debtors.  Accordingly, Schedules E and F for Components Exchange differ from Schedules E and F of the HMT Debtors.

The Debtor reserves the right to amend the Schedules, including Schedules E and F, as circumstances warrant.

234686

**Fill in this information to identify the case:**

Debtor name    X-Treme Bullets, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   18-50609-btb

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 12, 2018          X  _____
                                         Signature of individual signing on behalf of debtor

                                         **J. Michael Issa**
                                         Printed name

                                         **Proposed Chief Restructuring Officer**
                                         Position or relationship to debtor

7/12/18 10:25AM

Fill in this information to identify the case:

Debtor name   **X-Treme Bullets, Inc.**

United States Bankruptcy Court for the:   **DISTRICT OF NEVADA**

Case number (if known):   **18-50609-btb**

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Midwest Brass, LLC 9254 US-31 West Olive, MI 49460 | | | | | | $553,667.00 |
| Crow Shooting Supply DROP SHIP 200 S. Front St. Montezuma, IA 80171 | | | | | | $473,233.74 |
| St. Marks Powder Jodi McIver PO Box 222 Saint Marks, FL 32327 | | | | | | $191,591.20 |
| Luvata Appleton, LLC PO Box 200498 Pittsburgh, PA 15251 | | | | | | $148,247.28 |
| Bitterroot Security & Inv. LL Terry Roberts 410 9th Street Clarkston, WA 99403 | | | | | | $118,000.00 |
| Anatolia Fisek Sanayi ve Ticar Engin Sanayi Cad. 110 Armutlu Kemalpasa Izmir, Turkey 35373-0000 | | | | | | $76,690.50 |
| Eric Nelson 2104 14th Street Lewiston, ID 83501 | | | | | | $58,400.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

7/12/18 10:25AM

Debtor    X-Treme Bullets, Inc.                                    Case number *(if known)*    18-50609-btb
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| P Kay Metal, Inc Larry Kay 2448 E. 25th Street Los Angeles, CA 90058 | | | | | | $57,205.20 |
| Vista Outdoor Sales, LLC SDS 12-0312, PO Box 86 Minneapolis, MN 55486 | | | | | | $49,770.00 |
| NET Global 359 W. Elm Street Penbroke, MA 02359 | | | | | | $48,410.82 |
| Comm Trade USA, Inc 1934 West Gray St., Ste. 200 Houston, TX 77019 | | | | | | $47,185.68 |
| Binary Anvil Inc. 22525 SE 6th Pl. Issaquah, WA 98027-5383 | | | | | | $44,872.48 |
| IMC-Metals America, LLC Marcia Melocik, Donna 99 E. River Dr., Riverview Square 2 East Hartford, CT 06108 | | | | | | $40,728.60 |
| Brand Makers LLC Amber Newell 464 South Main St. Spanish Fork, UT 84660 | | | | | | $39,700.00 |
| Capital One Visa Statement PO Box 30285 Salt Lake City, UT 84130 | | | | | | $37,372.46 |
| UPS Lockbox 577 Carol Stream, IL 60132 | | | Disputed Subject to Setoff | | | $36,644.05 |
| Starline, Inc Debbie Myers 1300 W. Henry Sedalia, MO 65301 | | | | | | $33,450.00 |

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number *(if known)* | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Oracle America Ben Thorp 500 Oracle Parkway Redwood Shores, CA 94065** | | | **Disputed** | | | **$29,693.25** |
| **Collier Electric Bryan & Laura Collier 1119 Van Arsdol Clarkston, WA 99403** | | | | | | **$28,587.61** |
| **Environ-Metal, Inc. Tina Larsen-Sales Rep tlarson@hevishot 1307 Clark Mill Street Sweet Home, OR 97386** | | | | | | **$26,500.00** |

7/12/18 10:25AM

**Fill in this information to identify the case:**

Debtor name     **X-Treme Bullets, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-50609-btb**

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:    Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................................... $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................................... $      **705,518.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................................ $      **705,518.00**

**Part 2:    Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................................... $      **22,829,000.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $      **182,210.80**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................. +$      **3,025,714.30**

4.   **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b      $      **26,036,925.10**

7/12/18 10:25AM

---

**Fill in this information to identify the case:**

Debtor name     **X-Treme Bullets, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)   **18-50609-btb**

☐ Check if this is an
amended filing

---

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

**Part 2:     Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. Does the debtor have any accounts receivable?

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:     Investments**

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.     **Raw materials**

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | | Case number *(if known)* 18-50609-btb | |
| | Name | | | |

| Components: lead; brass; copper; powder primer | 12/26/17 | $82,018.00 | Standard Costing | $82,018.00 |

20.    Work in progress

21.    Finished goods, including goods held for resale

22.    Other inventory or supplies

23.    **Total of Part 5.**                                                                    | $82,018.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

       ■ No.  Go to Part 8.
       ☐ Yes Fill in the information below.

**Part 8:     Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

       ☐ No.  Go to Part 9.
       ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   1994 Intl 4000 Series | Unknown | | Unknown |
| 47.2.   2011 GMC Sierra | $0.00 | | $0.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **X-Treme Bullets, Inc.**                                    Case number (if known)  **18-50609-btb**
          Name

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **Bullet manufacturing equipment** | $912,136.11 | Appraised Orderly Liquidation Value (July 2017 appraisal) $623,500.00 |

51.    **Total of Part 8.**

       Add lines 47 through 50. Copy the total to line 87.          | $623,500.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Leasehold improvements on buildings** | | $1,136,580.24 | | $0.00 |
| 55.2.  **12 Stokes Dr., Moundhouse, NV 89706** | Leasehold | $0.00 | | $0.00 |
| 55.3.  **25 Stokes Dr., Moundhouse, NV 89706** | Leasehold | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                          | $0.00 |

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☐ No
       ■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

7/12/18 10:25AM

| Debtor | **X-Treme Bullets, Inc.** | Case number *(If known)* **18-50609-btb** |
|---|---|---|
| | Name | |

☐ Yes

**Intangibles and Intellectual property**

**59. Does the debtor have any Interests in Intangibles or Intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's Interest (Where available) | Valuation method used for current value | Current value of debtor's Interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| **62.** Licenses, franchises, and royalties | | | |
| **63.** Customer lists, mailing lists, or other compilations **Customer lists** | $0.00 | | $0.00 |
| **64.** Other Intangibles, or Intellectual property | | | |
| **65.** Goodwill **Goodwill** | Unknown | Cost | Unknown |

**66.** Total of Part 10.    $0.00

Add lines 60 through 65. Copy the total to line 89.

**67.** Do your lists or records Include personally Identifiable Information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed In Part 10?
☐ No
■ Yes

**69.** Has any of the property listed In Part 10 been appraised by a professional within the last year?
■ No
☐ Yes

**All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's Interest

**71.** Notes receivable
Description (include name of obligor)

**72.** Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)

**73.** Interests In Insurance policies or annuities

7/12/18 10:25AM

| Debtor | **X-Treme Bullets, Inc.** | Case number *(if known)* **18-50609-btb** |
|---|---|---|
| | Name | |

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| **See Attached Schedule** | | **$0.00** |
|---|---|---|
| Nature of claim | | |
| Amount requested | **$0.00** | |

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.    Trusts, equitable or future interests in property**

**77.    Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.    Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
|---|

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

7/12/18 10:25AM

Debtor    **X-Treme Bullets, Inc.**
          Name

Case number *(if known)*  **18-50609-btb**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $82,018.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $623,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $705,518.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $705,518.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Form 206: Schedule A/B: Assets – Real and Personal Property**
**#39) Automobiles, vans, trucks, and motorcycles**

## X-TREME BULLETS, INC.
## VEHICLE LISTING

| Year | Make | Model | Owner |
|------|------|-------|-------|
| 1994 | Intl | 4000 Series | X-Treme |
| 2011 | GMC | Sierra | X-Treme |

X-Treme Bullets, Inc.
Case No. 18-50609-btb
Form 206: Schedule A/B: Assets – Real and Personal Property
#74) Causes of action against third parties

| Third Party | Current Value of Debtor's Interest |
| --- | --- |
| UPS | Unknown |
| United States Department of Treasury, Alcohol and Tobacco Tax and Trade Bureau | Unknown |
| Twin River Contract Loading, Inc. | Unknown |
| Big Canyon Environmental, LLC | Unknown |
| Ammo Load Worldwide, Inc. | Unknown |
| Clearwater Bullets, Inc. | Unknown |
| Howell Machine, Inc. | Unknown |
| Lewis-Clark Ammunition Components, LLC | Unknown |
| Freedom Munitions, LLC | Unknown |
| Components Exchange, LLC | Unknown |
| Howell Munitions & Technology, Inc. | Unknown |

234707

X-Treme Bullets, Inc.
Case No. 18-50609-btb
Form 206: Schedule A/B: Assets – Real and Personal Property
#74) Causes of action against third parties

| | |
|---|---|
| Z.B., N.A., dba Zions First National Bank | Unknown |
| CFO Solutions LLC, dba Advanced CFO | Unknown |

234707

7/12/18 10:25AM

**Fill in this information to identify the case:**

Debtor name      X-Treme Bullets, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    18-50609-btb

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** | | |

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.1 | **Complete Capital Services, Inc.**<br>Creditor's Name<br>**22811 Greater Mack Ave., Ste 203**<br>**Saint Clair Shores, MI 48080**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Fully automated carbonate/sulfate system** | $0.00 | $0.00 |

Describe the lien
**Idaho UCC-1 2017001515-9, B201711882979**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **US Dept. of Treasury**<br>Creditor's Name<br>**Alcohol & Tobacco Tax & Trade Bureau**<br>**National Revenue Center**<br>**550 Main Street, Suite 8002**<br>**Cincinnati, OH 45202-5215**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $5,329,000.00 | $0.00 |

Describe the lien
**Federal tax lien**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/12/18 12:59AM

| Debtor | X-Treme Bullets, Inc. | Case number (if know) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.3 | Wells Fargo Bank, N.A. | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 Utilev UT25P Forklift** | | |

**300 Tri State Intl., Ste. 400
Lincolnshire, IL 60069-4417**
Creditor's mailing address

Describe the lien
**Idaho UCC-1 B201411420375, B20141140919,
B201411489114**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.4 | ZB. N.A., DBA Zions First National Bank | Describe debtor's property that is subject to a lien | $17,500,000.00 | $31,650,000.00* |
|---|---|---|---|---|
| | Creditor's Name | **All personal property assets of the Debtor, including all inventory, chattel paper, accounts, equipment, furniture, and general intangibles** | | |

**One South Main Street,
Suite 1400
Salt Lake City, UT 84133**
Creditor's mailing address

Describe the lien
**Idaho UCC-1 B201211171757,
B201311254066, B201411404068**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| | | |
|---|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **\*Represents estimated aggregate value of collateral provided by this Debtor, affiliated debtors, and non-debtor entities.** |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $22,829,000.00 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

7/12/18 10:25AM

Debtor    **X-Treme Bullets, Inc.**                                      Case number (if know)    **18-50609-btb**
_____                                    _____
Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

7/12/18 10:25AM

**Fill in this information to identify the case:**

Debtor name    **X-Treme Bullets, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-50609-btb**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Aleksander Bukowy**<br>**4821 Gentry Lane**<br>**Carson City, NV 89701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$187.16** | **$0.00** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Antony Halks**<br>**631 Preston Ave #3**<br>**Lewiston, ID 83501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$1,307.25** | **$0.00** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

7/12/18 10:25AM

| Debtor | **X-Treme Bullets, Inc.** | Case number (if known) | **18-50609-btb** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,484.78 | $0.00 |
|---|---|---|---|---|
| | **Arthur W Eaton**<br>**1395 53rd St N**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,627.92 | $0.00 |
|---|---|---|---|---|
| | **Benjamen Iverson**<br>**420 Vista Ave**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,062.86 | $0.00 |
|---|---|---|---|---|
| | **Benjamin Prior**<br>**1628 9th Avenue**<br>**Clarkston, WA 99403** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,314.10 | $0.00 |
|---|---|---|---|---|
| | **Bradley Bjorkquist**<br>**3208 6th St C**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,053.82 | $0.00 |
|---|---|---|---|---|

**Bradley Gasper**
**1516 15th Ave**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,220.65 | $0.00 |
|---|---|---|---|---|

**Brady King**
**618 Bryden Drive Apt D**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,009.32 | $0.00 |
|---|---|---|---|---|

**Brandon Dean**
**2575 Reservoir Rd**
**Clarkston, WA 99403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $685.08 | $0.00 |
|---|---|---|---|---|

**Brenda L Anderson**
**3531 13th Street**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,295.05 | $0.00 |
|---|---|---|---|---|
| | **Brendon Martin**<br>**2728 17th St #202**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,114.26 | $0.00 |
|---|---|---|---|---|
| | **Brian A McCammon**<br>**411 3rd Ave**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,057.40 | $0.00 |
|---|---|---|---|---|
| | **Brook Robinett**<br>**30100 Mission Creek Rd**<br>**Culdesac, ID 83524** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Bureau of Alcohol, Tobacco,**<br>**Firearms**<br>**and Explosives**<br>**Public Governmental Affairs**<br>**99 New York Ave., NE**<br>**Washington, DC 20226** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

7/12/18 10:25AM

| Debtor | **X-Treme Bullets, Inc.** | Case number (if known) | **18-50609-btb** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**California Dept. of Tax and Fee Admin.**
**Special Operations Bktcy Team, MIC:74**
**PO Box 942879**
**Sacramento, CA 94279-0074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,610.22 | $0.00 |
|---|---|---|---|---|

**Chad M Kaufmann**
**517 Airway Dr**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Chief Counsel**
**FTB, Legal Dept.**
**PO Box 1720, MS A-260**
**Rancho Cordova, CA 95741-1720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.93 | $0.00 |
|---|---|---|---|---|

**Chris A Stout**
**1036 Hemlock Dr**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|--------|----------------------|------------------------|--------------|
|        | Name |  |  |

---

**2.19**  Priority creditor's name and mailing address
**Christopher Holt**
**272 Riverboat Road**
**Dayton, NV 89403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$57.26          $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.20**  Priority creditor's name and mailing address
**Clark County Assessor**
**c/o Bankruptcy Clerk**
**500 S. Grand Central Pkwy**
**Box 551220**
**Las Vegas, NV 89155-1401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.21**  Priority creditor's name and mailing address
**Clark County Treasurer**
**c/o Bankruptcy Clerk**
**500 S. Grand Central Pkwy, Box**
**551220**
**Las Vegas, NV 89155-1401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.22**  Priority creditor's name and mailing address
**Clayton J Holton**
**2321 Silver Sage Drive**
**Carson City, NV 89701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

**2.23**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $906.75 | $0.00 |
|---|---|---|---|

**Clayton L Seely**
**2805 9th Ave**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.24**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Commodity Futures Trading**
**Commission**
**1155 21st St. NW**
**Washington, DC 20581**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.25**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,375.00 | $0.00 |
|---|---|---|---|

**Corey Van Zante**
**3710 14th Street C**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.26**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,665.30 | $0.00 |
|---|---|---|---|

**Daniel Manuel Aguilar**
**419 2nd Avenue, Apt 3**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|--------|----------------------|------------------------|--------------|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address
**Dara R Bringman**
336 5th St. Apt. B
Lewiston, ID 83501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$6,633.20    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address
**David C Howell**
29978 Thiessen Rd
Lewiston, ID 83501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address
**David Sanborn**
102 N 9th Street
Kendrick, ID 83537

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$840.07    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address
**David Town**
1014 15th St. Apt. 2
Lewiston, ID 83501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$387.67    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
| --- | --- | --- | --- |
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**2.31** Priority creditor's name and mailing address
**Dept. of Employment, Training & Rehab**
**Employment Security Division**
**500 East Third Street**
**Carson City, NV 89713**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.32** Priority creditor's name and mailing address
**Don Crea**
**4034 S Garfield**
**Spokane, WA 99203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$4,285.25    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.33** Priority creditor's name and mailing address
**Donald E Young**
**1411 Bryden Ave 6**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$788.42    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.34** Priority creditor's name and mailing address
**Environmental Protection Agency**
**Office of General Counsel**
**1200 Pennsylvania Ave., N.W.**
**Washington, DC 20460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

**2.35**

Priority creditor's name and mailing address
**Franchise Tax Board**
**Bankruptcy Section, MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.36**

Priority creditor's name and mailing address
**Gary J Steckel**
**1901 7th Ave 4**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$154.56    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.37**

Priority creditor's name and mailing address
**Gloria Stolte**
**37279 Growler Point Road**
**Reubens, ID 83548**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$559.50    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.38**

Priority creditor's name and mailing address
**Idaho State Tax Commission**
**Bankruptcy Division**
**PO Box 36**
**Boise, ID 83722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

**2.39** | Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address
**Jacob T Maasdam**
**630 D Preston Ave**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:    $6,435.60    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address
**James Chase**
**1703 Cedar Drive**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:    $1,346.16    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.42** | Priority creditor's name and mailing address
**Jeff J Lohman**
**PO Box 493**
**Juliaetta, ID 83535**

As of the petition filing date, the claim is:    $4,558.90    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,420.65 | $0.00 |
|---|---|---|---|---|

**Jeffrey Alan Ackeret**
2623 Sunset Dr
Lewiston, ID 83501

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.33 | $0.00 |
|---|---|---|---|---|

**Jeremy Jenkins**
1804 15th Ave
Lewiston, ID 83501

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $628.13 | $0.00 |
|---|---|---|---|---|

**Jessie M Baker**
2130 Hillyard Drive
Clarkston, WA 99403

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,596.27 | $0.00 |
|---|---|---|---|---|

**Jesus Ramirez**
2109 Idaho Street
Carson City, NV 89701

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.00 | $0.00 |
|---|---|---|---|---|

**John Kissler**
3415 8th St Apt F
Lewiston, ID 83501

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,819.21 | $0.00 |
|---|---|---|---|---|

**Joseph Chase**
434 Linden Ave
Lewiston, ID 83501

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,432.04 | $0.00 |
|---|---|---|---|---|

**Joseph Levi Seideman**
1328 14 Ave
Lewiston, ID 83501

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,470.94 | $0.00 |
|---|---|---|---|---|

**Joshua Wemlinger**
1208 11th Avenue
Lewiston, ID 83501

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,240.48 | $0.00 |
|---|---|---|---|---|
| | **Karin Nelson** | *Check all that apply.* | | |
| | **3207 6th Street C** | ☐ Contingent | | |
| | **Lewiston, ID 83501** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,269.83 | $0.00 |
|---|---|---|---|---|
| | **Kathryn I Marion** | *Check all that apply.* | | |
| | **304 Watson St** | ☐ Contingent | | |
| | **Culdesac, ID 83524** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,441.23 | $0.00 |
|---|---|---|---|---|
| | **Kelsey Dawn Wakefield** | *Check all that apply.* | | |
| | **39565 Whispering Pines Lane** | ☐ Contingent | | |
| | **Lewiston, ID 83501** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,102.50 | $0.00 |
|---|---|---|---|---|
| | **Kevin Robert Acree** | *Check all that apply.* | | |
| | **1714 Burrell Ave** | ☐ Contingent | | |
| | **Lewiston, ID 83501** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

**2.55** | Priority creditor's name and mailing address
**Krista Lathrop**
1331 Boston St
Clarkston, WA 99403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$2,943.51    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.56** | Priority creditor's name and mailing address
**Kyle Taylor Garrison**
824 7th Street
Clarkston, WA 99403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$911.88    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.57** | Priority creditor's name and mailing address
**Lisa McEwen**
620 S B St.
Grangeville, ID 83530

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$1,359.08    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.58** | Priority creditor's name and mailing address
**Lucas R. Evonne**
5307 S Rome Cir
Aurora, CO 80015

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$86.97    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,295.86 | $0.00 |
|---|---|---|---|---|

**2.59**

Priority creditor's name and mailing address
**Matt Dodson**
**161 Schuller Grade Road**
**Yakima, WA 98908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$5,295.86    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.60**

Priority creditor's name and mailing address
**Matthew R Lerche**
**1919 Birch Ave**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$10,756.38    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.61**

Priority creditor's name and mailing address
**Matthew W Shaw**
**204 3rd street**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$713.70    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.62**

Priority creditor's name and mailing address
**Michael Arthur Long**
**2031 Lone Mountain  # 49**
**Carson City, NV 89706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$983.40    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $819.00 | $0.00 |
|---|---|---|---|---|
| | **Michael Dai Harrell**<br>**3507 11th st**<br>**lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Michael Mundy**<br>**3958 Foothill Drive**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**For notice purposes only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,158.00 | $0.00 |
|---|---|---|---|---|
| | **Michael Rogers**<br>**1627 18th Ave.**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,893.78 | $0.00 |
|---|---|---|---|---|
| | **Michael T Devin**<br>**1817 12th ave**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.65 | $0.00 |
|---|---|---|---|---|

**2.67** Priority creditor's name and mailing address
**Mike Doxtator**
**POB 1068**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$599.65    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.68** Priority creditor's name and mailing address
**Nathan Dreadfulwater**
**1209 Grelle Ave**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,155.75    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.69** Priority creditor's name and mailing address
**Nathan W Karki**
**1718 1st Street**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,046.61    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.70** Priority creditor's name and mailing address
**Nevada Department of Taxation**
**1550 College Parkway, Ste. 115**
**Carson City, NV 89706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|--------|----------------------|------------------------|--------------|
| | Name | | |

---

**2.71**

Priority creditor's name and mailing address
**Nevada Department of Taxation**
**Bankruptcy Section**
**4600 Kietzke Ln., Suite L-235**
**Reno, NV 89502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.72**

Priority creditor's name and mailing address
**Nevada Department of Taxation**
**Bankruptcy Section**
**555 E. Washington Ave., #1300**
**Las Vegas, NV 89101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.73**

Priority creditor's name and mailing address
**Nevada Dept of Environmental**
**Protection**
**2030 E. Flamingo Road, Suite 230**
**Las Vegas, NV 89119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.74**

Priority creditor's name and mailing address
**Nevada Dept of Environmental**
**Protection**
**901 S. Stewart Street, Suite 4001**
**Carson City, NV 89701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $0.00 |
|---|---|---|---|---|

**Raymond Dave Tyson**
**20840 NW Kachina Ave**
**Redmond, OR 97756**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,440.60 | $0.00 |
|---|---|---|---|---|

**Reymon Joseph Parot**
**PO Box 854**
**Asotin, WA 99402**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.64 | $0.00 |
|---|---|---|---|---|

**Roberto Garza**
**2821 Lovelace Way**
**Carson City, NV 89706**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.10 | $0.00 |
|---|---|---|---|---|

**Rodolfo Ahumada**
**293 Monte Cristo Drive**
**Dayton, NV 89403**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

**2.79** Priority creditor's name and mailing address

**Scott B Penton**
**1060 Canterwood Drive**
**Moscow, ID 83843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$4,897.59   $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.80** Priority creditor's name and mailing address

**Sean Brady Becker**
**2611 Meadowlark Dr**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$3,974.72   $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.81** Priority creditor's name and mailing address

**Secretary of the Treasury**
**1500 Pennsylvania Ave. NW**
**Washington, DC 20220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.82** Priority creditor's name and mailing address

**Shaun Barclay**
**1815 Imnaha Lane**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$7,055.60   $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

**2.83** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,048.04 | $0.00

**Shawn Burke**
**147 Shiloh Dr**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.84** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Small Business Administration**
**1020 Main St., #290**
**Boise, ID 83702**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.85** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Social Security Administration**
**Office of the Regional Chief**
**Counsel**
**160 Spear Street, Suite 800**
**San Francisco, CA 94105-1545**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.86** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,144.57 | $0.00

**Stephen S Howell**
**836 Frost Ln**
**Clarkston, WA 99403**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
| --- | --- | --- | --- |
| | Name | | |

**2.87**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.47 | $0.00 |
| --- | --- | --- | --- |
| **Steven Michael Hill**<br>**PO Box 562**<br>**Asotin, WA 99402** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim: |
| --- | --- |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

**2.88**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.00 | $0.00 |
| --- | --- | --- | --- |
| **Tequis Garnett Penney**<br>**PO Box 417**<br>**Lapwai, ID 83540** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim: |
| --- | --- |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

**2.89**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- |
| **Texas Workforce Commission**<br>**Regulatory Integrity Division-SAU**<br>**101 E. 15th St., Room 556**<br>**Austin, TX 78778-0001** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** |
| --- | --- |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

**2.90**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,707.12 | $0.00 |
| --- | --- | --- | --- |
| **Timothy B Stevenson Sr**<br>**P.O. Box 1805**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim: |
| --- | --- |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|--------|-----------------------|------------------------|--------------|
|        | Name                  |                        |              |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,011.09 | $0.00 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-------|

**2.91** Priority creditor's name and mailing address
**Timothy R Norris**
**904 25th Avenue # 201**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$3,011.09    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.92** Priority creditor's name and mailing address
**Tobias D Thill**
**122 15th Avenue**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$11,325.61    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.93** Priority creditor's name and mailing address
**Travis Johnson**
**3333 1/2 5th St**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,233.48    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.94** Priority creditor's name and mailing address
**Trevor TJ Torrez**
**205 14th Ave**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,498.55    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**2.95**

Priority creditor's name and mailing address

**U.S. Department of Labor Occupational Safety & Health Admin.**
**200 Constitution Avenue, NW Room# N3626**
**Washington, DC 20210**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**For notice purposes only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00      $0.00

---

**2.96**

Priority creditor's name and mailing address

**U.S. Dept. of Treasury Alcohol and Tobacco Tax and Trade Bureau**
**Office of Communications**
**1310 G Street, NW, Box 12**
**Washington, DC 20005**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**For notice purposes only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00      $0.00

---

**2.97**

Priority creditor's name and mailing address

**United States Attorney**
**100 W. Liberty Street, #600**
**Reno, NV 89501**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**For notice purposes only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00      $0.00

---

**2.98**

Priority creditor's name and mailing address

**United States Attorney's Office**
**Attn: Civil Process Clerk**
**501 Las Vegas Blvd., South, Suite 1100**
**Las Vegas, NV 89101**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00      $0.00

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|--------|-----------------------|------------------------|--------------|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|

**US Securities & Exchange Commission**
**Attn: Bankruptcy Counsel**
**444 S. Flower St., Ste. 900**
**Los Angeles, CA 90071-9591**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|-------------|-----------------------------------------------------------|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-----|-------------------------------------------------|---------------------------------------------------------------------|-------|

**A-L Compressed Gases, Inc.**
**4230 E Trent Ave**
**Spokane, WA 99202**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|-----|-------------------------------------------------|---------------------------------------------------------------------|---------|

**Absolute Machine Solutions**
**26387 Rocky Top Lane**
**Lapwai, ID 83540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.59 |
|-----|-------------------------------------------------|---------------------------------------------------------------------|---------|

**Action Medical Inc**
**PO Box 189**
**Newmann Lake, WA 99025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,985.22 |
|-----|-------------------------------------------------|---------------------------------------------------------------------|-----------|

**ADP, Inc.**
**PO Box 842875**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.34 |
|-----|-------------------------------------------------|---------------------------------------------------------------------|---------|

**ADT Security Sevices**
**PO Box 371878**
**Pittsburgh, PA 15250-7878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Advanced CFO**
13601 W McMillan Rd
#102
Boise, ID 83713

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,932.07 |
|---|---|---|---|

**Air Electric**
5603 E. 3rd Ave.
Spokane, WA 99212

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $695.00 |
|---|---|---|---|

**Alan Baker CO, LLC**
Sean
PO Box 2128
San Francisco, CA 94083

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159.60 |
|---|---|---|---|

**Alcobra**
Jeff Thomas
4510 N Freya St.
Spokane, WA 99217

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Alex Rakos**
710 Sunset Blvd. North, Unit B
Sunset Beach, NC 28468

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Alexis Knowles**
574 E. Lenign Drive
Deltona, FL 32738

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.55 |
|---|---|---|---|

**Alhambra**
PO Box 660579
Dallas, TX 75266-0579

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

7/12/18 10:25AM

| | | |
|---|---|---|
| Debtor **X-Treme Bullets, Inc.** | Case number (if known) | **18-50609-btb** |
| Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.00 |
|---|---|---|---|
| | **All-American Publishing** | ☐ Contingent | |
| | **5411 Kendall St.** | ☐ Unliquidated | |
| | **Boise, ID 83706** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.08 |
|---|---|---|---|
| | **Allen Nicholas** | ☐ Contingent | |
| | **412 Hopewell Rd.** | ☐ Unliquidated | |
| | **Maryville, TN 37801** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,455.20 |
|---|---|---|---|
| | **Allied Electronics, Inc** | ☐ Contingent | |
| | **Chris lendquist Tom** | ☐ Unliquidated | |
| | **PO Box 2325** | ☐ Disputed | |
| | **Fort Worth, TX 76113** | | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,280.00 |
|---|---|---|---|
| | **Alyssa Gambla** | ☐ Contingent | |
| | **8460 W 91st St.** | ☐ Unliquidated | |
| | **Hickory Hills, IL 60457** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **American Security Brass & Reloading** | ☐ Contingent | |
| | **PO Box 9169** | ☐ Unliquidated | |
| | **Greerton, Tauranga, New Zealand** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,737.96 |
|---|---|---|---|
| | **AmeriPride** | ☐ Contingent | |
| | **Angel** | ☐ Unliquidated | |
| | **PO Box 1160** | ☐ Disputed | |
| | **Bemidji, MN 56619-1160** | | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ammo Direct** | ☐ Contingent | |
| | **P.O. Box 9169** | ☐ Unliquidated | |
| | **Greerton, Tauranga, New Zealand** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ammo Load Worldwide, Inc.**
815 D Street
Lewiston, ID 83501

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**AmmoSeek LLC**
404 Lindsay Court
Berryville, VA 22611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.00 |
|---|---|---|---|

**Ample Supply Co**
john
1401 S. Prairie Drive
Sycamore, IL 60178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,386.00 |
|---|---|---|---|

**Anatek Labs, Inc**
1282 Alturas Drive
Moscow, ID 83843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,690.50 |
|---|---|---|---|

**Anatolia Fisek Sanayi ve Ticar**
Engin
Sanayi Cad. 110 Armutlu
Kemalpasa Izmir, Turkey 35373-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.77 |
|---|---|---|---|

**Andrew Letter**
2960 Carsty Circle
De Pere, WI 54115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.00 |
|---|---|---|---|

**Angela Berring**
2404 Cypress Drive
Saint Charles, MO 63301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $373.24 |
|---|---|---|
| **Applied Industrial Tech, Inc**<br>Verna Aucutt<br>PO Box 100538<br>Pasadena, CA 91189-0538 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,154.12 |
|---|---|---|
| **Armscor Cartridge Inc.**<br>Darren Newsom, Michelle<br>2872 US Hwy 93<br>North Victor, MT 59875 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,479.63 |
|---|---|---|
| **Ater Wynne LLP**<br>1331 NW Lovejoy, Ste. 900<br>Portland, OR 98209-3280 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,109.00 |
|---|---|---|
| **Automation Devices INC**<br>Jim Winschel<br>7050 W. Ridge Rd.<br>Fairview, PA 16415 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,714.50 |
|---|---|---|
| **Automation Direct**<br>PO Box 402417<br>Atlanta, GA 30384 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,793.27 |
|---|---|---|
| **Avista Utilities**<br>1411 E Mission Ave<br>Spokane, WA 99252 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Bailey Kristiansson, LLC**<br>PO Box 104<br>Fulshear, TX 77441 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **UCC B201711892322; Terminated; For Notice purposes only** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**3.34**

**Nonpriority creditor's name and mailing address**
**Barry Foster**
**7473 Rodebaugh Road**
**Reynoldsburg, OH 43068**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

**3.35**

**Nonpriority creditor's name and mailing address**
**Bear Hunting Media**
**PO Box 168**
**West Fork, AR 72774**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$2,650.00

---

**3.36**

**Nonpriority creditor's name and mailing address**
**Berggren Fritz**
**5135 Neal Ranch Rd.**
**Colorado Springs, CO 80906**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$283.50

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Binary Anvil Inc.**
**22525 SE 6th Pl.**
**Issaquah, WA 98027-5383**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$44,872.48

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Binary Anvil, Inc.**
**22525 SE 64th Place**
**Issaquah, WA 98027**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Bitterroot Bolt & Chain Co.**
**Orin Triplett**
**2522 4th Ave. North**
**Lewiston, ID 83501**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$347.71

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Bitterroot Security & Inv. LL**
**Terry Roberts**
**410 9th Street**
**Clarkston, WA 99403**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$118,000.00

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,212.21 |
|---|---|---|---|

**Black Rifle Coffee Company**
381 West Ironwood Dr.
Salt Lake City, UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|---|---|---|---|

**Blake Brockman**
7400 Center Ave., Apt. 317
Cerritos, CA 90703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,350.37 |
|---|---|---|---|

**Blue Cross of Idaho**
PO Box 6948
Boise, ID 83707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,033.68 |
|---|---|---|---|

**Blue Mountain Containers**
Brandon Dean
PO Box 1869
Lewiston, ID 83501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,538.31 |
|---|---|---|---|

**Blue Ribbon Supply Inc**
PO Box 798
Lewiston, ID 83501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Bosnian Austrian Security Serv**
Nedzib Bungur
Debelo Brdo 43
70 000 Sarajevo
Bosnia and Herzegovina

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Brand Avalanche Media, LLC.**
Travis Horton
4343 16th Ave., #161
Moline, IL 61265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,700.00 |
|---|---|---|---|

**Brand Makers LLC**
**Amber Newell**
**464 South Main St.**
**Spanish Fork, UT 84660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.30 |
|---|---|---|---|

**Brandon Kobberdahl**
**15357 67th Ave. North**
**Maple Grove, MN 55311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.68 |
|---|---|---|---|

**Brian Elledge**
**17451 SE Ten Eyck Rd.**
**Sandy, OR 97055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.20 |
|---|---|---|---|

**Bryce Kidd**
**3213 Lew Wallace Drive**
**Clovis, NM 88101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $344.78 |
|---|---|---|---|

**Buchanan Automation Inc**
**PO Box 1249**
**Snohomish, WA 98291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,273.25 |
|---|---|---|---|

**C.Bennett Services, Inc**
**PO Box 2362**
**Cypress, TX 77410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.12 |
|---|---|---|---|

**Camp Cabin & Home**
**2119 4th Ave. North**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address
**Canon**
One Canon Park
Melville, NY 11747

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$16,800.00

---

**3.56** | Nonpriority creditor's name and mailing address
**Canon Financial Services**
14904 Collections Center Drive
Chicago, IL 60693-0149

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$14,356.30

---

**3.57** | Nonpriority creditor's name and mailing address
**Canon Solutions America**
15004 Collections Center Dr.
Chicago, IL 60693

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,589.37

---

**3.58** | Nonpriority creditor's name and mailing address
**Capital Cartridge LLC**
Brain
9702 Wallisville Rd., Suite B
Houston, TX 77013

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$158,880.15

---

**3.59** | Nonpriority creditor's name and mailing address
**Capital One Visa Statement**
PO Box 30285
Salt Lake City, UT 84130

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$37,372.46

---

**3.60** | Nonpriority creditor's name and mailing address
**Cascade Columbia Distribution**
Greg Switzer
6900 Fox Ave.
South Seattle, WA 98108

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,321.46

---

**3.61** | Nonpriority creditor's name and mailing address
**Catalyst Medical Group**
Christine Thomas
2315 8th Street
Lewiston, ID 83501

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$258.00

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

**3.62** | Nonpriority creditor's name and mailing address
**CED - Consolidated Electrical**
Terry, Gaye
PO Box 398855
San Francisco, CA 94139-8855

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$482.50

---

**3.63** | Nonpriority creditor's name and mailing address
**Century Link**
PO Box 91155
Seattle, WA 98111

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$57.81

---

**3.64** | Nonpriority creditor's name and mailing address
**Century Spring Corp**
231274 Momentum Pl.
Chicago, IL 60689

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$235.18

---

**3.65** | Nonpriority creditor's name and mailing address
**Chad Rager**
17259 Castle Ct.
Purcellville, VA 20132

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$838.32

---

**3.66** | Nonpriority creditor's name and mailing address
**Charter Business - 25 Stokes**
PO Box 60188
Los Angeles, CA 90060

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$1,601.00

---

**3.67** | Nonpriority creditor's name and mailing address
**Chemetall - Oakite Products, I**
Hans Juergensen
22040 Network Place
Chicago, IL 60673-1220

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$879.42

---

**3.68** | Nonpriority creditor's name and mailing address
**Chemithon Surface Finishing, I**
Dale Flinchbaugh
5430 W. Marginal Way SW
Seattle, WA 98106

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$370.89

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**3.69**

**Nonpriority creditor's name and mailing address**
**Chemix Corp.**
**412 E. Commonwealth Ave., Ste. 1**
**Fullerton, CA 92832**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$587.68

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Chris Hayes**
**362 Reservoir Drive**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Christian Domagall**
**4121 98th Ave. NE**
**Circle Pines, MN 55014**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$22.09

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Christopher Koolhof**
**11965 Norman Lane**
**Auburn, CA 95603**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$169.00

---

**3.73**

**Nonpriority creditor's name and mailing address**
**City of Cameron**
**City of Cameron**
**PO Box 8332**
**Cameron, TX 76520**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.74**

**Nonpriority creditor's name and mailing address**
**City of Jersey Village**
**16501 Jersey Drive**
**Jersey Village, TX 77040**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$77.39

---

**3.75**

**Nonpriority creditor's name and mailing address**
**City of Lewiston**
**PO Box 617**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$732.41

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00**

**Clarkston Auto & Truck Parts**
**507 Third St.**
**Clarkston, WA 99403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$378.56**

**Clayton Hewitt**
**7509 N Sycamore Ave**
**Kansas City, MO 64158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,441.71**

**Clean Harbors Env. Services In**
**PO Box 3442**
**Boston, MA 02241-3442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Clearwater Bullet, Inc.**
**153 Southport Ave., Building 4**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00**

**Clearwater Medical Clinic**
**1522 17th Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$348.35**

**Clearwater Propane**
**PO Box 675**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CNC Pros International, INC**
**1582. E. Bramble Ln.**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|

**3.83** Nonpriority creditor's name and mailing address
Coleman Oil Company
PO Box 1308
Lewiston, ID 83501

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.74

---

**3.84** Nonpriority creditor's name and mailing address
Collier Electric
Bryan & Laura Collier
1119 Van Arsdol
Clarkston, WA 99403

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$28,587.61

---

**3.85** Nonpriority creditor's name and mailing address
Columbia Electric Supply
Nate, Rusty, Eric, Josh, Jason
8100 NE ST. Johns Rd., E 102
Vancouver, WA 98665

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$199.75

---

**3.86** Nonpriority creditor's name and mailing address
Comcast
PO Box 660618
Dallas, TX 75266

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$282.15

---

**3.87** Nonpriority creditor's name and mailing address
Comm Trade USA, Inc
1934 West Gray St., Ste. 200
Houston, TX 77019

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$47,185.68

---

**3.88** Nonpriority creditor's name and mailing address
Community Impact Newspaper
16225 Impact Way, Ste. One
Pflugerville, TX 78660

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$470.00

---

**3.89** Nonpriority creditor's name and mailing address
Complete Capital Services, Inc.
22811 Greater Mack Ave., Ste. 203
Saint Clair Shores, MI 48080

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Various machinery and tools: spindle; tool holder; turning tool; drill body**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,495.65**

Components Exchange
Molly K
21530 Buckskin Ln.
Peck, ID 83545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Components Exchange, LLC
815 D Street
Lewiston, ID 83501

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97.46**

Comstock Propane Inc
36 Miles Rd.
Carson City, NV 89706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,045.30**

Concept Automation Systems
Debbie Byrd
3633 Research Way, #101
Carson City, NV 89706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Corporation Service Company, as Rep
Attn: Legal Dept.
PO Box 2576
Springfield, IL 62708

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **UCC 20160095207C**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

Covert Madison
3004 Hubbartd Place
New Smyrna Beach, FL 32168

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00**

Craig Draper
8842 W Mornin Mist St.
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | **X-Treme Bullets, Inc.** | Case number (if known) | **18-50609-btb** |
|---|---|---|---|
| | Name | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.50 |
|---|---|---|---|

**Creason, Moore, Dokken & Geidl**
PO Box 835
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Crow Shooting Supply**
Chris Peck
200 S. Front St.
Montezuma, IA 50171

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **For notice purpose only**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $473,233.74 |
|---|---|---|---|

**Crow Shooting Supply DROP SHIP**
200 S. Front St.
Montezuma, IA 80171

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.83 |
|---|---|---|---|

**Culligan, LLC.**
PO Box 8332
Moscow, ID 83843

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.04 |
|---|---|---|---|

**Custom Fluid Power Inc**
Darren Butters
16083 N Franklin Blvd. Ste. 1
Nampa, ID 83687

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,217.00 |
|---|---|---|---|

**Custom Master/Flo King**
VALERIE
401 Lake Bennett Ct.
Longwood, FL 32750-6341

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,700.00 |
|---|---|---|---|

**DaJo Trucking, Inc.**
4093 Lucky Lane
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 |
|---|---|---|---|

**Danglers Inc.**
**35 Oakdale Ave.**
**Johnston, RI 02818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.00 |
|---|---|---|---|

**Daniel Atkinson**
**3840 N Vine**
**Tucson, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.04 |
|---|---|---|---|

**Darcy Richard**
**91 Wynnewood Ct.**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,991.34 |
|---|---|---|---|

**David Howell**
**PO Box 1903**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,763.13 |
|---|---|---|---|

**David Howell**
**PO Box 1903**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.60 |
|---|---|---|---|

**David Lane**
**8850 Chumash Ln**
**Riverside, CA 92509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.24 |
|---|---|---|---|

**Davis Brian**
**1056 Creekside Ct., Unit 1A**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,039.32 |
|---|---|---|---|

**Dayton Lamina**
**500 Progess Road**
**Dayton, OH 45449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ◼ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Deburring Equipment Manufactri**
**TIM**
**3248 Hillside Ave.**
**Norco, CA 92860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ◼ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,584.00 |
|---|---|---|---|

**Deductible Recovery Group**
**Ame Janaszek**
**PO Box 6068-01**
**Hermitage, PA 16148-1068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ◼ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

**Die-Namic, Inc**
**Sue Leonard**
**PO Box 30516, Dept. 7006**
**Lansing, MI 48909-8016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ◼ No ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.25 |
|---|---|---|---|

**Douglas Newton**
**2400 W. Morrell**
**Jackson, MI 49203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ◼ No ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.59 |
|---|---|---|---|

**East Side Plating**
**Debbie Bergland**
**8400 SE 26th Place**
**Portland, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ◼ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,019.48 |
|---|---|---|---|

**Emir Hidir**
**1382 Sokak 8/3**
**Alsancak Ismir**
**Turkey 35220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ◼ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,500.00 |
|---|---|---|---|

**Environ-Metal, Inc.**
Tina Larsen-Sales Rep    tlarson@hevishot
1307 Clark Mill Street
Sweet Home, OR 97386

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,400.00 |
|---|---|---|---|

**Eric Nelson**
2104 14th Street
Lewiston, ID 83501

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,009.08 |
|---|---|---|---|

**eShipping LLC**
Jessica O'Leary
PO Box 775332
Chicago, IL 60677-5332

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.48 |
|---|---|---|---|

**Estes Express Line**
PO Box 25612
Richmond, VA 23260

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,655.00 |
|---|---|---|---|

**Falkor Defense**
Teri Bell
2902 US Hwy 93 North
Kalispell, MT 59912

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fastenal Company**
2001 Theurer Blvd.
Winona, MN 55987

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $318.68 |
|---|---|---|---|

**Fastenal NVCAR0715**
PO Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

**3.125**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,101.31 |
|---|---|---|
| **Fastenal NVCAR0796**<br>PO Box 1286<br>Winona, MN 55987 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.126**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.89 |
|---|---|---|
| **Fastenal WACOV2418**<br>PO Box 1286<br>Winona, ID 83501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.127**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $776.23 |
|---|---|---|
| **FedEx Freight**<br>Dept CH<br>PO Box 10306<br>Palatine, IL 60055 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.128**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.40 |
|---|---|---|
| **Fisher Systems**<br>2117 12th Ave.<br>Lewiston, ID 83501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.129**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|
| **FMG Publications**<br>12345 World Trade Drive<br>San Diego, CA 92128 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.130**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.25 |
|---|---|---|
| **Francisco Magallanes**<br>6778 Orizaba Ave.<br>Long Beach, CA 90805 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.131**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
|---|---|---|
| **Frasier Transport Inc.**<br>Holly Bell<br>8171 E. Executive Ave.<br>Nampa, ID 83687 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

7/12/18 10:25AM

| Debtor | **X-Treme Bullets, Inc.** | Case number (if known) | **18-50609-btb** |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Freedom Munitions, LLC**
**815 D Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.56 |
|---|---|---|---|

**Freight Quote.com**
**Derek Wiles, Rep**
**PO Box 9121**
**Minneapolis, MN 55480-9121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,314.86 |
|---|---|---|---|

**Fuqua Park Row, LLC**
**c/o Mike Little**
**J.M. Little Attorney at Law, P.C.**
**5718 Westheimer, Suite 1840**
**Houston, TX 77099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.89 |
|---|---|---|---|

**Gary's Pool & Spa Service LLC**
**1113 14th Ave.**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.82 |
|---|---|---|---|

**General Tool & Supply Co.**
**116 9th Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.97 |
|---|---|---|---|

**George's Lock & Kew Service**
**1728 Main Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.94 |
|---|---|---|---|

**Global Industrial**
**Brian**
**29833 Network Pl.**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,582.64**

**Goldenwest Lubricants**
**Mitzy Macias**
**1937 Mount Vernon Ave.**
**Pomona, CA 91768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Grainger**
**Linda Fetuu**
**PO Box 419267**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.99**

**Greenia Matt**
**588 Timberland Drive**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$646.00**

**Guardian Heating**
**929 16th Ave.**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,934.66**

**GunsAmerica LLC**
**5930 Royal Ln., Ste. E**
**PMB 329, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,320.00**

**Hahn Supply, Inc.**
**2101 Main Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.25**

**Hammond Fredrick**
**9802 Magelian Drive**
**Key Largo, FL 33037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.19 |
|---|---|---|---|

**3.146** Nonpriority creditor's name and mailing address
Hampton Inn & Suites Carson Ci
10 Hospitality Way
Carson City, NV 89706

Date(s) debt was incurred **Various**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

$143.19

---

**3.147** Nonpriority creditor's name and mailing address
Hangtown Range
Hangtown Range
1540 Broadway
Placerville, CA 95667

Date(s) debt was incurred **Various**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

$1,188.13

---

**3.148** Nonpriority creditor's name and mailing address
Henry Thomas
21 Churcill Downs Drive
St. Peters, MO 63376

Date(s) debt was incurred **Various**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

$40.48

---

**3.149** Nonpriority creditor's name and mailing address
Heriberto Martinez
10 Vista Rd.
Reading, PA 19610

Date(s) debt was incurred **Various**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

$365.45

---

**3.150** Nonpriority creditor's name and mailing address
High Sierra Business Systems
2814 N Carson St.
Carson City, NV 89706

Date(s) debt was incurred **Various**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

$3.00

---

**3.151** Nonpriority creditor's name and mailing address
Howell Construction
29978 Thiessen Road
Lewiston, ID 83501

Date(s) debt was incurred **Various**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

$221.88

---

**3.152** Nonpriority creditor's name and mailing address
Howell Machine, Inc.
815 D Street
Lewiston, ID 83501

Date(s) debt was incurred **_**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Huber Action Freight**
PO Box 709
Colfax, WA 99111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,728.60 |
|---|---|---|---|

**IMC-Metals America, LLC**
Marcia Melcsik, Donna
99 E. River Dr., Riverview Square 2
East Hartford, CT 06108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Industrial Hearing Service Inc.**
12021 NE Summer St.
Portland, OR 97220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Inland NW Metallurgical Services**
16203 E Marietta Ave
Spokane, WA 99216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,124.25 |
|---|---|---|---|

**Instructure Inc**
6330 S. 3000 East, Ste. 700
Salt Lake City, UT 84121-6237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Isaac Jacks**
19 Maplecrest Dr.
Charleston, SC 29412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.73 |
|---|---|---|---|

**Jack Landis**
216 S California St
Yerington, NV 89447

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | | Case number (if known) | 18-50609-btb |
|--------|----------------------|--|------------------------|--------------|
| | Name | | | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|-------|--------|--------|--------|

**Jagemann Stamping Company**
George Klaybourne
5757 W. Custer St.
Manitowoc, WI 54220

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|--------|

**Jansen Jones**
3790 Foothill Drive
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.08 |
|-------|--------|--------|--------|

**Jeff McClain**
5147 Canary Lane
Nampa, ID 83687

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.04 |
|-------|--------|--------|--------|

**Jeffrey Romanowski**
6569 Kali Dr.
Eldersburg, MD 21784

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,153.10 |
|-------|--------|--------|--------|

**Jeremy Buck**
12405 S. Alcan St.
Olathe, KS 66062

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.64 |
|-------|--------|--------|--------|

**Jerry Savage**
5073 Dyer Lane
Taylorsville, UT 84129

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.46 |
|-------|--------|--------|--------|

**Joey Hayashi**
262 Tangerine Drive
Buda, TX 78610

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**3.167** Nonpriority creditor's name and mailing address

**John Hendrickson**
**19412 Pompano Ln., Unit 105**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$41.85**

---

**3.168** Nonpriority creditor's name and mailing address

**John Johnson**
**803 Shirez Drive**
**Grovetown, GA 30813**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$22.09**

---

**3.169** Nonpriority creditor's name and mailing address

**John McClintin**
**9701 Trumbull SE**
**Albuquerque, NM 87123**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$265.26**

---

**3.170** Nonpriority creditor's name and mailing address

**John Visscher**
**10038 River Drive**
**Gibsonton, FL 33534**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$22.09**

---

**3.171** Nonpriority creditor's name and mailing address

**Jones, Brower & Callery, PLLC**
**Bob Brower**
**1304 Idaho St.**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.172** Nonpriority creditor's name and mailing address

**Jose Luis Fernandez**
**7119 Ilex Street**
**Houston, TX 77087**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,815.00**

---

**3.173** Nonpriority creditor's name and mailing address

**Joseph Cambern**
**629 N 96th Street**
**Mesa, AZ 85207**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$146.48**

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**3.174** | Nonpriority creditor's name and mailing address
**Julio S Chavez**
8888 Citrus Ave., Unit C-22
Fontana, CA 92335

Date(s) debt was incurred __Various__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$198.79

---

**3.175** | Nonpriority creditor's name and mailing address
**KC Auto Paint & Supplies**
151 Thain Road
Lewiston, ID 83501

Date(s) debt was incurred __Various__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$203.98

---

**3.176** | Nonpriority creditor's name and mailing address
**Keith Katzenberger**
1825 Powers Drive
Lewiston, ID 83501

Date(s) debt was incurred __Various__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,125.00

---

**3.177** | Nonpriority creditor's name and mailing address
**Kelly's Cleaning Service**
3536 8th St. C
Lewiston, ID 83501

Date(s) debt was incurred __Various__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$198.00

---

**3.178** | Nonpriority creditor's name and mailing address
**Kendal Watkins**
102 Spinnaker Circle
Daytona Beach, FL 32119

Date(s) debt was incurred __Various__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.179** | Nonpriority creditor's name and mailing address
**Keyence Corp. of America**
Andy Scheller
Dept. CH 17128
Palatine, IL 60055-7128

Date(s) debt was incurred __Various__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$262.75

---

**3.180** | Nonpriority creditor's name and mailing address
**Krieger Barrels, Inc.**
David/ Sandy
2024 Mayfield Rd.
Ritchfield, WI 53076

Date(s) debt was incurred __Various__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$530.00

---

7/12/18 10:25AM

| Debtor | **X-Treme Bullets, Inc.** | Case number (if known) | **18-50609-btb** |
|---|---|---|---|
| | Name | | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**Laird Plastics**
**Ron McKay**
**7017 E. Mission Ave.**
**Spokane Valley, WA 99212-1198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.25 |
|---|---|---|---|

**Landscapes By Design**
**721 Bryden Ave**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,166.67 |
|---|---|---|---|

**Larysa Unleashed LLC**
**8218 Santa Rosa Ct.**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lax Firing Range**
**234 S. Hindry Ave.**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,743.00 |
|---|---|---|---|

**Leader Tool Co Inc**
**brian Gunn**
**PO Box 66**
**Harbor Beach, MI 48441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Lewis Clark Recyclers**
**PO Box 1687**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lewis-Clark Ammunition Components, LLC**
**815 D Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**3.188**

**Nonpriority creditor's name and mailing address**
**Lewiston Auto Parts**
208-746-1322 FOR LOCAL ORDERS
PO Box 2648
Hayden, ID 83835

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$48.65**

---

**3.189**

**Nonpriority creditor's name and mailing address**
**Lewiston Sprinkler Company**
1602 16th Ave.
Lewiston, ID 83501

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

**3.190**

**Nonpriority creditor's name and mailing address**
**Liberty Mutual Insurance**
PO Box 85307
San Diego, CA 92186

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,464.20**

---

**3.191**

**Nonpriority creditor's name and mailing address**
**LifeMap Assurance Company**
PO Box 6840
Portland, OR 97228

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,048.83**

---

**3.192**

**Nonpriority creditor's name and mailing address**
**Lindsey Monroe**
1986 Shubert Ln.
Port Orange, FL 32128

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.193**

**Nonpriority creditor's name and mailing address**
**Listrak**
100 W. Millport Rd.
Lililtz, PA 17543

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.194**

**Nonpriority creditor's name and mailing address**
**Listrak**
100 W. Millport Rd.
Lililtz, PA 17543

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20,949.50**

---

7/12/18 10:25AM

| Debtor | **X-Treme Bullets, Inc.** | | Case number (if known) | **18-50609-btb** |
|---|---|---|---|---|
| | Name | | | |

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**Logicbroker, Inc**
**Craig Regan**
**One Enterprise Drive, Ste. 425**
**Shelton, CT 06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lolo Sporting Goods, Inc.**
**1026 Main St.**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $823.58 |
|---|---|---|---|

**Loomis**
**Dept. CH 10500**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148,247.28 |
|---|---|---|---|

**Luvata Appleton, LLC**
**PO Box 200498**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,318.56 |
|---|---|---|---|

**Maintenance Connection Inc**
**Jeff Ruiter**
**1477 Drew Ave., Ste. 103**
**Davis, CA 95616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.47 |
|---|---|---|---|

**Mark Ginter**
**9695 Coyote Ct.**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.60 |
|---|---|---|---|

**Martin Heald**
**112 Kearsarge Valley Rd.**
**Wilmot, NH 03287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|--------|----------------------|------------------------|--------------|
| | Name | | |

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$169.50**

McMaster-Carr Supply Co
PO Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,543.80**

Media Lodge, Inc
PO Box 2511
Kennesaw, GA 30156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$840.00**

Mesa County Sheriff's Office
544 Rood Ave.
Grand Junction, CO 81502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Miami Police Depot, Inc.
2640 W. 84th St.
Hialeah, FL 33016

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$207.16**

Michael Jackson
25111 Linda Vista Dr.
Laguna Hills, CA 92653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$828.64**

Michael McWhorter
3159 Bear Hollow Road
Uniontown, OH 44685

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.68**

Michael Nguyen
2085 Marter Ave.
Simi Valley, CA 93065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**3.209** Nonpriority creditor's name and mailing address

**Michael White**
**2001 Vintners Ct.**
**Raleigh, NC 27610**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$54.40

---

**3.210** Nonpriority creditor's name and mailing address

**Midwest Brass, LLC**
**9254 US-31**
**West Olive, MI 49460**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$553,667.00

---

**3.211** Nonpriority creditor's name and mailing address

**Mike Kasaba**
**18635 Filmore St.**
**Livonia, MI 48152**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$11.88

---

**3.212** Nonpriority creditor's name and mailing address

**Milan Blagojevic-Namenska A.D.**
**Radnicka bb**
**32240 Lucani**
**Republic of Serbia**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.213** Nonpriority creditor's name and mailing address

**Miles Chemical**
**12801 Rangoon St.**
**Arleta, CA 91331**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$671.04

---

**3.214** Nonpriority creditor's name and mailing address

**Mitch Savoie**
**825 Ombrage Rd.**
**Carencro, LA 70520**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,016.96

---

**3.215** Nonpriority creditor's name and mailing address

**Moss Adams LLP**
**PO Box 101822**
**Pasadena, CA 91189-1822**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$968.00

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | | Case number (if known) | 18-50609-btb |
|---|---|---|---|---|
| | Name | | | |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221.15 |
|---|---|---|---|

**Motion Industries, Inc**
**ken**
**9922 E. Montgomery, Units 18 & 19**
**Spokane Valley, WA 99206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.05 |
|---|---|---|---|

**Mound House True Value Hardware**
**10189 Hwy 50 E**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.19 |
|---|---|---|---|

**MSC Industrial Supply Co**
**PO Box 953635**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Mytota, Inc.**
**12435 Tesuque Dr**
**Apple Valley, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $899.00 |
|---|---|---|---|

**National Machinery, LLC**
**Tammi Dryfus**
**161 Greenfield Street**
**Tiffin, OH 44883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,410.82 |
|---|---|---|---|

**NET Global**
**359 W. Elm Street**
**Penbroke, MA 02359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Nevada Employment Security Div**
**500 E Third St.**
**Carson City, NV 89713-0030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**3.223** | Nonpriority creditor's name and mailing address

**Nevada Occupational Health Cen**
PO Box 21226
Carson City, NV 89721

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,169.88

---

**3.224** | Nonpriority creditor's name and mailing address

**Nickolaus Mans**
173 Fischer
Spur, GA 30265

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$684.91

---

**3.225** | Nonpriority creditor's name and mailing address

**NMHG Financial Services, Inc.**
P.O. Box 35701
Billings, MT 59107

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.226** | Nonpriority creditor's name and mailing address

**North Coast Electric**
4105 North Gov't Way
Couer d' Alene, ID 83815

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$9.38

---

**3.227** | Nonpriority creditor's name and mailing address

**Northwestern Mutual**
PO Box 2062
Milwaukee, WI 53201

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,800.00

---

**3.228** | Nonpriority creditor's name and mailing address

**Novation, Inc.**
2616 N. Locust Rd.
Spokane, WA 99206

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$425.00

---

**3.229** | Nonpriority creditor's name and mailing address

**Nu-Systems, Inc**
1266 Dresslerville Rd.
Gardenville, NV 89721

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$105.00

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,424.00 |
|---|---|---|---|

**Nuvodia, LLC**
**801 S Stevens Street**
**Spokane, WA 99204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.15 |
|---|---|---|---|

**NV Energy**
**PO Box 30065**
**Reno, NV 89520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.79 |
|---|---|---|---|

**Oak Harbor Freight**
**PO Box 1469**
**Auburn, WA 98071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,013.90 |
|---|---|---|---|

**Old Dominion Freight Lines**
**PO Box 742296**
**Los Angeles, CA 90074-2296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,693.25 |
|---|---|---|---|

**Oracle America**
**Ben Thorp**
**500 Oracle Parkway**
**Redwood Shores, CA 94065**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,508.57 |
|---|---|---|---|

**Orange County Sherrif's Office**
**PO Box 445**
**Orange, VA 22960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.21 |
|---|---|---|---|

**Oxarc**
**1513 3rd Ave**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**3.237** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,205.20**

P Kay Metal, Inc
Larry Kay
2448 E. 25th Street
Los Angeles, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00**

Pacific Steel & Recycling
Cindy Hanson
PO Box 1570
Hayden, ID 83835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,008.69**

Packaging Corporation of Ameri
Tawnya McKinney
PO Box 51584
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.54**

Pape Material Handling H40FT
Tim Timmerman
PO Box 5077
Portland, OR 97208-0507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Parallel Group
1380 Hamel Road
Hamel, MN 55340

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,001.02**

Parallel, LLC
Parallel, LLC
1380 Hamel Rd.
Medina, MI 55340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.00**

Patrick Harvey
2818 Cambridge Rd.
Lake Worth, FL 33462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**3.244**

**Nonpriority creditor's name and mailing address**
PCB Piezotronics, Inc.
Steve
3425 Walden Ave.
Depew, NY 14043

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,655.00**

---

**3.245**

**Nonpriority creditor's name and mailing address**
Phillip A Swiderski Sr
15971 Smokey Hollow Road
Traverse City, MI 49686

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$155.42**

---

**3.246**

**Nonpriority creditor's name and mailing address**
Pinnacle Investigations Corp
920 N Argonne Rd., Ste. 200
Spokane Valley, WA 99212

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$43.20**

---

**3.247**

**Nonpriority creditor's name and mailing address**
Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,054.99**

---

**3.248**

**Nonpriority creditor's name and mailing address**
Pivot Precision
1-716-625-8000
6550 Campbell Blvd.
Lockport, NY 14094-9228

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,729.72**

---

**3.249**

**Nonpriority creditor's name and mailing address**
Precision Punch Corporation
304 Christian Ln.
Berlin, CT 06037

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250**

**Nonpriority creditor's name and mailing address**
Precision Punch Corporation
304 Christian Ln.
Berlin, CT 06037

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$742.39**

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231.00 |
|---|---|---|---|

**Raul Sotelo**
19439 Rosebud Ridge Way
Spring, TX 77379

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,636.00 |
|---|---|---|---|

**Reaco, LLC**
**Katie Burg**
PO Box 2468
Kearney, NE 68848

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Rex Layton**
1134 6th St.
Clarkston, WA 99403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Richard James & Associates Inc**
4317 NE Thurston Way, Ste. 270
Vancouver, WA 98662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.96 |
|---|---|---|---|

**Richard Withers**
8110 201st Street East
Spanaway, WA 98387

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.02 |
|---|---|---|---|

**Robert Hartshorn**
7012 NE 141st Ct
Vancouver, WA 98682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.04 |
|---|---|---|---|

**Robert Kee**
91103 Youngs River Road
Astoria, OR 97103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**3.258**

**Nonpriority creditor's name and mailing address**
Robert Stopa
1101 S Hunt Club Dr., Apt 412
Mt. Prospect, IL 60056

Date(s) debt was incurred **Various**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$97.30**

---

**3.259**

**Nonpriority creditor's name and mailing address**
Robert Wallace
2298 Willow Street Pike
Lancaster, PA 17602

Date(s) debt was incurred **Various**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$20.93**

---

**3.260**

**Nonpriority creditor's name and mailing address**
Rodeo Internet Services
909 6th St.
Clarkston, WA 99403

Date(s) debt was incurred **Various**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$396.00**

---

**3.261**

**Nonpriority creditor's name and mailing address**
Rolf Johnsen
39 Greenwood Drive
South San Francisco, CA 94080

Date(s) debt was incurred **Various**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$69.75**

---

**3.262**

**Nonpriority creditor's name and mailing address**
Ronnie Earle
61 Wilderness Ct.
Harpes Ferry, WV 25425

Date(s) debt was incurred **Various**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$313.50**

---

**3.263**

**Nonpriority creditor's name and mailing address**
Royal Diversified Products, In
PO Box 444
Warren, RI 02885-0444

Date(s) debt was incurred **Various**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,870.02**

---

**3.264**

**Nonpriority creditor's name and mailing address**
Royal Metal Industries, Inc
Visanu Chawla
7240 Sycamore Canyon Blvd.
Riverside, CA 92508

Date(s) debt was incurred **Various**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,603.00**

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00

**Rudolph's Auto Service**
**508 Beachey Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,822.35

**Rudy Zaruba**
**10202 Russet Field Ct.**
**Houston, TX 77070**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.00

**Ryan Pattman**
**1201 Canterbury Blvd.**
**Altus, OK 73521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,958.40

**S & A Wood Specialties**
**larry**
**1323 A Ripon Ave.**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,250.00

**SAAMI**
**Randy**
**11 Mile Hill Rd.**
**Newton, CT 06470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.02

**Safety- Kleen Systems**
**1200 Marietta Way**
**Sparks, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,400.00

**Saginaw Machine Systems**
**Dave Albert**
**800 N. Hamilton St.**
**Saginaw, MI 48602-4354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|--------|----------------------|------------------------|--------------|
|        | Name                 |                        |              |

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.62 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**3.272** Nonpriority creditor's name and mailing address
**Sala Motor Freight**
PO Box 730532
**Dallas, TX 75373**
Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$375.62

---

**3.273** Nonpriority creditor's name and mailing address
**Schurman's True Value**
801 6th Street
**Clarkston, WA 99403**
Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$107.90

---

**3.274** Nonpriority creditor's name and mailing address
**Schwab's Screw Machine Product**
24458 Webb Rd.
**Lapwai, ID 83540**
Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$486.00

---

**3.275** Nonpriority creditor's name and mailing address
**Sean Blakely**
2671 SW Windship Way
**Stuart, FL 34997**
Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$271.38

---

**3.276** Nonpriority creditor's name and mailing address
**Seaport Machine**
1719 13th Street
**Clarkston, WA 99403**
Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,130.00

---

**3.277** Nonpriority creditor's name and mailing address
**Shumaker, Loop & Kendrick**
240 S. Pineapple Ave.
**Sarasota, FL 34236**
Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,506.79

---

**3.278** Nonpriority creditor's name and mailing address
**Silver State Bullets, LLC**
Jim & Diane House
PO Box 2270
**Dayton, NV 89403**
Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|--------|------------------------|------------------------|--------------|
| | Name | | |

---

**3.279**  Nonpriority creditor's name and mailing address
**Southwest Gas**
PO Box 98890
**Las Vegas, NV 89193**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30.28**

---

**3.280**  Nonpriority creditor's name and mailing address
**Spokane House of Hose**
**Gerry Zinkgraf**
5520 E. Sprague Ave.
**Spokane Valley, WA 99212**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.50**

---

**3.281**  Nonpriority creditor's name and mailing address
**Spokane Packaging**
3808 N. Sullivan Rd., Bldg #21
**Spokane, WA 99216**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,890.05**

---

**3.282**  Nonpriority creditor's name and mailing address
**SPS Commerce, Inc.**
PO Box 205782
**Dallas, TX 75320**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$404.90**

---

**3.283**  Nonpriority creditor's name and mailing address
**St. Marks Powder**
**Jodi McIver**
PO Box 222
**Saint Marks, FL 32327**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$191,591.20**

---

**3.284**  Nonpriority creditor's name and mailing address
**Staples Business Advantage**
PO Box 83689, Dept. LA
**Chicago, IL 60696-3689**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$180.47**

---

**3.285**  Nonpriority creditor's name and mailing address
**Starline, Inc**
**Debbie Myers**
1300 W. Henry
**Sedalia, MO 65301**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$33,450.00**

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.25 |
|---|---|---|---|

**Steve Olson**
**562 East Wigeon Way**
**Suisun City, CA 94585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432.40 |
|---|---|---|---|

**Steven Robedeau**
**1643 Grayfriars**
**Holt, MI 48842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STI Brasil (Tactical Gear Imports)**
**AV. Professor Mario Werneck**
**2275 Bairro Buritis**
**Belo Horizonte**
**Minal Gerais, Brazil**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,994.00 |
|---|---|---|---|

**STI International**
**114 Halmar Cove**
**Georgetown, TX 78628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Stonebraker McQuary Insurance**
**Don McQuary**
**PO Box 9**
**Clarkston, WA 99403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.18 |
|---|---|---|---|

**Sunnen Products Co.**
**PO Box 952481**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.00 |
|---|---|---|---|

**Sutherland Asbill & Brennan LL**
**999 Peachtree St., NE, Ste. 2300**
**Atlanta, GA 30309-3996**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|--------|----------------------|------------------------|--------------|

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,300.00 |
|-------|------------------------------------------------|----------------------------------------------------------------------|-----------|

**TalkingLead, LLC**
**306 Royal Glen Blvd.**
**Murfreesboro, TN 37128**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.75 |
|-------|------------------------------------------------|----------------------------------------------------------------------|--------|

**Taylor Stanley**
**40 Santiago Road**
**Debary, FL 32713**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|------------------------------------------------|----------------------------------------------------------------------|-------|

**Team Wilson Combat**
**2452 CR 719**
**Berryville, AR 72616**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
|-------|------------------------------------------------|----------------------------------------------------------------------|-----------|

**Tharco**
**PO Box 51584**
**Los Angeles, CA 90051**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,166.65 |
|-------|------------------------------------------------|----------------------------------------------------------------------|-----------|

**The High Road Group, Inc.**
**Ron Bice, Michelle Pawelek**
**1492 S. Seguin Ave.**
**New Braunfels, TX 78130**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|-------|------------------------------------------------|----------------------------------------------------------------------|---------|

**Thermal Mod**
**19830 SW Teton Ave**
**Tualatin, OR 97062**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,820.00 |
|-------|------------------------------------------------|----------------------------------------------------------------------|-----------|

**Thiessen Oil Co**
**Kerri Jones, Tarrin, Allen, Jay**
**815 Snake River Ave.**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | | Case number (if known) | 18-50609-btb |
|---|---|---|---|---|
| | Name | | | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.25 |
|---|---|---|---|
| | **Timothy Charbonneau** **479 Hennessey Road** **Enosburg Falls, VT 05450** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|
| | **TLR** **Nicole** **11855 NE Glenn Winding Dr.** **Portland, OR 97220** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|
| | **Total Logistics Resource** **11855 NE Glenn Winding Dr.** **Portland, OR 97220** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,404.00 |
|---|---|---|---|
| | **Travelers** **PO Box 660317** **Dallas, TX 75266** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.08 |
|---|---|---|---|
| | **Travers Tool Co, Inc** **128-15 26th Ave.** **Flushing, NY 11354** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.06 |
|---|---|---|---|
| | **Travis Pattern & Foundry** **1413 E. Hawthorne Rd.** **Spokane, WA 99217** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.86 |
|---|---|---|---|
| | **Treasure Valley Coffee** **PO Box 6145** **Kennewick, WA 99336** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

7/12/18 10:25AM

| Debtor | **X-Treme Bullets, Inc.** | Case number *(if known)* | **18-50609-btb** |
|---|---|---|---|
| | Name | | |

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Trevor Ellico**
6393 Orangewood Drive
Rancho Cucamonga, CA 91701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$305.17** |
|---|---|---|---|

**Uline**
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Unis "Ginex" d.d. Gorazde**
Visegradska bb
73000 Gorazde,
Bosnia and Herzegovina

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|

**United Tool Corporation**
3718 E Newby Street Suite 108
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,644.05** |
|---|---|---|---|

**UPS**
Lockbox 577
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00** |
|---|---|---|---|

**USF Reddaway, Inc**
26401 Network Place
Chicago, IL 60673-1264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Val Mundell**
1438 Greco Drive
Clarkston, WA 99403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

.·.

7/12/18 10:25AM

Debtor    **X-Treme Bullets, Inc.**
_____
Name

Case number (if known)    **18-50609-btb**

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |

**Valley Car Sales**
**JUDY HOBSON**
**1801 Main Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |

**Valley Drug Testing**
**PO Box 861**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |

**Valley Vision, Inc.**
**111 Main Street Suite 130**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,795.67** |

**Vanguard**
**PO Box 28067**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,925.00** |

**Velocity EHS**
**586 Argus Rd., Ste. 201**
**Ontario, Canada L6J3J3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,280.37** |

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |

**Victoria Johnson**
**1551 Mobile Ave.**
**Daytona Beach, FL 32117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|---|---|---|---|
| | Name | | |

---

**3.321** Nonpriority creditor's name and mailing address

**Vista Outdoor Sales, LLC**
SDS 12-0312, PO Box 86
Minneapolis, MN 55486

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$49,770.00**

---

**3.322** Nonpriority creditor's name and mailing address

**Visual Marketing**
17102 Cypress Knee Drive
Cypress, TX 77429

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,280.00**

---

**3.323** Nonpriority creditor's name and mailing address

**Ward Zinn**
1204 Carrie Lane NW
Piedmont, OK 73078

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$104.63**

---

**3.324** Nonpriority creditor's name and mailing address

**Waste Management - All
Capital Sanitation**
PO Box 541065
Los Angeles, CA 90054-1065

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$901.38**

---

**3.325** Nonpriority creditor's name and mailing address

**Wastewater Engineers, Inc.**
210 Coy Court
Oxford, MI 48371

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,200.00**

---

**3.326** Nonpriority creditor's name and mailing address

**Wayne Dalton**
PO Box 676576
Dallas, TX 75267

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327** Nonpriority creditor's name and mailing address

**WCP Solutions**
15321 E. Marietta
Spokane Valley, WA 99216

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18.47**

---

7/12/18 10:25AM

Debtor    **X-Treme Bullets, Inc.**                                 Case number (if known)    **18-50609-btb**
_____Name

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Webscale Networks**
**201 Ravendale Drive**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,250.00 |

**Webscale Networks**
**201 Ravendale Drive**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,400.00 |

**Wells Fargo Equipment Finance**
**300 Tri-State International**
**Suite 400**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,224.42 |

**Wells Fargo Equipment Finance**
**Manufacturer Services Group**
**PO Box 7777**
**San Francisco, CA 94120-7777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.00 |

**Western Analytical**
**13744 Monte Vista Ave.**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.08 |

**William Zimmerman**
**18502 Bonney Lake Blvd. E**
**Bonney Lake, WA 98391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,182.96 |

**Wilson Tool Intl.**
**Ali Swanson**
**12912 Farnham Ave.**
**White Bear Lake, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 10:25AM

| Debtor | X-Treme Bullets, Inc. | Case number (if known) | 18-50609-btb |
|--------|----------------------|------------------------|--------------|
| | Name | | |

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $915.75 |
|-------|-----|-----|-----|

**Womack Everett**
**50 Cherokee Lane**
**Blue Ridge, GA 30513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,371.91 |
|-------|-----|-----|-----|

**Wynalda Packaging**
**Accounting 616 866 1561**
**8221 Graphic Drive**
**Belmont, MI 49306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|-----|-----|-----|

**X-Treme Bullets, Inc.**
**25 Stokes Drive**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,494.00 |
|-------|-----|-----|-----|

**XPO Logistics, Inc**
**27724 Network Place**
**Chicago, IL 60673-1277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158.87 |
|-------|-----|-----|-----|

**YRC Freight**
**10990 Roe Avenue**
**Overland Park, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $902.70 |
|-------|-----|-----|-----|

**Zoro Tools Inc**
**Customer Service**
**909 Asbury Drive**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.00 |
|-------|-----|-----|-----|

**Zuerlein Darrell**
**13620 246th St.**
**Hermosa, SD 57744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

7/12/18 10:25AM

Debtor    **X-Treme Bullets, Inc.**                                    Case number (If known)    **18-50609-btb**
          <sub>Name</sub>

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 182,210.80 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,025,714.30 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ 3,207,925.10 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/12/18 10:25AM

**Fill in this information to identify the case:**

Debtor name  **X-Treme Bullets, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **18-50609-btb**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease of commerical property 12 Stokes Dr., Moundhouse, NV 89706** |
| | State the term remaining | **Month to month** |
| | List the contract number of any government contract | |

**Howell Munitions & Technology, Inc.**
**815 D Street**
**Lewiston, ID 83501**

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease of commerical property 25 Stokes Dr., Moundhouse, NV 89706** |
| | State the term remaining | **Month to month** |
| | List the contract number of any government contract | |

**Howell Munitions & Technology, Inc.**
**815 D Street**
**Lewiston, ID 83501**

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Professional shooter sponsorship for components/ammunition** |
| | State the term remaining | **12/31/2018** |
| | List the contract number of any government contract | |

**Michael Seeklander**
**P.O. Box 2016**
**Owasso, OK 74055**

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Shooting team sponsorship for components** |
| | State the term remaining | **2/20/2020** |
| | List the contract number of any government contract | |

**Team Wilson Combat**
**2452 CR 719**
**Berryville, AR 72616**

---

7/12/18 10:25AM

**Fill in this information to identify the case:**

Debtor name    X-Treme Bullets, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    18-50609-btb

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Ammo Load Worlwide, Inc. | 815 D Street Lewiston, ID 83501 | ZB. N.A., DBA Zions First National Bank | ■ D   **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Ammo Load Worlwide, Inc. | 815 D Street Lewiston, ID 83501 | US Dept. of Treasury | ■ D   **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Big Canyon Environmental, LLC | 815 D Street Lewiston, ID 83501 | ZB. N.A., DBA Zions First National Bank | ■ D   **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | Clearwater Bullet, Inc. | 153 Southport Ave., Building 4 Lewiston, ID 83501 | ZB. N.A., DBA Zions First National Bank | ■ D   **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | Clearwater Bullet, Inc. | 153 Southport Ave., Building 4 Lewiston, ID 83501 | US Dept. of Treasury | ■ D   **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |

7/12/18 10:25AM

Debtor    **X-Treme Bullets, Inc.**                                    Case number *(if known)*    **18-50609-btb**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1: Codebtor*                                    *Column 2: Creditor*

| 2.6 | Components Exchange, LLC | 815 D Street Lewiston, ID 83501 | ZB. N.A., DBA Zions First National Bank | ■ D    2.4 <br> ☐ E/F ____ <br> ☐ G ____ |
|-----|----------|----------|----------|------|
| 2.7 | David Howell | 815 D Street Lewiston, ID 83501 | ZB. N.A., DBA Zions First National Bank | ■ D    2.4 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.8 | Freedom Munitions, LLC | 815 D Street Lewiston, ID 83501 | ZB. N.A., DBA Zions First National Bank | ■ D    2.4 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.9 | Freedom Munitions, LLC | 815 D Street Lewiston, ID 83501 | US Dept. of Treasury | ■ D    2.2 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.10 | Howell Machine, Inc. | 815 D Street Lewiston, ID 83501 | ZB. N.A., DBA Zions First National Bank | ■ D    2.4 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.11 | Howell Machine, Inc. | 815 D Street Lewiston, ID 83501 | US Dept. of Treasury | ■ D    2.2 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.12 | Howell Munitions & Technology, Inc. | 815 D Street Lewiston, ID 83501 | ZB. N.A., DBA Zions First National Bank | ■ D    2.4 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.13 | Howell Munitions & Technology, Inc. | 815 D Street Lewiston, ID 83501 | US Dept. of Treasury | ■ D    2.2 <br> ☐ E/F ____ <br> ☐ G ____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

7/12/18 10:25AM

Debtor    **X-Treme Bullets, Inc.**_____    Case number (if known)   **18-50609-btb**_____

| ■ Additional Page to List More Codebtors |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* Codebtor                                                  *Column 2:* Creditor

| 2.14 | **Lewis-Clark Ammunition Components, LLC** | **815 D Street Lewiston, ID 83501** | **ZB. N.A., DBA Zions First National Bank** | ■ D ____2.4____ □ E/F _____ □ G _____ |
|---|---|---|---|---|
| 2.15 | **Lewis-Clark Ammunition Components, LLC** | **815 D Street Lewiston, ID 83501** | **US Dept. of Treasury** | ■ D ____2.2____ □ E/F _____ □ G _____ |
| 2.16 | **Twin River Contract Loading, Inc.** | **815 D Street Lewiston, ID 83501** | **US Dept. of Treasury** | ■ D ____2.2____ □ E/F _____ □ G _____ |
| 2.17 | **Twin River Contract Loading, Inc.** | **815 D Street Lewiston, ID 83501** | **ZB. N.A., DBA Zions First National Bank** | ■ D ____2.4____ □ E/F _____ □ G _____ |

7/12/18 10:25AM

**Fill in this information to identify the case:**

Debtor name    **X-Treme Bullets, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-50609-btb**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

7/12/18 10:25AM

| Debtor | **X-Treme Bullets, Inc.** | Case number *(if known)* **18-50609-btb** |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |

---

| Part 3: | **Legal Actions or Assignments** |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | **Certain Gifts and Charitable Contributions** |

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

---

| Part 5: | **Certain Losses** |

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

| Part 6: | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

---

7/12/18 10:25AM

Debtor    **X-Treme Bullets, Inc.**                                          Case number *(if known)* **18-50609-btb**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.    **59 Cowee Drive Carson City, NV 89706** | **2012 to May 2017** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer names; addresses; email; phone numbers; account numbers**
Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

7/12/18 10:25AM

Debtor    **X-Treme Bullets, Inc.** _____    Case number *(if known)* **18-50609-btb**

profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Zions First National Bank**<br>**107 S. Main Street**<br>**Moscow, ID 83843-2805** | **Chris Hayes; Jake Maasdam**<br>**25 Stokes Drive**<br>**Mound House, NV 89706** | **Loomis cash box, used for any cash customers** | ■ No<br>☐ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

7/12/18 10:25AM

Debtor    **X-Treme Bullets, Inc.** _____    Case number *(if known)* **18-50609-btb**

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Administrative Agreement 11-0181-00A, et al.** | **Environmental Protection Agency 1200 Pennsylvania Ave. NW Washington, DC 20460** | **Releasing hazardous waste water without permit** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Angela Smith 815 D Street Lewiston, ID 83501** | **2/29/15 to 5/25/18 6/25/18 to present** |
| 26a.2. | **Kathie Marion 815 D Street Lewiston, ID 83501** | **12/3/14 to present** |
| 26a.3. | **Shaun Barclay 815 D Street Lewiston, ID 83501** | **2/14 to present** |

7/12/18 10:25AM

Debtor    **X-Treme Bullets, Inc.** _____    Case number (if known) **18-50609-btb** _____

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Moss Adams** <br> **601 W Riverside Ave, Suite 1800** <br> **Spokane, WA 99201** | **2015 to 2018** |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Chris Hayes** | **12/26/2017** | **654,901.67** |

Name and address of the person who has possession of inventory records

**Shaun Barclay**
**815 D Street**
**Lewiston, ID 83501**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | **Shaun Barclay** | **12/2016** | **1,627,409.77** |

Name and address of the person who has possession of inventory records

**Shaun Barclay**
**815 D Street**
**Lewiston, ID 83501**

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Howell Munitions & Technology, Inc.** | **815 D Street** <br> **Lewiston, ID 83501** | **Owner** | **100% interest** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in

Debtor    **X-Treme Bullets, Inc.** _____    Case number *(if known)* **18-50609-btb** _____

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Jansen Jones | 3790 Foothill Drive Lewiston, ID 83501 | President | 12/2016 to 2/2018 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Chris Hayes | 362 Reservoir Drive Lewiston, ID 83501 | Director of Operations | 2/2017 to 6/2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|--------------------------------|-----------------------------------------------------------|
| Howell Munitions & Technology, Inc. | EIN:    46-4050425 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer identification number of the parent corporation |
|--------------------------|-----------------------------------------------------------|
| Howell Munitions & Technology, Inc. 401k Plan | EIN:    46-4050425 |

7/12/18 12:59AM

Debtor   **X-Treme Bullets, Inc.**

Case number *(if known)*  **18-50609-btb**

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 12, 2018**

_____
Signature of individual signing on behalf of the debtor

**J. Michael Issa**
Printed name

Position or relationship to debtor    **Proposed Chief Restructuring Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

7/12/18 12:59AM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re **X-Treme Bullets, Inc.**      Case No. **18-50609-btb**

Debtor(s)      Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **150,000.00** * |
| Prior to the filing of this statement I have received | $ | **150,000.00** |
| Balance Due | $ | **0.00** |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify):    **David Howell**

4. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **See application to employ Winthrop Couchot Golubow Hollander, LLP on file with the Court for services to be rendered.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 12, 2018**
_Date_

_Signature of Attorney_
**Robert E. Opera**
_Signature of Attorney_
**Winthrop Couchot Golubow Hollander, LLP**
**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
**949-720-4130  Fax: 949-720-4111**
**ropera@wcghlaw.com**
_Name of law firm_

---

*Winthrop Couchot Golubow Hollander, LLP agreed to accept $150,000 to represent the eight related Debtors.

7/12/18 12:59AM

# United States Bankruptcy Court
## District of Nevada

In re  X-Treme Bullets, Inc.

Debtor(s)

Case No.  **18-50609-btb**
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Howell Munitions & Technology, Inc.<br>815 D Street<br>Lewiston, ID 83501 | | 100% of All Shares | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Proposed Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 12, 2018**

Signature  _J. Michael Issa_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

7/12/18 10:25AM

## United States Bankruptcy Court
### District of Nevada

In re   X-Treme Bullets, Inc.         Case No.   **18-50609-btb**
                Debtor(s)       Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **X-Treme Bullets, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Howell Munitions & Technology, Inc.**
**815 D Street**
**Lewiston, ID 83501**

☐ None [*Check if applicable*]

**July 12, 2018**

Date

Robert E. Opera

Signature of Attorney or Litigant
Counsel for   **X-Treme Bullets, Inc.**
**Winthrop Couchot Golubow Hollander, LLP**
**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
**949-720-4130 Fax:949-720-4111**
**ropera@wcghlaw.com**

7/12/18 12:59AM

Name, Address, Telephone No. & I.D. No.
**Robert E. Opera**
**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
**949-720-4130**
NV

## UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re
**X-Treme Bullets, Inc.**

BANKRUPTCY NO. **18-50609-btb**
CHAPTER NO. **11**

Debtor(s)

## DECLARATION RE: ELECTRONIC FILING OF PETITION
SCHEDULES, STATEMENTS AND PLAN (if applicable)

PART I - DECLARATION OF PETITIONER

I [We] __J. Michael Issa__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐     If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, I understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

▣     [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: __July 12, 2018__

Signed: _____

**J. Michael Issa/Proposed Chief Restructuring Officer**
(Applicant)

PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

Dated: __July 12, 2018__

Signed: _____

**Robert E. Opera**
Attorney for Debtor(s)

# United States Bankruptcy Court
## District of Nevada

In re    X-Treme Bullets, Inc.                                          Case No.    18-50609-btb
                                    Debtor(s)                           Chapter     11

# VERIFICATION OF CREDITOR MATRIX

I, the Proposed Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    July 12, 2018

J. Michael Issa/Proposed Chief Restructuring Officer
Signer/Title

X-Treme Bullets, Inc.
25 Stokes Drive
Carson City, NV 89706

Winthrop Couchot Golubow Hollander, LLP
Attn: Robert E. Opera
1301 Dove Street, Suite 500
Newport Beach, CA 92660

U.S. Department of Justice
Office of the U.S. Trustee, Region 17
300 Booth Street, Suite 3009
Reno, NV 89509

ADP, INC.
PO Box 842875
Boston, MA 2284


A-L Compressed Gases, Inc
4230 E Trent Ave
Spokane, WA 99202


Aleksander Bukowy
4821 Gentry Lane
Carson City, NV 89701


Alex Rakos
710 Sunset Blvd North Unit B
Sunset Beach, NC 28468


Allen Nicholas
412 Hopewell Rd.
Maryville, TN 37801


Angela Berring
2404 Cypress Drive
St Charles, MO 63301

Antony Halks
631 Preston Ave #3
Lewiston, ID  83501


Arthur W Eaton
1395 53rd St N
Lewiston, ID  83501


Bailey Kristiansson, LLC
PO Box 104
Fulshear, TX 77441


Barry Foster
7473 Rodebaugh Road
Reynoldsburg, OH 43068


Bear Hunting Media
PO Box 168
West Fork, AR 72774


Benjamen Iverson
420 Vista Ave
Lewiston, ID  83501

Benjamin Prior
1628 9th Avenue
Clarkston, WA  99403


Berggren Fritz
5135 Neal Ranch Rd.
Colorado Springs, CO 80906


Black Rifle Coffee Company
381 West Ironwood Dr
Salt Lake City, UT 84115


Blake Brockman
7400 Center Ave Apt 317
Huntington Beach, CA 90703


Blue Cross of Idaho
PO Box 6948
Boise, ID 83707


Bradley Bjorkquist
3208 6th St C
Lewiston, ID  83501

Bradley Gasper
1516 15th Ave
Lewiston, ID  83501


Brady King
618 Bryden Drive Apt D
Lewiston, ID 83501


Brandon Dean
2575 Reservoir Rd
Clarkston, WA  99403


Brenda L Anderson
3531 13th Street
Lewiston, ID  83501


Brendon Martin
2728 17th St #202
Lewiston, ID  83501


Brian A McCammon
411 3rd Ave
Lewiston, ID  83501

Brook Robinett
30100 Mission Creek Rd
Culdesac, ID  83524


Camp Cabin & Home
2119  4th Ave North
Lewiston, ID 83501


Canon
One Canon Park
Melville, NY  11747


Capital One Visa Statement
PO Box 30285
Salt Lake City, UT 84130


Century Link
PO Box 91155
Seattle, WA 98111


Chad M Kaufmann
517 Airway Dr
Lewiston, ID  83501

Charter Business-25 Stokes
PO Box 60188
Los Angeles, CA 90060


Chris A Stout
1036 Hemlock Dr
Lewiston, ID  83501


Chris Hayes
362 Reservoir Drive
Lewiston, ID 83501


Christopher Hoit
272 Riverboat Road
Dayton, NV 89403


City of Jersey Viilage
16501 Jersey Drive
Jersey Village, TX 77040


City of Lewiston - ALL
PO Box 617
Lewiston, ID 83501

Clark County Assessor, c/o Bankruptcy Clerk

500 S Grand Central Pkwy, Box 551401

Las Vegas, NV 89155-1401


Clayton Hewitt

7509 N Sycamore Ave

Kansas City, MO 64158


Clayton J Holton

2321 Silver Sage Drive

Carson City, NV  89701


Clayton L Seely

2805 9th Ave

Lewiston, ID  83501


Clearwater Medical Clinic

1522  17th Street

Lewiston, ID 83501


Comcast

PO Box 660618

Dallas, TX 75266

Corey Van Zante
3710 14th Street C
Lewiston, ID  83501


Craig Draper
8842 W Mornin Mist St
Boise, ID 83709


DaJo Trucking, Inc.
4093 Lucky Lane
Lewiston, ID 83501


Daniel Atkinson
3840 N Vine
Tucson, AZ 85719


Daniel Manuel Aguilar
419 2nd Avenue, Apt 3
Lewiston, ID  83501


Dara R Bringman
336 5th St. Apt. B
Lewiston, ID  83501

David C Howell
29978 Thiessen Rd
Lewiston, ID  83501


David Sanborn
102 N 9th Street
Kendrick, ID  83537


David Town
1014 15th St. Apt. 2
Lewiston, ID  83501


Don Crea
4034 S Garfield
Spokane, WA 99203


Donald E Young
1411 Bryden Ave 6
Lewiston, ID  83501


Douglas Newton
2400 W. Morrell
Jackson, MI 49203

Environmental Protection Agency, Office of General
Counsel

1200 Pennsylvania Ave, N.W.

Washington, DC 20460


Eric Nelson

2104 14th Street

Lewiston, ID 83501


Evonne R. Lucas

5307 S Rome Cir

Aurora, CO  80015


FedEx Freight

Dept CH PO Box 10306

Palatine, IL 60055


Francisco Magallanes

6778 Orizaba Ave

Long Beach, CA 90805


Fuqua Park Row, LLC, c/o Mike Little, J.M Little
Attorney at Law, P.C.

5718 Westheimer, Suite 1840

Houston, TX 77099

Gary J Steckel
1901 7th Ave 4
Lewiston, ID  83501


General Tool & Supply Co
116  9th Street
Lewiston, ID 83501


George's Lock & Kew Service
1728 Main St
Lewiston, ID 83501


Gloria Stolte
37279 Growler Point Road
Reubens, ID  83548


Hahn Supply, Inc
2101 Main Street
Lewiston, ID 83501


Industrial Hearing Service Inc
12021 NE Summer St.
Portland, OR 97220

Inland NW Metallurgical Services
16203 E Marietta Ave
Spokane, WA 99216


Jack Landis
216 S California St
Yerington, NV 89447


Jacob T Maasdam
630 D Preston Ave
Lewiston, ID  83501


James Chase
1703 Cedar Drive
Lewiston, ID 83501


Jansen Jonson
3790 Foothill Drive
Lewiston, ID 83501


Jeff J Lohman
PO Box 493
Juliaetta, ID  83535

Jeff McClain
5147 Canary Lane
Nampa, ID 83687


Jeffrey Alan Ackeret
2623 Sunset Dr
Lewiston, ID  83501


Jeremy Jenkins
1804 15th Ave
Lewiston, ID  83501


Jessie M Baker
2130 Hillyard Drive
Clarkston, WA  99403


Jesus Ramirez
2109 Idaho Street
Carson City, NV 89701


Joey Hayashi
262 Tangerine Drive
Buda, TX 78610

John Kissler
3415 8th St Apt F
Lewiston, ID 83501


John McClintin
9701 Trumbull SE
Albuquerque, NM 87123


Joseph Cambern
629 N 96th Street
Mesa, AZ 85207


Joseph Chase
434 Linden Ave
Lewiston, ID 83501


Joseph Levi Seideman
1328 14 Ave
Lewiston, ID  83501


Joshua Wemlinger
1208 11th Avenue
Lewiston, ID  83501

Julio S Chavez
8888 Citrus Ave Unit C-22
Fontana, CA 92335


Karin Nelson
3207 6th Street C
Lewiston, ID  83501


Kathryn I Marion
304 Watson St
Culdesac, ID  83524


KC Auto Paint & Supplies
151 Thain Road
Lewiston, ID 83501


Keith Katzenberger
1825 Powers Drive
Lewiston, ID 83501


Kelly's Cleaning Service
3536 8th St C
Lewiston, ID 83501

Kelsey Dawn Wakefield
39565 Whispering Pines Lane
Lewiston, ID  83501


Kendal Watkins
102 Spinnaker Circle
Daytona Beach, FL 32119


Kevin Robert Acree
1714 Burrell Ave
Lewiston, ID  83501


Krista Lathrop
1331 Boston St
Clarkston, WA  99403


Kyle Taylor Garrison
824 7th Street
Clarkston, WA  99403


Landscapes By Design
721 Bryden Ave
Lewiston, ID 83501

Lewis Clark Recyclers
PO Box 1687
Lewiston, ID 83501


Lewiston Sprinkler Company
1602 16th Ave
Lewiston, ID 83501


Liberty Mutual Insurance
PO Box 85307
San Diego, CA 92186


LifeMap Assurance Company
PO Box 6840
Portland, OR 97228


Lisa McEwen
620 S B St.
Grangeville, ID  83530


Lolo Sporting Goods, Inc
1026 Main St
Lewiston, ID 83501

Luvata Appleton, LLC.
PO Box 200498
Pittsburgh, PA 15251


Matt Dodson
161 Schuller Grade Road
Yakima, WA 98908


Matthew R Lerche
1919 Birch Ave
Lewiston, ID  83501


Matthew W Shaw
204 3rd street
Lewiston, ID  83501


Mesa County Sherrif's Office
544 Rood Ave
Grand Junction, CO 81502


Michael Arthur Long
2031 Lone Mountain  # 49
Carson City, NV  89706

Michael Dal Harrell
3507 11th st
lewiston, ID  83501


Michael J Carnes
10841 Prairie Lane
Mokena, IL 60448


Michael Mundy
3958 Foothill Drive
Lewiston, ID  83501


Michael Nguyen
2085 Marter Ave
Simi Valley, CA 93065


Michael Rogers
1627 18th Ave.
Lewiston, ID  83501


Michael T Devin
1817 12th ave
Lewiston, ID  83501

MichaelMcWhorter
3159 Bear Hollow Road
Uniontown, OH 44685


Midwest Brass, LLC
9524 US-31
West Olive, MI 49460


Mike Doxtator
POB 1068
Lewiston, ID  83501


Milan Blagojevic-Namenska A.D.
Radnicka DD 32240
Lucani, Serbia


Mytota, Inc.
12435 Tesuque Dr
Apple Valley, CA 92308


Nathan Dreadfulwater
1209 Grelle Ave
Lewiston, ID  83501

Nathan W Karki

1718 1st Street

Lewiston, ID 83501


Nevada Dept. of Environmental Protection

901 S. Stweart Street, Suite 4001

Carson City, NV 89701


Nevada Dept. of Environmental Protection

22030 E. Flaminog Road, Suite 230

Las Vegas, NV 89119


NMHG Financial Services, Inc.

PO Box 35701

Billings, MT 59107


Northwestern Mutual

PO Box 2062

Milwaukee, WI 53201


Novation, Inc.

2616 N. Locust Rd.

Spokane, WA 99206

Orange County Sherrif's Office
PO Box 445
Orange, VA 22960


Pitney Bowes
PO Box 371874
PIttsburgh, PA 15250


Raymond Dave Tyson
20840 NW Kachina Ave
Redmond, OR 97756


Reymon Joseph Parot
PO Box 854
Asotin, WA  99402


Richard Withers
8110 201st Street East
Spanaway, WA 98387


Robert Hartshorn
7012 NE 141ST CT
Vancouver, WA 98682

Robert Kee
91103 Youngs River Road
Astoria, OR 97103


Robert Wallace
2298 Willow Street Pike
Lancaster, PA 17602


Roberto Garza
2821 Lovelace Way
Carson City, NV 89706


Rodolfo Ahumada
293 Monte Cristo Drive
Dayton, NV  89403


Ryan Pattman
1201 Canterbury Blvd
Altus, OK 73521


Saia Motor Freight
PO Box 730532
Dallas, TX 75373

Schurman's True Value

801 6th Street

Clarkston, WA 99403


Scott B Penton

1060 Canterwood Drive

Moscow, ID  83843


Sean Brady Becker

2611 Meadowlark Dr

Lewiston, ID  83501


Shaun Barclay

1815 Imnaha Lane

Lewiston, ID  83501


Shawn Burke

147 Shiloh Dr

Lewiston, ID  83501


Southwest Gas - All

PO Box 98890

Las Vegas, NV 89193

SPS Commerce, Inc.
PO Box 205782
Dallas, TX 75320


Stephen S Howell
836 Frost Ln
Clarkston, WA  99403


Steven Michael Hill
PO Box 562
Asotin, WA  99402


Sunnen Products Co
PO Box 952481
St Lous, MO 63195


TalkingLead, LLC
306 Royal Glen Blvd.
Murfreesboro, TN 37128


Taylor Stanley
40 Santiago Road
Debary, FL 32713

Tequis Garnett Penney
PO Box 417
Lapwai, ID  83540


Tharco
PO Box 51584
Los Angeles, CA 90051


Thermal Mod
19830 SW Teton Ave
Tualatin, OR 97062


Timothy B Stevenson Sr
P.O. Box 1805
Lewiston, ID  83501


Timothy Charbonneau
479 Hennessey Road
Enosburg Falls, VT 5450


Timothy R Norris
904 25th Avenue # 201
Lewiston, ID  83501

Tobias D Thill

122 15th Avenue

Lewiston, ID  83501


Total Logistics Resource

11855 NE Glenn Winding Dr

Portland, OR 97220


Travis Johnson

3333 1/2 5th St

Lewiston, ID  83501


Trevor Ellico

6393 Orangewood Drive

Alta Loma, CA 91701


Trevor TJ Torrez

205 14th Ave

Lewiston, ID  83501


United States Attorney's Office, Attn: Civil Process
Clerk

501 Las Vegas Blvd., South, Suite 1100

Las Vegas, NV 89101

US Dept. of Labor, Occupational Safety & Health
Administration

200 Constitution Ave, NW, Room Number N3626

Washington, DC 20210


Val Mundell

1438 Greco Drive

Clarkston, WA 99403


Valley Vision, Inc

111 Main Street Suite 130

Lewiston, ID 83501


Vanguard

PO Box 28067

New York, NY 10087


Vista Outdoor Sales LLC

SDS 12-0312, PO Box 86

Minneapolis, MN 55486


Visual Marketing

17102 Cypress Knee Drive

Cypress, TX 77429

Ward Zinn
1204 Carrie Lane NW
Piedmont, OK 73078


Wastewater Engineers, Inc
210 Coy Court
Oxford, MI 48371


Wayne Dalton
PO Box 676576
Dallas, TX 75267


Webscale Networks
201 Ravendale Drive
Mountain View, CA 94043


Wells Fargo Equipment Finance
300 Tri-State International, Suite 400
Lincolnshire, IL 60069


William Zimmerman
18502 Bonney Lake Blvd E
Bonney Lake, WA 98391