Nicholas Strozza, Assistant United States Trustee
State Bar #CA 117234
Jared A. Day, Trial Attorney
State Bar #CA 275687
Nick.Strozza@usdoj.gov
Jared.A.Day@usdoj.gov
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Booth Street, Room 3009
Reno, NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for United States Trustee
Tracy Hope Davis

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) Jointly Administered under |
|---|---|
| | ) Case No. 18-50609-btb with |
| ☐ X-TREME BULLETS, INC., | ) |
| | ) Case Nos. 18-50610; 18-50611; 18-50613; |
| ☐ HOWELL MUNITIONS & TECHNOLOGY, INC., | ) 18-50614; 18-50615; 18-50616; and |
| | ) 18-50617 |
| ☐ AMMO LOAD WORLDWIDE, INC., | ) Chapter 11 |
| ☐ CLEARWATER BULLET, INC., | ) |
| | ) **NOTICE OF APPOINTMENT OF** |
| ☐ HOWELL MACHINE, INC., | ) **COMMITTEE OF UNSECURED** |
| ☐ FREEDOM MUNITIONS, LLC, | ) **CREDITORS** |
| ☐ LEWIS-CLARK AMMUNITION COMPONENTS, LLC, | ) |
| ☐ COMPONENTS EXCHANGE, LLC, | ) Hearing Date: N/A |
| | ) Hearing Time: N/A |
| ■ ALL DEBTORS | ) |

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors:

1

1. **P Kay Metal, Inc.**
   Attn: Larry Kay/Cindy Flame
   2448 E. 25th Street
   Los Angeles, CA 90058
   (323)-585-5058
   Fax: (323) 585-1380
   larrykay@pkaymetal.com
   cindyflame@pkmetal.com

   Identified Counsel:
   Tim Nuefeld
   315 W. 9th Street, Suite 501
   Los Angeles, CA 90015
   (213) 229-2461
   Fax: 213-625-265
   tneufeld@neufeldmarks.com

2. **Crow Shooting Supply**
   Attn: Bryan Stuntebeck
   200 S. Front Street
   Montezuma, IA 50171
   (641) 623-8523
   Fax: (641)-623-8123
   bryan.stuntebeck@crowshootingsupply.com

   Identified Counsel:
   Kesha Tanabe
   4304 34th Ave S.
   Minneapolis, MN 55406
   (612) 735-0188
   kesha@tanabelaw.com

3. **Binary Anvil, Inc.**
   Attn: John Kraft
   22525 SE 64th Place, Suite 257
   Issaquah, WA 98027
   (425) 557-3649
   Fax: (425) 557-3605

   Identified Counsel:
   David E. Reed
   11120 NE 2nd Street, Suite 200
   Bellevue, WA 98004

DATED this 23rd day of July, 2018.

    Respectfully submitted,

Nicholas Strozza
State Bar #CA 117234
Jared A. Day
State Bar #CA 275687
300 Booth Street, Suite 3009
Reno NV 89509
(775) 784-5335 x109

/s/ JARED A. DAY
Jared A. Day
Attorneys for United States Trustee
Tracy Hope Davis

3

### **CERTIFICATE OF SERVICE**

I, ROBBIN LITTLE, under penalty of perjury declare: That declarant is, and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action; that on July 23, 2018, I served a copy of the foregoing NOTICE OF APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS by the following means as listed below:

☑    a.  ECF System:

- LOUIS M. BUBALA    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
- SHAWN CHRISTIANSON    schristianson@buchalter.com, cmcintire@buchalter.com
- STEPHEN R HARRIS    steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com
- JAY W. HURST    jay.hurst@oag.texas.gov, sherri.simpson@oag.texas.gov
- TIMOTHY A LUKAS    ecflukast@hollandhart.com
- ROBERT E. OPERA    ropera@wcghlaw.com, pj@wcghlaw.com;stacyly@wcghlaw.com;Meir@virtualparalegalservices.com;Alevin@wcghlaw.com
- AMY N. TIRRE    amy@amytirrelaw.com, admin@amytirrelaw.com
- U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov

☑    b.  U.S. Mail, postage fully prepaid:

P Kay Metal, Inc.
Attn: Larry Kay/Cindy Flame
2448 E. 25th Street
Los Angeles, CA 90058

Tim Nuefeld
315 W. 9th Street, Suite 501
Los Angeles, CA 90015

Crow Shooting Supply
Attn: Bryan Stuntebeck
200 S. Front Street
Montezuma, IA 50171

Kesha Tanabe
4304 34th Ave S.
Minneapolis, MN 55406

Binary Anvil, Inc.
Attn: John Kraft
22525 SE 64th Place, Suite 257
Issaquah, WA 98027

David E. Reed
11120 NE 2nd Street, Suite 200
Bellevue, WA 98004

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of July, 2018.

/s/ Robbin Little
ROBBIN LITTLE