GOLDSTEIN & MCCLINTOCK LLLP
Thomas R. Fawkes
Brian J. Jackiw
Jeffrey M. Goldberg
111 W. Washington St., Suite 1221
Chicago, Illinois 60602
Telephone: (312) 337-7700
Facsimile: (312) 277-2305

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Jointly Administered under Case No. 18-50609-btb with |
| ☐ X-TREME BULLETS, INC., | Case Nos. 18-50610-btb; 18-50611-btb; 18-50613-btb; 18-50614-btb; 18-50615-btb; 15-50616-btb; and 18-50617-btb |
| ☐ HOWELL MUNITIONS & TECHNOLOGY, INC., | Chapter 11 Proceedings |
| ☐ AMMO LOAD WORLDWIDE, INC., | **PROFESSIONAL FEE STATEMENT** |
| ☐ CLEARWATER BULLET, INC. | **NUMBER: 3** |
| ☐ HOWELL MACHINE, INC., | **Month of: October 2018** |
| ☐ FREEDOM MUNITIONS, LLC | |
| ☐ LEWIS-CLARK AMMUNITION COMPONENTS, LLC, | |
| ☐ COMPONENTS EXCHANGE, LLC, | |
| ☒ ALL DEBTORS | |

| | | |
|---|---|---|
| 1. | Name of Professional | BDO USA, LLP ("BDO") |
| 2. | Date of entry of order approving employment of the professional: | October 11, 2018 |
| 3. | Total amount of pre-petition payments received by the professional: | N/A |
| 4. | Less: Total amount of pre-petition services rendered and expenses: | N/A |
| 5. | Balance of funds remaining on date of filing of petition: | N/A |

| | | |
|---|---|---|
| 6. | Total amount of all services rendered per prior fee statements: | N/A |
| 7. | Total amount of payments received by the professional for post-petition services rendered by the professional: | $0.00 |
| 8. | Total amount of services and expenses this reporting period: | $6,040.50 |
| 9. | Amount authorized to be paid from the Debtors' estates: | $5,134.43 |
| 10. | Total amount to be paid from the Debtors' estates for this reporting period: | $5,134.43 |

Detailed documentation supporting the fees earned and the expenses incurred by BDO during this reporting period have been served on the United States Trustee, the Debtors, the Members of the Creditors' Committee, and any creditors requesting special notice in these cases. A copy of the detailed documentation will be provided by BDO to any other party upon written request. Fees and costs will be paid from property of the Debtors' estates in the amount stated in Item 9 above unless an objection is filed with the Clerk of the Court and served upon BDO within 10 days from the date of service of this statement.

| | | |
|---|---|---|
| 11. | Total number of pages attached hereto: | 2 |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated:  December 21, 2018                     Respectfully submitted,
                                                                                **GOLDSTEIN & MCCLINTOCK LLLP**

                                                                                   /s/Thomas R. Fawkes
                                                    Thomas R. Fawkes, Esq.
                                                    Brian J. Jackiw, Esq.
                                                    Jeffrey M. Goldberg, Esq.
                                                    **GOLDSTEIN &MCCLINTOCK LLLP**
                                                    111 W. Washington Street, Suite 1221
                                                    Chicago, IL 60602
                                                    Phone: (312) 337-7700
                                                    Fax:    (312) 277-2305

                                                    *On behalf of BDO USA, LLP*

**BDO USA, LLP**
**Services to Unsecured Creditors Committee of X-Treme Bullets, Inc. *et al***
**October 2018**

| Date | Activity Descr | Empl Name | Hours | Rate | Amount | Comment |
|---|---|---|---|---|---|---|
| 10/3/2018 | Case Management | Goddard,Larry | 2.50 | 450.00 | 1,125.00 | Review docket entries 189-234, including reviewing cash budget, August MOR, Winthrop fee app (2.5) |
| 10/5/2018 | Case Management | Byrne,Tom | 1.00 | 450.00 | 450.00 | Review filed info for case; |
| 10/19/2018 | Case Management | Goddard,Larry | 0.70 | 450.00 | 315.00 | Call with Mike Issa to get status update on case (.7) |
| 10/19/2018 | Case Management | Goddard,Larry | 0.30 | 450.00 | 135.00 | Review files and notes to prepare for the call with Mike Issa (.3) |
| 10/19/2018 | Case Management | Goddard,Larry | 0.50 | 450.00 | 225.00 | Review recent docket entries (.5) |
| 10/31/2018 | Case Management | Kozel,Mark | 0.20 | 425.00 | 85.00 | Review MOR's sent by Jacob for review. Email suggestion on same (0.2) |
| | *Total - Case Management* | | *5.20* | | *2,335.00* | |
| 10/31/2018 | Committee Communications | Goddard,Larry | 0.40 | 450.00 | 180.00 | Call with Goldstein team to prep for committee call (.4) |
| 10/31/2018 | Committee Communications | Goddard,Larry | 0.80 | 450.00 | 360.00 | Additional prep for committee call (.8) |
| 10/31/2018 | Committee Communications | Goddard,Larry | 0.90 | 450.00 | 405.00 | Committee call (.9 ) |
| | *Total - Committee Communications* | | *2.10* | | *945.00* | |
| 10/10/2018 | Docket Review | Aronovich,Jacob | 0.20 | 185.00 | 37.00 | Review docket and provide relevant documents to team |
| 10/19/2018 | Docket Review | Aronovich,Jacob | 0.50 | 185.00 | 92.50 | Review docket and provide relevant documents to team |
| 10/26/2018 | Docket Review | Aronovich,Jacob | 0.30 | 185.00 | 55.50 | Review docket and provide relevant documents to team |
| 10/31/2018 | Docket Review | Aronovich,Jacob | 0.30 | 185.00 | 55.50 | Review docket and provide relevant documents to team |
| | *Total - Docket Review* | | *1.30* | | *240.50* | |
| 10/4/2018 | Information Examination | Goddard,Larry | 1.30 | 450.00 | 585.00 | Review documents provided by Mike Issa (1.3) |
| 10/5/2018 | Information Examination | Goddard,Larry | 1.50 | 450.00 | 675.00 | Review documentation provided by Mike Issa (1.5) |
| 10/19/2018 | Information Examination | Byrne,Tom | 1.00 | 450.00 | 450.00 | call with Mike Issa and prep; |
| | *Total - Information Examination* | | *3.80* | | *1,710.00* | |
| 10/3/2018 | Value Maximization | Goddard,Larry | 0.80 | 450.00 | 360.00 | Do research on potential purchaser (.8) |
| 10/16/2018 | Value Maximization | Goddard,Larry | 0.50 | 450.00 | 225.00 | Review information on potential buyer (.5) |
| 10/17/2018 | Value Maximization | Goddard,Larry | 0.50 | 450.00 | 225.00 | Review information on prospective purchaser (.5) |
| | *Total - Value Maximization* | | *1.80* | | *810.00* | |
| **TOTAL** | | | **14.20** | | **6,040.50** | |

**BDO USA, LLP**
**Services to Unsecured Creditors Committee of X-Treme Bullets, Inc. *et al***
**October 2018**

Timekeeper

| *Activity Descr* | *Empl Name* | *Hours* | *Rate* | *Amount* |
|---|---|---|---|---|
| Case Management | Goddard,Larry | 4.00 | 450.00 | 1,800.00 |
|  | Byrne,Tom | 1.00 | 450.00 | 450.00 |
|  | Kozel,Mark | 0.20 | 425.00 | 85.00 |
| Committee Communications | Goddard,Larry | 2.10 | 450.00 | 945.00 |
| Docket Review | Aronovich,Jacob | 1.30 | 185.00 | 240.50 |
| Information Examination | Goddard,Larry | 2.80 | 450.00 | 1,260.00 |
|  | Byrne,Tom | 1.00 | 450.00 | 450.00 |
| Value Maximization | Goddard,Larry | 1.80 | 450.00 | 810.00 |
|  |  | 14.20 |  | 6,040.50 |