ROBERT E. OPERA – California State Bar No. 101182
ropera@wcghlaw.com
PETER W. LIANIDES - California State Bar No. 160517
plianides@wcghlaw.com
ALASTAIR M. GESMUNDO – California State Bar No. 316573
agesmundo@wcghlaw.com
**WINTHROP COUCHOT**
**GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

STEPHEN R. HARRIS – Nevada State Bar No. 001463
steve@harrislawreno.com
**HARRIS LAW PRACTICE LLC**
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600

General Insolvency Counsel
for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Jointly Administered under |
| ☐ X-TREME BULLETS, INC., | Case No. 18-50609-btb with |
| ☐ AMMO LOAD WORLDWIDE, INC., | Case Nos. 18-50610-btb; 18-50611-btb; 18-50613-btb; 18-50614-btb; 18-50615-btb; 18-50616-btb; and 18-50617-btb |
| ☐ CLEARWATER BULLET, INC., | |
| ☐ FREEDOM MUNITIONS, LLC, | |
| ☐ HOWELL MACHINE, INC., | Chapter 11 Proceedings |
| ☐ HOWELL MUNITIONS & TECHNOLOGY, INC., | **DEBTORS' NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF DEBTORS' MOTION FOR ORDER:  (1) APPROVING SALE AND BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE DEBTORS FREE AND CLEAR OF LIENS AND INTERESTS; AND (2) APPROVING MANNER OF NOTICE TO BE PROVIDED TO CREDITORS AND PARTIES-IN-INTEREST IN CONNECTION WITH SALE MOTION** |
| ☐ LEWIS-CLARK AMMUNITION COMPONENTS, LLC, | |
| ☐ COMPONENTS EXCHANGE, LLC, | |
| ☒ All Debtors. | |
| Debtors and Debtors-in-Possession. | **[11 U.S.C. §§ 363 and 365]** |

| | |
|---|---|
| Date: | January 9, 2019 |
| Time: | 2:00 p.m. |
| Place: | Courtroom 2 (5th Floor) |
| | C. Clifton Young Federal Bldg. |
| | 300 Booth Street |
| | Reno, NV 89509 |

**TO THE HONORABLE BRUCE T. BEESLEY, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE DEPARTMENT OF THE TREASURY ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, AND OTHER PARTIES-IN-INTEREST:**

**NOTICE IS HEREBY GIVEN** that X-Treme Bullets, Inc., Ammo Loan Worldwide, Inc., Clearwater Bullets, Inc., Freedom Munitions, LLC, Howell Machine, Inc., Howell Munitions & Technology, Inc. ("HMT"), Lewis-Clark Ammunition and Components, LLC and Components Exchange, LLC, the debtors and debtors-in-possession in the above-captioned Chapter 11 cases ("Debtors"), hereby withdraw, without prejudice, their Motion for Order:  (1) Approving Sale and Bidding Procedures in Connection with the Sale of Substantially All of the Assets of the Debtors Free and Clear of Liens and Interests; and (2) Approving Manner of Notice to Be Provided to Creditors and Parties-in-Interest in Connection with Sale Motion [Docket No. 332] ("Sale Procedures Motion"), that was scheduled for hearing in the above-entitled Court on January 9, 2019 at 2:00 p.m.

By the Sale Procedures Motion, the Debtors requested that the Court enter an order approving sale and bidding procedures that the Debtors proposed in connection with the conducting of an auction with respect to a proposed sale to Marksman Acquisitions, LLC ("Stalking Horse Bidder") of substantially all of the assets and properties of the Debtors and two non-debtor affiliates of the Debtors, Twin River Contract Loading, Inc. and Big Canyon Environmental, LLC (collectively, "Sellers").  However, the Stalking Horse Bidder has terminated the asset purchase and sale transaction with the Sellers, asserting that the Stalking Horse Bidder was unable to reach with David Howell Rentals, the lessor of ten real properties leased by HMT,

an agreement satisfactory to the Stalking Horse Bidder with respect to the assignment of such leases to the Stalking Horse Bidder.

The Debtors continue to engage in negotiations with several potential purchasers of the Debtors' assets and properties and are cautiously optimistic that they will be able to enter into a purchase and sale agreement in the near future. If such a transaction should arise, the Debtors intend to renew their motion for approval of sale and bidding procedures and to request again that the Court schedule a hearing on such a motion on a shortened time basis.

The Department of the Treasury Alcohol and Tobacco Tax and Trade Bureau ("TTB") filed opposition to the Sale Procedures Motion. The TTB has stated that it has no opposition to the Debtors' withdrawing the Sale Procedures Motion. See, correspondence between the Debtors' counsel and the TTB's counsel in that regard attached hereto, collectively, as Exhibit "1" and incorporated herein by this reference.

DATED: January 8, 2019

WINTHROP COUCHOT
GOLUBOW HOLLANDER, LLP

By: /s/ Robert E. Opera
     Robert E. Opera
     Peter W. Lianides
     Alastair M. Gesmundo
General Insolvency Counsel for
Debtors and Debtors-in-Possession

EXHIBIT 1

**Robert Opera**

| | |
|---|---|
| **From:** | Kukso, Boris (TAX) <Boris.Kukso@usdoj.gov> |
| **Sent:** | Monday, January 07, 2019 2:48 PM |
| **To:** | Robert Opera |
| **Subject:** | Re: X-Treme Bullets/Sale Procedures Motion |

Robert,

There is no objection to the withdrawal.

I am furloughed but have access to email for 15 minutes a day.


Boris Kukso
Trial Attorney
Sent from a mobile device

---

**From:** Robert Opera <ropera@WCGHLaw.com>
**Date:** January 7, 2019 at 3:13:56 PM EST
**To:** Kukso, Boris (TAX) <Boris.Kukso@tax.USDOJ.gov>
**Cc:** Timothy A. Lukas (TLukas@hollandhart.com) <TLukas@hollandhart.com>, Tom Fawkes (tomf@goldmclaw.com) <tomf@goldmclaw.com>, Brian Jackiw (brianj@goldmclaw.com) <brianj@goldmclaw.com>, 'steve@harrislawreno.com' <steve@harrislawreno.com>
**Subject:** X-Treme Bullets/Sale Procedures Motion

Boris,
I just left a voicemail message for you.
The Debtors' transaction with Marksman Acquisitions is on hold or has been terminated by reason of Marksman's failure to acquire the Bank's claim.  Accordingly, the Debtors intend to withdraw, without prejudice, the Sale Procedures Motion.  In light of your furlough as a result of the government appropriations shutdown, are you in a position to consent to the Debtors' withdrawal of the Motion?
Rob Opera

*Please note our new address below!*

Robert E. Opera, Esq.

WCGH | WINTHROP
COUCHOT
GOLUBOW
HOLLANDER
1301 Dove Street, Suite 500
Newport Beach, CA  92660
T (949) 720-4130
F (949) 720-4151

1