_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
January 22, 2019

ROBERT E. OPERA – California State Bar No. 101182
ropera@wcghlaw.com
**WINTHROP COUCHOT**
**GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

STEPHEN R. HARRIS – Nevada State Bar No. 001463
steve@harrislawreno.com
**HARRIS LAW PRACTICE LLC**
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600

General Insolvency Counsel
for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Jointly Administered under Case No. 18-50609-btb with |
|---|---|
| ☐ X-TREME BULLETS, INC.,<br>☐ AMMO LOAD WORLDWIDE, INC.,<br>☐ CLEARWATER BULLET, INC.,<br>☐ FREEDOM MUNITIONS, LLC,<br>☐ HOWELL MACHINE, INC.,<br>☐ HOWELL MUNITIONS & TECHNOLOGY, INC.,<br>☐ LEWIS-CLARK AMMUNITION COMPONENTS, LLC,<br>☐ COMPONENTS EXCHANGE, LLC,<br>☒ All Debtors.<br><br>Debtors and Debtors-in-Possession. | Case Nos. 18-50610-btb; 18-50611-btb; 18-50613-btb; 18-50614-btb; 18-50615-btb; 18-50616-btb; and 18-50617-btb<br><br>Chapter 11 Proceedings<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER AUTHORIZING USE OF ANY CASH COLLATERAL OF SECURED CLAIMANTS** |

MAINDOCS-#237712-v1-HMT-Order-6thStipContCashCollateral_

**Current Hearing Date:**

DATE: January 23, 2019
TIME: 2:00 p.m.
EST. TIME FOR HEARING: 15 minutes

**Continued Hearing Date:**

DATE: March 5, 2019
TIME: 2:00 p.m.
EST. TIME FOR HEARING: 15 minutes

The Court having reviewed and considered the Stipulation to Continue Hearing on Motion for Order Authorizing Use of Any Cash Collateral of Secured Claimants ("Stipulation") [Docket No. 366] entered into by and among X-Treme Bullets Inc.; Ammo Load Worldwide, Inc.; Clearwater Bullet, Inc.; Freedom Munitions, LLC; Howell Machine, Inc.; Howell Munitions & Technology, Inc.; Lewis-Clark Ammunition Components, LLC (collectively, the "HMT Debtors"); and Components Exchange, LLC ("Components Exchange" and, together with the HMT Debtors, the "Debtors"), the debtors and debtors-in-possession in the above-captioned bankruptcy cases, on one hand, and Z.B., N.A., dba Zions First National Bank ("Zions"), on the other hand, on January 22,, 2019, by and through their respective undersigned counsel, and good and sufficient cause appearing, it is hereby **ORDERED** that,

1. The Stipulation is approved in its entirety.

2. The hearing on the Debtors' Motion for Order Authorizing Use of Any Cash Collateral of Secured Claimants ("Cash Collateral Motion") [Docket No. 28] currently set for January 23, 2019 at 2:00 p.m. shall be continued to March 5, 2019 at 2:00 p.m.

3. The Debtors are hereby authorized to continue to use Cash Collateral, as defined in the Cash Collateral Motion, through 5:00 p.m. on March 5, 2019 in accordance with the terms of the Stipulation to Continue Hearing on Motion for Order Authorizing use any Cash Collateral of Secured Claimants, entered into by and among the Debtors and Zions on December 11, 2018 ("December 2018 Cash Collateral Stipulation") [Docket No. 295], and the order approving the December 2018 Cash Collateral Stipulation ("December 2018 Cash Collateral Order") [Docket No.

307], as amended by the terms of the Stipulation and the budgets attached hereto, collectively, as Exhibit "A" and incorporated herein by this reference ("Revised Budgets").

4. The ALW proceeds currently held by Zions by the Court's order in a segregated account [Docket No. 247] shall be released to Zions as a payment to be applied toward the principal amount of the Debtors' obligations to Zions.

5. In addition to the amounts authorized to be paid through January 23, 2019 pursuant to the December 2018 Cash Collateral Stipulation and the December 2018 Cash Collateral Order, the Debtors are hereby authorized to pay, from Cash Collateral, the amounts for retained professional fees and costs reflected in the Revised Budgets (which amounts are fifty percent (50%) of the Debtors' estimate of the professional fees and costs that will accrue during the indicated time period). The payment of such amounts shall remain subject to objection on any grounds, including, without limitation by Zions, unless and until allowed by order of the Court, and shall remain subject to potential disgorgement pursuant to order of the Court. Each professional reserves the right to seek allowance and payment of the full amount of its fees and costs.

6. Any opposition to the continued use of Cash Collateral by the Debtors shall be filed and served on the Debtors' counsel by February 18, 2019. Any replies to any such opposition shall be filed and served on the party asserting such opposition by February 26, 2019.

7. No further notice or hearing shall be necessary to effectuate this Order.

Prepared and Submitted by:
STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

-and-

ROBERT E. OPERA, ESQ.
WINTHROP COUCHOT
GOLUBOW HOLLANDER, LLP

    */s/ Robert E. Opera*
General Insolvency Counsel
for Debtors and Debtors-in-Possession

####

# EXHIBIT A

Howell Munitions & Technologies, Inc.

| | Carry Forward Balance | Week Of: 1/6/2019-1/12/2019 Budget | Week Of: 1/13/2019-1/19/2019 Budget | Week Of: 1/20/2019-1/26/2019 Budget | Week Of: 1/27/2019-2/2/2019 Budget | Week Of: 2/3/2019-2/9/2019 Budget | Week Of: 2/10/2019-2/16/2019 Budget | Week Of: 2/17/2019-2/23/2019 Budget | Week Of: 2/24/2019-3/2/2019 Budget | Week Of: 3/3/2019-3/9/2019 Budget |
|---|---|---|---|---|---|---|---|---|---|---|
| **BEGINNING CASH** | | 554,244 | 508,044 | 385,344 | 519,644 | 204,944 | 81,744 | 146,544 | 287,844 | 245,144 |
| **CASH RECEIPTS** | | | | | | | | | | |
| Freedommunitions.com Online | | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 |
| Xtremebullets.com Online | | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 |
| AV.com and RV.com | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| ALW/HM | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| OEM/Wholesale | | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 |
| **TOTAL CASH RECEIPTS** | | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 |
| **CASH DISBURSEMENTS** | | | | | | | | | | |
| **Raw Materials:** | | | | | | | | | | |
| Remaining Bal of Arbitrary Carryforward Variance | | | | | | | | | | |
| Lead | 83,494 | 68,000 | 136,000 | 68,000 | 68,000 | 136,000 | 68,000 | 68,000 | 136,000 | 68,000 |
| Brass | 170,130 | | | | 155,000 | | | | | 155,000 |
| Bullets | | | | | | | | | | |
| Powder | | | | | | | | | | |
| Primer | 18,225 | 90,000 | | | | 90,000 | | | | |
| Copper | 3,232 | | | | | 145,000 | | | | |
| Cases | 100,237 | | | | 70,000 | | | | 35,000 | |
| Labor and OH Charges from CE for Loaded Ammo | - | 95,000 | 95,000 | | 95,000 | | | | | |
| Ammunition | - | 5,000 | | | | 5,000 | | | | |
| ALW Inventory | | 15,000 | 10,000 | 10,000 | 10,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Pallets | 7,978 | | 5,000 | | | | 5,000 | | | |
| Packaging | 991 | | 5,000 | | 5,000 | | 5,000 | | 5,000 | |
| **Freight** | | | | | | | | | | |
| Freight - UPS & Other Carriers | 57,645 | 25,000 | 25,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| **Office, Financing and Staffing Related:** | | | | | | | | | | |
| Payroll | 118,160 | | 135,000 | 135,000 | 135,000 | | 135,000 | | 135,000 | |
| Medical Insurance | 12,181 | 55,000 | | | | 55,000 | | | | 55,000 |
| 401K | 13,000 | | 6,500 | 6,500 | 6,500 | | 6,500 | | 6,500 | |
| Business Insurance | 45,988 | | 20,000 | 20,000 | 20,000 | | 20,000 | | 20,000 | |
| Sales and Property Taxes | 31,212 | 27,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Tax Return Preparation Fees | 40,000 | | 10,000 | | | | | | | |
| Merchant Fees | - | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| IT Related | 395 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Sales and Marketing | 24,416 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Office Supplies | 3,875 | 500 | 1,000 | 500 | 1,000 | 500 | 1,000 | 500 | 1,000 | 500 |
| Travel | 5,839 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 1,500 | 3,000 | 1,500 |

Howell Munitions & Technologies, Inc.

| | Carry Forward Balance | Week Of: 1/6/2019-1/12/2019 Budget | Week Of: 1/13/2019-1/19/2019 Budget | Week Of: 1/20/2019-1/26/2019 Budget | Week Of: 1/27/2019-2/2/2019 Budget | Week Of: 2/3/2019-2/9/2019 Budget | Week Of: 2/10/2019-2/16/2019 Budget | Week Of: 2/17/2019-2/23/2019 Budget | Week Of: 2/24/2019-3/2/2019 Budget | Week Of: 3/3/2019-3/9/2019 Budget |
|---|---|---|---|---|---|---|---|---|---|---|
| **Production Related:** | | | | | | | | | | |
| Chemicals and Testing | 458 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| Environmental Related | 40,695 | 2,500 | 10,000 | 2,500 | | 2,500 | 10,000 | 2,500 | | 2,500 |
| Rents - D. Howell | 48,052 | | | | 45,000 | | | | | 45,000 |
| Rents - External D Street Only | 171 | | | | 5,000 | | | | | 5,000 |
| Repairs and Maintenance and Tooling | 3,699 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Shop Supplies | 4,624 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Utilities | 6,077 | 5,000 | 5,000 | 5,000 | 25,000 | 5,000 | 5,000 | 5,000 | 25,000 | 5,000 |
| RMA's (Return Merchandise Auth.) | 604 | | | 500 | 500 | | 500 | | | 500 |
| Warranty Payments | 6,600 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| **Bankruptcy Related Costs:** | | | | | | | | | | |
| US Trustee Fees | 60,325 | | | | | | | | | |
| CRO/GlassRatner | 39,000 | | | 20,000 a | | | | 20,000 a | | |
| Winthrop Couchot Golubow Hollander, LLP | 186,605 | | | 62,500 a | | | | 62,500 a | | |
| Harris Law Practice LLC | 28,182 | | | 5,000 a | | | | 5,000 a | | |
| Creditors Committee | 50,000 | | | 12,500 a | | | | 12,500 a | | |
| Miller Barondess LLP | | | | | | | | | | |
| | | | | | | | | | | |
| TOTAL CASH DISBURSEMENTS | | 416,200 | 492,700 | 235,700 | 684,700 | 493,200 | 305,200 | 228,700 | 412,700 | 389,200 |
| | | | | | | | | | | |
| WEEKLY NET CASH | | (46,200) | (122,700) | 134,300 | (314,700) | (123,200) | 64,800 | 141,300 | (42,700) | (19,200) |
| | | | | | | | | | | |
| ENDING CASH (without Pre-Petition Payroll Checks | | 508,044 | 385,344 | 519,644 | 204,944 | 81,744 | 146,544 | 287,844 | 245,144 | 225,944 |

NOTE

a - Professional fees are shown at 50% of the estimated amount of the professional fees, in light of the Court's prior order authorizing 50% of budgeted fees to be paid.

Components Exchange LLC

| | Carry Forward Balance | Week Of: 1/6/2019-1/12/2019 Budget | Week Of: 1/13/2019-1/19/2019 Budget | Week Of: 1/20/2019-1/26/2019 Budget | Week Of: 1/27/2019-2/2/2019 Budget | Week Of: 2/3/2019-2/9/2019 Budget | Week Of: 2/10/2019-2/16/2019 Budget | Week Of: 2/17/2019-2/23/2019 Budget | Week Of: 2/24/2019-3/2/2019 Budget | Week Of: 3/3/2019-3/9/2019 Budget |
|---|---|---|---|---|---|---|---|---|---|---|
| **BEGINNING CASH** | | 34,170 | 126,670 | 188,670 | 168,670 | 80,670 | 78,170 | 45,170 | 25,170 | 27,170 |
| **CASH RECEIPTS** | | | | | | | | | | |
| Labor and OH Charge to HMT for Loading Ammo | | 95,000 | 95,000 | | 95,000 | | | | 35,000 | |
| Wholesale | | | | | | | | | | |
| Contracts | | | | | | | | | | |
| ammovalley.com & reloadingvalley.com | | | | | | | | | | |
| **TOTAL CASH RECEIPTS** | | 95,000 | 95,000 | - | 95,000 | - | - | - | 35,000 | - |
| **CASH DISBURSEMENTS** | | | | | | | | | | |
| Payroll | 96,490 | | 30,000 | | 30,000 | | 30,000 | | 30,000 | |
| Medical Insurance | 4,076 | | | | | | | | | |
| Rent | 6,500 | | | | | | | | | |
| Utilities | 21,762 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Repairs and Maintenance and Tooling | 19,790 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Shop Supplies | 6,854 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Office Supplies | 2,835 | | 500 | | 500 | | 500 | | 500 | |
| FET | 16,467 | | | | 150,000 | | | | | |
| **Bankruptcy Related Costs:** | | | | | | | | | | |
| US Trustee Fees | 325 | | | | | | | | | |
| CRO/GlassRatner | 24,119 | | | 5,000 a | | | | 5,000 a | | 5,000 |
| Winthrop Couchot Golubow Hollander, LLP | 95,569 | | | 12,500 a | | | | 12,500 a | | 12,500 |
| Harris Law Practice LLC | 3,839 | | | | | | | | | |
| Creditors Committee | | | | | | | | | | |
| Miller Barondess LLP | | | | | | | | | | |
| **TOTAL CASH DISBURSEMENTS** | | 2,500 | 33,000 | 20,000 | 183,000 | 2,500 | 33,000 | 20,000 | 33,000 | 20,000 |
| **WEEKLY NET CASH** | | 92,500 | 62,000 | (20,000) | (88,000) | (2,500) | (33,000) | (20,000) | 2,000 | (20,000) |
| **ENDING CASH** | | 126,670 | 188,670 | 168,670 | 80,670 | 78,170 | 45,170 | 25,170 | 27,170 | 7,170 |

**NOTES**
a - Professional fees are shown at 50% of the estimated amount of the professional fees, in light of the Court's prior order authorizing 50% of budgeted fees to be paid.