Attorney or Professional Name, Address, Telephone and FAX
Robert E. Opera, SBN 101182
ropera@wcghlaw.com
**WINTHROP COUCHOT**
**GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
T: 949-720-4100 / F: 949-720-4111

General Insolvency Counsel
for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

☐ X-TREME BULLETS, INC.,
☐ AMMO LOAD WORLDWIDE, INC.,
☐ CLEARWATER BULLET, INC.,
☐ FREEDOM MUNITIONS, LLC,
☐ HOWELL MACHINE, INC.,
☐ HOWELL MUNITIONS & TECHNOLOGY, INC.,
☐ LEWIS-CLARK AMMUNITION COMPONENTS, LLC,
☒ COMPONENTS EXCHANGE, LLC, and
☐ All Debtors.

Debtors and Debtors-in-Possession.

**Chapter 11 Case Number**

Jointly Administered under
Case No. 18-50609-btb with

Case Nos. 18-50610-btb; 18-50611-btb; 18-50613-btb; 18-50614-btb; 18-50615-btb; 18-50616-btb; and 18-50617-btb

**Professional Fee Statement**

Number: 7

Month of: December 2018

| | |
|---|---|
| 1. Name of Professional: | Winthrop Couchot Golubow Hollander, LLP ("WCGH") |
| 2. Date of entry of order approving employment of the professional: | August 6, 2018 |
| 3. Total amount of pre-petition payments received by the professional: | $150,000.00[1] |
| 4. Less: Total amount of pre-petition services rendered and expenses: | $108,160.00 |
| 5. Balance of funds remaining on date of filing of petition: | $41,840.00 |
| 6. Total amount of all services rendered per prior fee statements: | $14,438.60 |
| 7. Total amount of payments received by the professional for post-petition services rendered by the professional: | $0.00 |
| 8. Total amount of services and expenses this reporting period: | $159.00 |
| 9. Amount authorized to be paid from the Debtor's estate: | $127.20[2] |

---

[1] WCGH received a total $150,000 pre-petition retainer for Components Exchange, LLC ("Components Exchange") and for Debtors X-Treme Bullets, Inc., Ammo Load Worldwide, Inc., Clearwater Bullet, Inc., Freedom Munitions, LLC, Howell Machine, Inc., Howell Munitions & Technology, Inc., and Lewis-Clark Ammunition Components, LLC.  As disclosed in the WCGH Employment Application, WCGH's pre-petition retainer was paid by David C. Howell, an insider of the Debtors, and not by any of the Debtors.

[2] The amount listed in line 9 hereof equals 80% of WCGH's fees ($159.00) incurred on behalf of Components Exchange for the month of December 2018.  (*i.e.*, the monthly payment percentage for which WCGH may apply pursuant to the *Order Establishing Monthly Compensation Procedures* [Docket No. 128]).  WCGH incurred no costs on behalf of Components Exchange during the applicable time

| | |
|---|---|
| 10. Total amount to be paid from the Debtor's estate for this reporting period: | $127.20 |
| DETAILED DOCUMENTATION SUPPORTING THE FEES EARNED AND THE EXPENSES INCURRED BY WCGH DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE, THE DEBTOR, THE MEMBERS OF THE CREDITORS' COMMITTEE AND ITS COUNSEL, AND ANY CREDITORS REQUESTING SPECIAL NOTICE IN THIS CASE.  A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY WCGH TO ANY OTHER PARTY UPON WRITTEN REQUEST.  FEES AND COSTS WILL BE PAID FROM PROPERTY OF THE DEBTOR'S ESTATE IN THE AMOUNT STATED IN ITEM 10 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED UPON WCGH WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT. | |
| 11.  Total number of pages attached hereto: | 1 |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: March  13 , 2019

WINTHROP COUCHOT
GOLUBOW HOLLANDER, LLP

*/s/ Robert E. Opera*

Robert E. Opera
General Insolvency Counsel
for Debtor and Debtor-in-Possession
Components Exchange, LLC

---

period.  WCGH incurred no fees associated with travel time during the applicable time period.

**Winthrop Couchot Golubow Hollander, LLP**
1301 Dove Street,
Suite 500
Newport Beach, CA 92660
Phone No.: (949) 720-4100
Fax:

Statement as of: 12/31/2018
Statement No: 31947

**Howell Munitions & Technology, Inc.**
**J. Michael Issa, CRO**
**19800 MacArthur Blvd., #820**
**Irvine, CA  92612**

Via email:  missa@glassratner.com
             kholguin@glassratner.com

37970.103: Components Exchange, LLC

**Professional Fees**

| 53 | | | Case Administration | | | |
|---|---|---|---|---|---|---|
| **Date** | **Prof** | **Task** | **Description** | **Hours** | **Rate** | **Amount** |
| 12/09/2018 | REO | 53 | Review case status. | 0.10 | 795.00 | 79.50 |
| | | | | 53 Sub-Total: 0.10 | | $79.50 |
| **58** | | **Financing** | | | | |
| **Date** | **Prof** | **Task** | **Description** | **Hours** | **Rate** | **Amount** |
| 12/04/2018 | REO | 58 | Review cash collateral budget. | 0.10 | 795.00 | 79.50 |
| | | | | 58 Sub-Total: 0.10 | | $79.50 |
| | | | | 0.20 | 1,590.00 | 159.00 |
| | | | | Sub-total Fees: | | $159.00 |

**Rate Summary**

| Robert E. Opera | | 0.20 hours at $795.00/hr | 159.00 |
|---|---|---|---|
| | Total hours: | 0.20      Total fees: | 159.00 |

| | |
|---|---|
| Total Current Billing: | $159.00 |
| Previous Balance Due: | $5,949.00 |
| Payments Received: | $0.00 |
| **Total Now Due:** | **$6,108.00** |