GOLDSTEIN & MCCLINTOCK LLLP
Thomas R. Fawkes
Brian J. Jackiw
111 W. Washington St., Suite 1221
Chicago, Illinois 60602
Telephone: (312) 337-7700
Facsimile: (312) 277-2305

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re | ) | Jointly Administered under Case No. 18-50609-btb with |
|---|---|---|
| ☐ X-TREME BULLETS, INC., | ) | Case Nos. 18-50610-btb; 18-50611-btb; 18-50613-btb; 18-50614-btb; 18-50615-btb; 15-50616-btb; and 18-50617-btb |
| ☐ HOWELL MUNITIONS & TECHNOLOGY, INC., | ) | Chapter 11 Proceedings |
| ☐ AMMO LOAD WORLDWIDE, INC., | ) | **PROFESSIONAL FEE STATEMENT** |
| ☐ CLEARWATER BULLET, INC. | ) | **NUMBER: 11** |
| ☐ HOWELL MACHINE, INC., | ) | **Month of: June 2019** |
| ☐ FREEDOM MUNITIONS, LLC | ) | |
| ☐ LEWIS-CLARK AMMUNITION COMPONENTS, LLC, | ) | |
| ☐ COMPONENTS EXCHANGE, LLC, | ) | |
| ☒ ALL DEBTORS | ) | |

| 1. | Name of Professional | Goldstein & McClintock LLLP ("G&M") |
|---|---|---|
| 2. | Date of entry of order approving employment of the professional: | August 21, 2018 |
| 3. | Total amount of pre-petition payments received by the professional: | N/A |
| 4. | Less: Total amount of pre-petition services rendered and expenses: | N/A |
| 5. | Balance of funds remaining on date of filing of petition: | N/A |
| 6. | Total amount of all services rendered per prior fee statements: | $108,437.48 |

| 7. | Total amount of payments received by the professional for post-petition services rendered by the professional: | $38,775.20 |
|---|---|---|
| 8. | Total amount of services and expenses this reporting period: | $10,867.50 |
| 9. | Amount authorized to be paid from the Debtors' estates: | $8,694.00 |
| 10. | Total amount to be paid from the Debtors' estates for this reporting period: | $8,694.00 |

Detailed documentation supporting the fees earned and the expenses incurred by G&M during this reporting period have been served on the United States Trustee, the Debtors, the Members of the Creditors' Committee, and any creditors requesting special notice in these cases. A copy of the detailed documentation will be provided by G&M to any other party upon written request. Fees and costs will be paid from property of the Debtors' estates in the amount stated in Item 9 above unless an objection is filed with the Clerk of the Court and served upon G&M within 10 days from the date of service of this statement.

| 11. | Total number of pages attached hereto: | 4 |
|---|---|---|

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: July 19, 2019

Respectfully submitted,
**GOLDSTEIN & MCCLINTOCK LLLP**

/s/Thomas R. Fawkes
Thomas R. Fawkes, Esq.
Brian J. Jackiw, Esq.
**GOLDSTEIN &MCCLINTOCK LLLP**
**111 W. Washington Street, Suite 1221**
**Chicago, IL 60602**
**Phone: (312) 337-7700**
**Fax:    (312) 277-2305**

*Counsel to the Official Committee of Unsecured Creditors*

# Goldstein & McClintock LLLP  INVOICE

111 W. Washington St., Ste. 1221  
Chicago, Illinois 60602

Invoice # 9060  
Date: 07/18/2019  
Due On: 08/02/2019

X-Treme Bullets Committee

## Committee Meetings and Governance

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Thomas Fawkes | 06/11/2019 | Draft e-mail update to Committee members regarding sale process and upcoming TTB settlement meeting (0.4). | 0.40 | $495.00 | $198.00 |
| Thomas Fawkes | 06/18/2019 | Draft update to Committee members regarding TTB settlement conference and next steps (0.4). | 0.40 | $495.00 | $198.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Thomas Fawkes | 0.8 | $495.00 | $396.00 |
| | | **Subtotal** | **$396.00** |

## Asset Sales

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Thomas Fawkes | 06/03/2019 | E-mail correspondence with Cindy Flame regarding status of X-Treme sale process (0.1); e-mail correspondence to Rob Opera regarding same (0.1). | 0.20 | $495.00 | $99.00 |
| Brian Jackiw | 06/07/2019 | Review e-mail from committee member inquiring as to sale process (0.3) | 0.30 | $405.00 | $121.50 |
| Brian Jackiw | 06/10/2019 | Review synopsis from Rob Opera regarding sale process (1.1) | 0.10 | $405.00 | $40.50 |
| Thomas Fawkes | 06/11/2019 | E-mail correspondence with Rob Opera regarding status of sale process and Dan Kash negotiations (0.1). | 0.10 | $495.00 | $49.50 |
| Thomas Fawkes | 06/11/2019 | E-mail correspondence with Rob Opera regarding status of sale process and PDRR negotiations (0.2). | 0.20 | $495.00 | $99.00 |
| Brian Jackiw | 06/25/2019 | Conference with Rob Opera regarding sale of assets (0.4); review communication from Opera on | 1.50 | $405.00 | $607.50 |

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | alleged defenses of David Howell to insider transactions et al. (1.1). | | | |
| Thomas Fawkes | 06/25/2019 | Telephone conference with Rob Opera regarding status of asset sale issues (0.4). | 0.40 | $495.00 | $198.00 |
| Thomas Fawkes | 06/28/2019 | Review correspondence regarding status of Kash sale negotiations (0.2). | 0.20 | $495.00 | $99.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Thomas Fawkes | 1.1 | $495.00 | $544.50 |
| Brian Jackiw | 1.9 | $405.00 | $769.50 |
| | | **Subtotal** | **$1,314.00** |

## Secured Creditor/DIP Financing/Cash Collateral

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Brian Jackiw | 06/11/2019 | Review budget (0.2) and e-mails related to cash collateral agreement negotiations (0.3). | 0.50 | $405.00 | $202.50 |
| Thomas Fawkes | 06/11/2019 | E-mail correspondence with Rob Opera regarding cash collateral status and disputes with Zions (0.2). | 0.20 | $495.00 | $99.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Thomas Fawkes | 0.2 | $495.00 | $99.00 |
| Brian Jackiw | 0.5 | $405.00 | $202.50 |
| | | **Subtotal** | **$301.50** |

## Creditor Inquiries

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Brian Jackiw | 06/25/2019 | Conference with counsel to committee member regarding TTB mediation and sale process (1.1) | 1.10 | $405.00 | $445.50 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Brian Jackiw | 1.1 | $405.00 | $445.50 |
| | | **Subtotal** | **$445.50** |

## Claim Review and Objections

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Brian Jackiw | 06/03/2019 | Review e-mail from Rob Opera regarding pre-mediation call with TTB (0.1) | 0.10 | $405.00 | $40.50 |
| Brian Jackiw | 06/04/2019 | Review agenda for pre-mediation conference (0.3); review e-mail from Boris regarding mediation/pre-mediation (0.2) and response from Rob Opera (0.2); e-mail with Rob Opera regarding TTB's failure to grasp the issues in this matter and whether committee interjection would assist (0.3) | 1.00 | $405.00 | $405.00 |
| Brian Jackiw | 06/05/2019 | Prepare for (1.5) and attend pre-mediation conference call with TTB and Debtor's counsel (1.3) | 2.80 | $405.00 | $1,134.00 |
| Thomas Fawkes | 06/05/2019 | Participate (in part) in pre-settlement conference call with Debtors and TTB concerning resolution of TTB claims (0.7). | 0.70 | $495.00 | $346.50 |
| Brian Jackiw | 06/13/2019 | Prepare for mediation with TTB (4.3) | 4.30 | $405.00 | $1,741.50 |
| Brian Jackiw | 06/14/2019 | Prepare for (1.7) and attend mediation with TTB and Debtor representatives (5.1); conference with Debtor's counsel post mediation (0.2) | 7.00 | $405.00 | $2,835.00 |
| Thomas Fawkes | 06/17/2019 | E-mail correspondence with Brian Jackiw regarding outcome of TTB settlement conference (0.1). | 0.10 | $495.00 | $49.50 |
| Thomas Fawkes | 06/18/2019 | Telephone conference with Brian Jackiw regarding outcome of TTB settlement meeting (0.3). | 0.30 | $495.00 | $148.50 |
| Brian Jackiw | 06/24/2019 | Review e-mail and attachments from Rob Opera (1.3) | 1.30 | $405.00 | $526.50 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Thomas Fawkes | 1.1 | $495.00 | $544.50 |
| Brian Jackiw | 16.5 | $405.00 | $6,682.50 |
| | | **Subtotal** | **$7,227.00** |

## Trustee/Examiner/Conversion

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Thomas Fawkes | 06/26/2019 | Review and confirm stipulation continuing motion on approval of Custodian's report (0.1). | 0.10 | $495.00 | $49.50 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Thomas Fawkes | 0.1 | $495.00 | $49.50 |
| | | Subtotal | **$49.50** |

## Non-working Travel

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Brian Jackiw | 06/13/2019 | Travel to DC for mediation (3.0) | 3.00 | $202.50 | $607.50 |
| Brian Jackiw | 06/14/2019 | Travel home from D.C. to Chicago following mediation (2.6) | 2.60 | $202.50 | $526.50 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Brian Jackiw | 5.6 | $202.50 | $1,134.00 |
| | | Subtotal | **$1,134.00** |
| | | Subtotal | **$10,867.50** |
| | | Total | **$10,867.50** |

Please make all amounts payable to: Goldstein & McClintock LLLP

Please pay within 15 days.